**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MERCIS B.V., | |
| Plaintiff, | Civil Action No. 26-cv-3709 |
| v. | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | |
| Defendants. | |

**PLAINTIFF'S *EX PARTE* MOTION**
**FOR TEMPORARY RESTRAINING ORDER**

MERCIS B.V. ("Plaintiff"), by and through its undersigned counsel, hereby moves this Court for entry of an *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing and counterfeit products, a temporary asset restraint, expedited discovery, an order to show cause, and alternative service via electronic means, in an action arising out of violations of the Copyright Act and the Lanham Act.

In support of this Motion, Plaintiff files: (1) a Memorandum of Law, (2) Declaration of Shengmao Mu, Esq., (3) Declaration of Jay Harvey Paragoso, and (4) a proposed Order.

Dated: May 6, 2026

Respectfully submitted,

*/s/ Shengmao Mu*
Shengmao Mu
NY No. 5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019

1

2

                                 Telephone: (917) 858-8018
                                 Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*