UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCIS B.V.,

                    Plaintiff,

        -against-

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A TO THE
COMPLAINT,

                    Defendants.

Case No. 1:26-cv-03709 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court will hold a virtual hearing to discuss Plaintiff's application for a temporary restraining order and related motions, *see* Dkts. 9, 10, on May 11, 2026, at 10:00 a.m. via Microsoft Teams. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone conference ID: 563 512 718#.

Dated: May 7, 2026
      New York, New York

                                    SO ORDERED.

                                    _____
                                    JENNIFER L. ROCHON
                                    United States District Judge