**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MERCIS B.V., | |
|       Plaintiff, | Civil Action No. 26-cv-3709 |
| v. | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | |
|       Defendants. | |

**PLAINTIFF'S *EX PARTE* MOTION TO MODIFY**
**TEMPORARY RESTRAINING ORDER**

MERCIS B.V. ("Plaintiff"), by and through its undersigned counsel, hereby moves this Court for entry of a modified *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing and counterfeit products, a temporary asset restraint, expedited discovery, an order to show cause, and alternative service via electronic means, in an action arising out of violations of the Copyright Act and the Lanham Act.

Plaintiff requests modification of the Temporary Restraining Order entered by this Court on May 11, 2026 (Dkt. 22, the "TRO") in order to correct only the list of Financial Institutions to include the Temu Platform on Page 5, Paragraph 2.

In support of this Motion, Plaintiff files: (1) a Memorandum of Law, and (2) a proposed Order.

1

Dated: May 14, 2026

Respectfully submitted,

*/s/ Shengmao Mu*
Shengmao Mu
NY No. 5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*