**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MERCIS B.V.,

        Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A TO THE COMPLAINT,

        Defendants.

Civil Action No. 26-cv-3709

**[PROPOSED] ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**
**AND TEMPORARY RESTRAINING ORDER**

The Court has considered Plaintiff's *ex parte* application (the "Application"), including Declarations of Shengmao Mu and Jay Harvey Paragoso, as well as all other papers filed in support of the Application, for the following relief:

(1) a temporary restraining order against defendants (as described in Schedule A attached to the Complaint ("Defendants"), which shall also be attached hereto), enjoining Defendants and their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Order from the manufacture, importation, distribution, offering for sale, and sale of infringing products (the "Infringing Products") infringing upon Plaintiff's U.S. Trademark Registration Nos. 2,210,029; 2,482,597; 4,248,049; 5,516,174; 5,652,014; 5,663,554; 5,663,610; 5,706,346; 5,706,199; 5,706,279; and 6,727,656; (the "MIFFY Trademarks") and Plaintiff's U.S. Copyright Registration Nos. VA 2-358-985 and VA 1-054-563 (the "MIFFY Copyrghted Works" and collectively with the MIFFY Trademarks the "MIFFY IP").

1

(2) a temporary restraint of certain of Defendants' assets, described below, to preserve Plaintiff's right to an equitable accounting;

(3) expedited discovery allowing Plaintiff to inspect and copy Defendants' records relating to the manufacture, distribution, offering for sale, and sale of Infringing Products, as well as of Defendants' financial accounts; and

(4) ordering Defendants to show cause why a preliminary injunction should not issue on the return date of the Application.

Based on the papers and other evidence submitted in support of the Application, and for good cause shown[1]:

1.    Plaintiff is likely to prevail on its copyright and trademark infringement claims at trial.

2.    As a result of Defendants' misconduct, Plaintiff is likely to suffer immediate and irreparable losses, damages, and injuries before Defendants can be heard in opposition, unless Plaintiff's Application for *ex parte* relief is granted. For example:

a. Defendants, without any authorization or license from Plaintiff, have knowingly, willfully, and deliberately infringed Plaintiff's MIFFY IP in connection with the systematic advertisement, distribution, offering for sale, and sale of Infringing Products into the United States, including within this judicial district of New York, over the Internet through accounts with online marketplace platforms including PayPal and Shop Pay held by Defendants (the "User Account(s)").

b. Plaintiff has well-founded fears that more Infringing Products will appear in the marketplace using the same User Accounts or new and different User Accounts; that consumers may be misled, confused and disappointed by the quality of these

---

[1] Plaintiff's allegations are presumed to be true solely for purposes of adjudicating its request for this Order.

Infringing Products, resulting in injury to Plaintiff's reputation and goodwill and, in particular, the reputation and goodwill related to MIFFY IP.

c. Plaintiff has well-founded fears that if it proceeds on notice to Defendants on this Application, Defendants will: (i) transfer, conceal, dispose of, or otherwise destroy the Infringing Products and information concerning the Infringing Products; (ii) transfer, conceal, dispose of, or otherwise hide the ill-gotten proceeds from the improper sale of the Infringing Products; and/or (iii) close down existing User Accounts, transfer User Account information, and/or open a new User Account through which Defendants can improperly advertise, market, promote, distribute, offer for sale and/or sell the Infringing Products under a new or different alias, allowing Defendants' misconduct to continue with little or no consequence.

3. On balance, the potential harm to Defendants of being prevented from continuing to profit from their illegal and infringing activities if a temporary restraining order is issued is far outweighed by the potential harm to Plaintiff, their business, and the goodwill and reputation built up in and associated with MIFFY IP if a temporary restraining order is not issued.

4. Service on Defendants via electronic means is reasonably calculated to result in proper notice to Defendants and does not violate the Hague Service Convention as Defendants' addresses are unknown or unverifiable despite Plaintiff's due diligence.

5. If Defendants are given notice of the Application, they are likely to conceal, transfer, or otherwise dispose of their ill-gotten proceeds from their sales of Infringing Products. Therefore, good cause exists for granting Plaintiff's request to proceed *ex parte* and for an asset restraining order. It typically takes banks and other financial institutions (including those defined below as the "Financial Institutions"), as well as online marketplace accounts, approximately five (5) days after service of an Order like this one to locate, attach, and freeze Defendants' Assets (defined below), Defendants'

3

Accounts (defined below), and/or the User Accounts, and service on Defendants should not take place until such actions are completed.

6. Similarly, if Defendants are given notice of the Application, they are likely to destroy, move, hide or otherwise make inaccessible the records and documents relating to Defendants' manufacture, importing, advertising, marketing, distributing, offering for sale and/or sale of the Infringing Products. Thus, Plaintiff has established good cause for expedited discovery to be ordered.

## ORDER

Based on the foregoing, Plaintiff's Application is hereby **GRANTED** and it is **ORDERED** as follows:

## Temporary Restraints

1. As sufficient causes have been shown, Defendants and their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Order are temporarily enjoined and restrained from engaging in any of the following conduct pending the return date of the Application as referenced below:

a. Cease and refrain from manufacturing, advertising, offering for sale, selling, distributing, destroying, selling off, transferring, or otherwise disposing of any Infringing Products;

b. Cease and refrain from manufacturing, advertising, offering to sell, selling, reproducing, or distributing any goods utilizing the MIFFY IP, or any confusingly similar goods, other than genuine products manufactured or distributed by Plaintiff or its authorized manufacturers and distributors;

c. Cease and refrain from destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial

records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any Infringing Products;

d.  Cease and refrain from using the MIFFY IP on or in connection with any Seller Alias that any Defendant may own, operate, or control on any Marketplace;

e.  Cease and refrain from any and all use of the MIFFY IP as metatags, on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Seller Aliases registered, owned or operated by any Defendant on any Marketplace; and;

f.  Cease and refrain from altering, disabling, closing, or transferring ownership of any seller alias on any Marketplace during the pendency of this action, or until further Order of the Court.

**<u>Temporary Asset Restraint</u>**

2.  Pursuant to Fed. R. Civ. P. 64 and 65, as well as C.P.L.R. 6201, and this Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief, as sufficient cause has been shown, within five (5) days of receipt of service of this Order, (i) Amazon, (ii) PayPal, Inc. ("PayPal"), (iii) Payoneer, Inc ("Payoneer"), (iv) Ping Pong Global Solutions Inc ("Ping Pong"), (v) WhaleCo Inc. ("Temu"), and (vi) Shop Pay (collectively referred to as the "Financial Institutions") shall locate all accounts associated with Defendants (the "Defendants' Accounts") and other assets belonging to Defendants, including any cryptocurrency (the "Defendants' Assets") and shall locate, attach, and restrain the transfer or disposing of monies or funds from Defendants' Accounts, as well as the transfer or disposing of Defendants' Assets, until further ordered

by this Court. The Financial Institutions shall provide written confirmation of their compliance with the foregoing to Plaintiff.

**Expedited Discovery**

3.      As sufficient cause has been shown, within five (5) days of receipt of service of this Order, the Financial Institutions shall provide the following information to Plaintiff's counsel (to the extent such information is in the Financial Institutions' possession, custody, or control):

     a.      Identifying information for Defendants, including all available contact information (which shall include, if available, all known e-mail addresses and mailing addresses), as well as all associated account numbers and account balances, regardless of the platform or institution.

     b.      Any User Accounts and/or online marketplace websites affiliated with Defendants that are not listed on Schedule A to the Complaint (and attached hereto).

     c.      Information concerning any of Defendants' Accounts or Defendants' Assets including any and all related, connected or otherwise associated accounts or assets, regardless of the hosting platform or institution.

4.      As sufficient cause has been shown, Plaintiff is authorized to conduct expedited discovery, including that:

     a.      Plaintiff may serve interrogatories and requests for production of documents, pursuant to Rules 26 and 33, and 34 of the Federal Rules of Civil Procedure as well as Local Civil Rule 33.3 of the Local Rules for the Southern District of New York and Defendants who are served with this Order shall provide written responses under oath to such interrogatories and produce documents requested within seven (7) days of service to Plaintiff's counsel.

**Service by Electronic Mail and/or Electronic Publication**

5.      Pursuant to Fed. R. Civ. P. 4(f)(3), as sufficient cause has been shown, service of this Order and the Summons and Complaint may be made on, and shall be deemed effective as to, Defendants if it is completed by the following means:

Delivery of: (i) PDF copies of this Order together with the Summons and Complaint; and (ii) a link to a website where each Defendant will be able to download PDF copies of this Order together with the Summons and Complaint, and all papers filed in support of Plaintiff's Application (the "Link"), to Defendants' e-mail addresses as provided by the Financial Institutions.

6.      Such alternative service, as set forth above, shall be made within three (3) days of the Financial Institutions' compliance with Paragraphs 2 through 4 of this Order.

7.      The Clerk of Court is directed to issue a single original summons in the name of "The Individuals, Corporations, Limited Liability Companies, Partnerships, And Unincorporated Associations Identified On Schedule A To The Complaint" that shall apply to all Defendants.

**Security Bond**

8.       Plaintiff shall deposit with the Court Five Thousand Dollars ($5,000.00), either cash, cashier's check or surety bond, as security, which amount was determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

**Sealing Order**

10.      The Clerk of Court is respectfully directed to unseal the Complaint, Dkt. 14; Exhibit 3 of the Complaint, Dkts. 15, 16; Schedule A of the Complaint, Dkt. 17; and Exhibit 1 to the Declaration of Shengmao Mu, Dkt. 18.

**Application to Vacate or Dissolve**

11.      Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two (2) days' notice to Plaintiff or on shorter notice as set by this Court.

**IT IS FURTHER ORDERED** that a hearing shall be held on_____, 2026  at

_____a.m./p.m. in which Plaintiff may present their arguments in support of its request

for issuance of a preliminary injunction. At such time, any Defendants may also be heard as to

opposition to Plaintiff's Application. The hearing will be held virtually, via Microsoft Teams

**IT IS FURTHER ORDERED** that opposing papers, if any, shall be filed and served on or

before_____, 2026, at_____a.m./p.m.

This Temporary Restraining Order without notice is entered at_____on _____,

2026, and shall remain in effect for fourteen (14) days.


_____

JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE

**Schedule A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | Anna big store | Amazon | A10UPZYGG8WWFL |
| 2 | Art1177 | Amazon | A37PCSXIUIBEI4 |
| 3 | AWENSHOP | Amazon | AWNUDU3K5GNYQ |
| 4 | AZPEPSI | Amazon | A3JB72XO5GG063 |
| 5 | Ball Hop Official Store | Amazon | A1X2R364FOUHQJ |
| 6 | bashijiuxiaodian | Amazon | A24XGHDKFB3XSS |
| 7 | BINBIN1234 | Amazon | A8AN8CFEF9MH6 |
| 8 | BLGWCC | Amazon | AUDER6VHG9PTR |
| 9 | Bloazife | Amazon | A3OLVYRCUDGOZW |
| 10 | Booda Design | Amazon | AUEYCN7XBKYHF |
| 11 | BQZQPAMZ | Amazon | A1EX2ULHWJURF7 |
| 12 | Callist | Amazon | AKYDZS1IS6H7Q |
| 13 | Canggai'store | Amazon | A2J9WH9F3MPF1Q |
| 14 | cangnanxiantianrenkejiyouxiangongsi | Amazon | ASA73GO4M731Z |
| 15 | CZGCGYLY | Amazon | ACNUFI0E00M3G |
| 16 | dengzhoushiyulanshangmaoyouxiangongsi | Amazon | AM9VTE94O7MTM |
| 17 | Dongguan Mingyang Network Co., Ltd. | Amazon | A2HRKZ9GKNRI22 |
| 18 | DTTXDZ | Amazon | A2P2D1FJXC6VFJ |
| 19 | DTXWHDZSW | Amazon | A1GMKPWADTP4U7 |
| 20 | ELZAX | Amazon | A9QQOK36YWJX0 |
| 21 | Employee | Amazon | A37223CRSPVWXQ |
| 22 | Eroerl | Amazon | A19PB2AR1YUV3D |
| 23 | Famonz | Amazon | A27I5PV4V7EWR1 |
| 24 | Fan Hanguo International Trade | Amazon | ATUNZ5QQPABWO |
| 25 | FRMRIGUO1 | Amazon | A31H5S285VS184 |
| 26 | gaoqiqiangmeiguoyudian | Amazon | ABQZNQ3CC3MNG |
| 27 | GUAACCB | Amazon | AUMRO0KQ2BRL1 |
| 28 | guangzhouhongmengshangmao | Amazon | A2CHEGLZXE0BB1 |
| 29 | guangzhoujianjumaoyiyouxiangongsi | Amazon | A2CQMLXY2BAMZS |
| 30 | GY ARTCharms | Amazon | A3I7QYED668KWH |
| 31 | Hin Yiqi | Amazon | A3QWTAI6OYUV7W |
| 32 | Huanbing Trading | Amazon | A3RNYZXR8ZJNQQ |
| 33 | hunanhanyujiankangkejiyouxiangongsi | Amazon | ATA10BRNXWYMU |
| 34 | Jinhua Wucheng District Zhuowen E-Commerce Co., Ltd. | Amazon | A7RXMKXGM6XD8 |
| 35 | jiqingtop | Amazon | A1LZB68BPTAEY |
| 36 | kunmingwadanlishangmaoyouxiangongsi | Amazon | A3BHZR2YSKOXNU |
| 37 | LEISHENG123 | Amazon | A3VG54RJHIVYUL |
| 38 | LingShiXiangTongXiaoShouYouXianGongSi | Amazon | A3A9ZIUDCP6ORK |
| 39 | LINMEIZAI | Amazon | A1LA7H2GJ7WSJ3 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 40 | LUSHIHAO888 | Amazon | A3OFG7J96PZC1P |
| 41 | LXSJH | Amazon | A163GVZ86163DX |
| 42 | Meimingyang | Amazon | A3B7B6IVQQ481U |
| 43 | Mivota | Amazon | AWY5ZFX3637P0 |
| 44 | Nanfengling | Amazon | AR0H6DK1LAB1H |
| 45 | Naughty small shop | Amazon | A1TEJUVN88XP7P |
| 46 | NNBBDD88 | Amazon | A9WCVXYAD4O2L |
| 47 | OMPRESS | Amazon | A1IW1LZNEM3X9W |
| 48 | peixionglixi | Amazon | A217SNHMB49HNB |
| 49 | pingqiu | Amazon | A3G0YQ389P687E |
| 50 | POPTOP-US | Amazon | A1XYR7SJ6H9SJL |
| 51 | Putian Chengxiang Hangan Cross-border E-commerce | Amazon | A3NVRLUE3GNB4K |
| 52 | pyzmeiguo | Amazon | A3NKRJ8AE6PRQ9 |
| 53 | QINQUNLI | Amazon | A28R27C8HDWAI4 |
| 54 | Qiuping Store1 | Amazon | A1GXI3GJXKG2IS |
| 55 | QYJC Mall--US | Amazon | AWODSO5IMH4P4 |
| 56 | QZ Mall--US | Amazon | A22XKATT9CGLMG |
| 57 | rongkushangmao | Amazon | A2VKMRS96IWWUL |
| 58 | SINPING | Amazon | A11MLCQTDTJMN8 |
| 59 | TAOTOP-US | Amazon | A1A5J4348V7VPY |
| 60 | TBRZTR | Amazon | A2JXBKR11LZT4X |
| 61 | tingzhilanstore | Amazon | A1ISFSF5FIJ2Y5 |
| 62 | ToysLiu | Amazon | ARJILLB4YEYAI |
| 63 | under the table | Amazon | AIXLEFGIX0K9C |
| 64 | WeiYeye | Amazon | A383EGKKS589U6 |
| 65 | WLGDLH | Amazon | A30L5SWJBNHOTF |
| 66 | WNC66 | Amazon | A32AP26YGI9TLQ |
| 67 | woshiruiqian | Amazon | A2SQQYL98M2T96 |
| 68 | woshiwangyang | Amazon | A4TSC3BNQ1Q9R |
| 69 | WQOWEHI | Amazon | A30D5HU6YHNX3V |
| 70 | WUSHENGHAI SHOP | Amazon | A1BLOI3V4NO6H3 |
| 71 | X&D Nail Salon | Amazon | A2IX4QOMSTU152 |
| 72 | XiaoShiJie 168 | Amazon | A1Z7B1C5UWN7NG |
| 73 | Xiaosttao | Amazon | ANTINXCHNJXPW |
| 74 | XINGXIANGYUN | Amazon | A9E8CGV85YX0G |
| 75 | XINzhu | Amazon | A1AHONOUS6H51G |
| 76 | XIU YUN STORE | Amazon | A2GRYVGJ9XYXOZ |
| 77 | Xuqingtop | Amazon | A3VX3BBVACU82C |
| 78 | YANGYUANSHOP | Amazon | A2IA4J7GJUHEA4 |
| 79 | Yikaiye | Amazon | AVMQV4E2Z0NRN |
| 80 | youhaode | Amazon | ANKMIQ3YK4WFJ |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 81 | YOUJ STORE | Amazon | A2NMNMY5T86XFX |
| 82 | Yunmei inc | Amazon | A1MXNB2XEFMXV |
| 83 | Yunxiangyuan | Amazon | A1DSHSQLY03RC1 |
| 84 | YZ Mall--US | Amazon | AP912PSADNEND |
| 85 | ZhangJiaKouZhiYiJianZhuGongCheng | Amazon | A1YFPOAX8IVKNA |
| 86 | ZIFANHU | Amazon | AMFIU60M3TTOX |
| 87 | ZJL lucky | Amazon | A1AE20IQ3N9RAZ |
| 88 | Zoocust | Amazon | A3KYKKJ52CS301 |
| 89 | ZWENJIE US | Amazon | A18ROMVFI2UF6G |
| 90 | Clthngie | Walmart | 102877987 |
| 91 | Di Li Zi | Walmart | 102763902 |
| 92 | Fopia | Walmart | 102627108 |
| 93 | foshanshidiaofudaoshangmao | Walmart | 102495371 |
| 94 | foshanshiqitongqishangmao | Walmart | 102518497 |
| 95 | General Daily Finds Store | Walmart | 102608542 |
| 96 | GTB | Walmart | 102758700 |
| 97 | jiejiehongyunshangmao | Walmart | 102487890 |
| 98 | laan6nbg | Walmart | 102823417 |
| 99 | LFYDAMAI | Walmart | 102757888 |
| 100 | LGJ | Walmart | 101683748 |
| 101 | Lux Outlet Store | Walmart | 102506511 |
| 102 | RuoNan toys store | Walmart | 102503754 |
| 103 | SONGDIAN | Walmart | 101693754 |
| 104 | taininuomaoyi | Walmart | 102495449 |
| 105 | turong | Walmart | 102717546 |
| 106 | Walwish | Walmart | 102478503 |
| 107 | wanglie.llc | Walmart | 102787431 |
| 108 | Whalegree | Walmart | 102479477 |
| 109 | WONIMA | Walmart | 101565348 |
| 110 | xingbaohua | Walmart | 101106245 |
| 111 | YKHSG store | Walmart | 101654974 |
| 112 | Artisan Workspace | Temu | 634418215347752 |
| 113 | baodansixteenthousand | Temu | 634418220179604 |
| 114 | Blanket Flying Man | Temu | 634418219289970 |
| 115 | Blooming Interiors | Temu | 634418219429164 |
| 116 | BLOOMOU | Temu | 634418222749207 |
| 117 | BVVIVESHOP | Temu | 634418223783722 |
| 118 | Candy Blanket | Temu | 634418219772383 |
| 119 | CasePipi Phone Cases | Temu | 634418228376316 |
| 120 | CaseVibe shop | Temu | 634418222251401 |
| 121 | Charming Interiors | Temu | 634418219530749 |

11

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 122 | chenchunmin | Temu | 634418220120086 |
| 123 | CHENZHISHUO | Temu | 634418220905665 |
| 124 | Colorful Cases shop | Temu | 634418216856471 |
| 125 | Comfort Cove Decor | Temu | 634418218626328 |
| 126 | Couture Corner art | Temu | 634418221800617 |
| 127 | Deer bumping | Temu | 634418219731272 |
| 128 | Direct to the shopping mall | Temu | 634418220958764 |
| 129 | Dream Details | Temu | 634418219682110 |
| 130 | Evergreen Elegance | Temu | 634418219429119 |
| 131 | Fashionable Beauty Hall | Temu | 634418218032299 |
| 132 | FashionShopQuality | Temu | 6120648774076 |
| 133 | FIRST PILLOW | Temu | 634418213979307 |
| 134 | GONGXIFACAG | Temu | 634418218645627 |
| 135 | GripChic Case | Temu | 634418221761405 |
| 136 | GripStyle | Temu | 634418220701489 |
| 137 | HEDOUDOU | Temu | 634418223080775 |
| 138 | HExiaojin | Temu | 63441824247946 |
| 139 | HTD CASE | Temu | 634418220040774 |
| 140 | HUA Kai | Temu | 634418219981653 |
| 141 | HuaCheng digital | Temu | 93075092011 |
| 142 | HXlife | Temu | 634418215080079 |
| 143 | J CD Matelier | Temu | 634418220226921 |
| 144 | JINMIAO local | Temu | 634418220580307 |
| 145 | JINSHUI SHOP | Temu | 634418220560960 |
| 146 | Joyful Convenience | Temu | 634418220832176 |
| 147 | JZZhuo local | Temu | 634418220558611 |
| 148 | KOSFSAKA | Temu | 634418223433628 |
| 149 | LemonCZ | Temu | 634418222407132 |
| 150 | linsonwenjushandian | Temu | 634418222567712 |
| 151 | Living Harmony | Temu | 634418219611611 |
| 152 | Llanam | Temu | 634418218643356 |
| 153 | manyouke | Temu | 634418220738385 |
| 154 | MemoryLML | Temu | 634418222692601 |
| 155 | Meng Shell Planet | Temu | 634418220345977 |
| 156 | MINxiaohong | Temu | 634418225020969 |
| 157 | Moonesd | Temu | 634418223756620 |
| 158 | Mossyss | Temu | 634418219930179 |
| 159 | Mystic Mood Decor | Temu | 634418220219239 |
| 160 | NCRXPA | Temu | 634418221283704 |
| 161 | Nestly Living | Temu | 634418219530808 |
| 162 | NovnGuad | Temu | 634418222742193 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 163 | Oh case craze | Temu | 634418222147450 |
| 164 | PrimeGuard | Temu | 634418220347557 |
| 165 | Pure Essence Interiors | Temu | 634418219530679 |
| 166 | QoQ Blankets | Temu | 634418218168750 |
| 167 | quilmes | Temu | 634418221671518 |
| 168 | Rice Grain Art | Temu | 634418221884298 |
| 169 | Rich idle fish | Temu | 634418224462340 |
| 170 | S CD Kitchen furniture | Temu | 634418220221847 |
| 171 | Shell Fun Factory | Temu | 634418220085297 |
| 172 | ShieldStyle Case | Temu | 634418221118931 |
| 173 | Shop DDlucky local | Temu | 634418220558129 |
| 174 | SHUNSHUNNIMAN | Temu | 634418221607789 |
| 175 | SMJQQQ | Temu | 634418220507059 |
| 176 | Tingyun Network | Temu | 634418221115565 |
| 177 | Tranquil Charms | Temu | 634418219682004 |
| 178 | Twinkle Jewels | Temu | 634418217571252 |
| 179 | vivishoujike | Temu | 634418222866906 |
| 180 | Vvid | Temu | 634418220239341 |
| 181 | WANGYU SHOP | Temu | 634418221140795 |
| 182 | WaWuuu Case | Temu | 634418220444659 |
| 183 | Whitess | Temu | 634418224122442 |
| 184 | Winwayse | Temu | 634418224951119 |
| 185 | Wonderland Case | Temu | 634418220666640 |
| 186 | XIANXISHO | Temu | 634418225356861 |
| 187 | XS FDSGF G | Temu | 634418220235436 |
| 188 | XS J | Temu | 634418220235052 |
| 189 | XS LCXFGER | Temu | 634418220226692 |
| 190 | Xubeide Case | Temu | 634418221363090 |
| 191 | XYPerfect Digital | Temu | 634418220373096 |
| 192 | YEIHGU | Temu | 634418220719561 |
| 193 | YHZC Case | Temu | 634418221033350 |
| 194 | Yi Case | Temu | 634418220387737 |
| 195 | YIPIEYINA | Temu | 634418216580221 |
| 196 | Yiyu case | Temu | 634418218773061 |
| 197 | Yohi DE | Temu | 634418217966647 |
| 198 | YoYodss | Temu | 634418223010057 |
| 199 | Zoey Case | Temu | 634418221861418 |
| 200 | ZXZ Customized Shop | Temu | 634418219506482 |