UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERCIS B.V.,<br><br>      Plaintiff,<br><br>  -against-<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>      Defendants. | Case No. 1:26-cv-03709 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Plaintiff's motion seeking modification of the temporary restraining order entered in this matter. Dkt. 23. Having reviewed Plaintiff's submissions at Dkts. 23 to 25, the Court amends the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order, Dkt. 22 ("the TRO"), as follows:

- Paragraph two on page five of the TRO is amended to remove Coinbase Global, Inc. ("Coinbase") from the definition of Financial Institutions. Accordingly, Coinbase is no longer subject to the TRO;

- In Coinbase's place, WhaleCo Inc. ("Temu") shall be added to the definition of Financial Institutions and thereby bound by the TRO and the provisions thereof;

- Any opposing papers by Temu shall be filed and served on or before **May 26, 2026, at 5:00 p.m.**;

- This amendment to the TRO is entered at 12:00 p.m. on May 15, 2026.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 23.

Dated: May 15, 2026
      New York, New York

                                       SO ORDERED.

                                       _____
                                       JENNIFER L. ROCHON
                                       United States District Judge