UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCIS B.V.,

                Plaintiff,

     -against-

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A TO THE
COMPLAINT,

                Defendants.

Case No. 1:26-cv-03709 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    As discussed on the record at the June 8, 2026 preliminary injunction hearing, the Court

grants Plaintiff leave to file the unredacted complaint, *see* Dkt. 36.[1]

Dated: June 9, 2026
      New York, New York

                      SO ORDERED.

                      _____
                      JENNIFER L. ROCHON
                      United States District Judge

---

[1] The unredacted complaint differs from the now-unsealed complaint, Dkt. 14, only to the extent that the unredacted complaint identifies all Defendants directly in the case caption, rather than solely by reference to Schedule A.