**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MERCIS B.V.,

      Plaintiff,

v.

 THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A TO THE COMPLAINT,

      Defendants.

Civil Action No. 26-cv-3709

## ~~[PROPOSED]~~ PRELIMINARY INJUNCTION ORDER

The Court has considered Plaintiff MERCIS B.V.'s ("Plaintiff") application for an Order to Show Cause Why a Preliminary Injunction Should Not Issue (the "Motion to Show Cause") and the oral arguments made at the hearing. Based on the papers and other evidence submitted in support of the Motion to Show Cause, and for good cause shown:

1. Plaintiff is likely to prevail on its trademark infringement claims at trial.

2. As a result of Defendants' misconduct, Plaintiff is likely to suffer immediate and irreparable losses, damages, and injuries:

    a. Defendants, without any authorization or license from Plaintiff, have knowingly, willfully, and deliberately infringed Plaintiff's MIFFY trademarks including Plaintiff's U.S. Trademark Registration Nos. 2,210,029; 2,482,597; 4,248,049; 5,516,174; 5,652,014; 5,663,554; 5,663,610; 5,706,346; 5,706,199; 5,706,279; and 6,727,656 (the "MIFFY Trademarks") and Plaintiff's U.S. Copyright Registration Nos. VA 2-358-985 and VA 1-054-563 (the "MIFFY Copyrighted Works" and with the MIFFY Trademarks are collectively referred to as the

"MIFFY IP"), in connection with the systematic advertisement, distribution, offering for sale, and sale of products infringing upon the MIFFY IP (the "Infringing Products") into the United States, including within this judicial district of New York, over the Internet through accounts with online marketplace platforms held by Defendants (the "User Account(s)"). The Infringing Products are set forth in Exhibit 1.

b. Plaintiff has well-founded fears that more Infringing Products will appear in the marketplace using the same User Accounts or new and different User Accounts; that consumers may be misled, confused and disappointed by the quality of these Infringing Products, resulting in injury to Plaintiff's reputation and goodwill and, in particular, the reputation and goodwill related to Plaintiff's MIFFY IP.

3.     On balance, the potential harm to Defendants of being prevented from continuing to profit from their illegal and infringing activities if a preliminary injunction order is issued is far outweighed by the potential harm to Plaintiff, its business, and the goodwill and reputation built up in and associated with Plaintiff's MIFFY IP if a preliminary injunction order is not issued.

4.     Service on Defendants via electronic means is reasonably calculated to result in proper notice to Defendants and does not violate the Hague Service Convention as Defendants' addresses are unknown or unverifiable despite Plaintiff's due diligence.

5.     Plaintiff's allegations are presumed to be true solely for purposes of adjudicating its request for this Order.

## ORDER

The injunctive relief previously granted in the Temporary Restraining Order (the "TRO") shall remain in place through the pendency of this action, and issuing this Order is warranted under Federal Rule of Civil Procedure 65, 15 U.S.C. § 1116(a), and 17 U.S.C. § 502. Based on the foregoing, Plaintiff's Motion to Show Cause is hereby **GRANTED** and it is **ORDERED o**n this 9th day of June, 2026, at 3:00 p.m. as follows:

1.      As sufficient causes have been shown, Defendants are hereby enjoined and restrained from engaging in any of the following conduct during the pendency of this action or until further order of the Court:

      a.    Cease and refrain from manufacturing, advertising, offering for sale, selling, distributing, destroying, selling off, transferring, or otherwise disposing of any Infringing Products;

      b.    Cease and refrain from manufacturing, advertising, offering to sell, selling, reproducing, or distributing any Infringing Products;

      c.    Cease and refrain from destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any Infringing Products;

      d.    Cease and refrain from using Plaintiff's MIFFY IP on or in connection with any seller alias, account name, or storefront identifier (each, a "Seller Alias," as identified in Schedule A) that any Defendant may own, operate, or control on any marketplace;

      e.    Cease and refrain from any and all use of Plaintiff's MIFFY IP as metatags, on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or

cache memory, or any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Seller Aliases registered, owned or operated by any Defendant on any marketplace;

f.  Cease and refrain from altering, disabling, closing, or transferring ownership of any Seller Alias on any marketplace during the pendency of this action, or until further Order of the Court.

## Asset Restraint

2.  As sufficient cause has been shown, the asset restraint granted in the TRO shall remain in place through the pendency of this litigation, including that:

a.  within five (5) days of receipt of service of the TRO, that Financial Institutions (i) Amazon.com, Inc. ("Amazon"), (ii) PayPal, Inc. ("PayPal"), (iii) Payoneer, Inc. ("Payoneer"), (iv) WhaleCo Inc. ("Temu"), (v) Walmart, Inc. ("Walmart"), and (vi) Shopify Inc. d/b/a Shop Pay ("Shop Pay") (collectively referred to as the "Financial Institutions") shall locate all accounts associated with Defendants (the "Defendants' Accounts") and other assets belonging to Defendants, including any cryptocurrency (the "Defendants' Assets"), and shall locate, attach, and restrain the transfer or disposal of monies, funds, or assets from Defendants' Accounts and Defendants' Assets until further ordered by this Court. The Financial Institutions shall provide written confirmation of their compliance with the foregoing to Plaintiff.

## Expedited Discovery

3.  As sufficient cause has been shown, the expedited discovery order previously granted in the TRO shall remain in place through the pendency of this litigation, including that:

a.    within five (5) days of receipt of service of the TRO, the Financial Institutions shall provide the following information to Plaintiff's counsel (to the extent such information is in the Financial Institutions' possession, custody, or control): identifying information for Defendants, including all available contact information (which shall include, if available, all known e-mail addresses and mailing addresses), as well as all associated account numbers and account balances, regardless of the platform or institution; any User Accounts and/or online marketplace websites affiliated with Defendants that are not listed on Schedule A to the Complaint, which shall also be attached hereto; and information concerning any of Defendants' Accounts or Defendants' Assets, including any and all related, connected, or otherwise associated accounts or assets, regardless of the hosting platform or institution.

4.    As sufficient cause has been shown, Plaintiff is authorized to conduct expedited discovery, including that:

a.    Plaintiff may serve interrogatories and requests for production of documents, pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, as well as Local Civil Rule 33.3 of the Local Rules for the Southern District of New York, and Defendants who are served with this Order shall provide written responses under oath to such interrogatories and produce documents requested within seven (7) days of service to Plaintiff's counsel.

**Service by Electronic Mail and/or Electronic Publication**

5.      Pursuant to Fed. R. Civ. P. 4(f)(3), as sufficient cause has been shown, service of this Order and the Summons and Complaint may be made on and shall be deemed effective as to Defendants and third parties if it is completed by the following means:

a.      Delivery of: (i) PDF copies of this Order together with the Summons and Complaint; and (ii) a link to a website where each Defendant will be able to download PDF copies of this Order together with the Summons and Complaint, and all papers filed in this action by Plaintiff (the "Link"), to Defendants' e-mail addresses as provided by the Financial Institutions.

**Security Bond**

6.      The $5,000.00 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Order is terminated.

**Application to Vacate or Dissolve**

7.      Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two (2) days' notice to Plaintiff or on shorter notice as set by this Court. Any third party impacted by this Order may move for appropriate relief.

Dated: June 9, 2026
        New York, New York

_____
JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE

## Schedule A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | Anna big store | Amazon | A10UPZYGG8WWFL |
| 2 | Art1177 | Amazon | A37PCSXIUIBEI4 |
| 3 | AWENSHOP | Amazon | AWNUDU3K5GNYQ |
| 4 | AZPEPSI | Amazon | A3JB72XO5GG063 |
| 5 | Ball Hop Official Store | Amazon | A1X2R364FOUHQJ |
| 6 | bashijiuxiaodian | Amazon | A24XGHDKFB3XSS |
| 7 | BINBIN1234 | Amazon | A8AN8CFEF9MH6 |
| 8 | BLGWCC | Amazon | AUDER6VHG9PTR |
| 9 | Bloazife | Amazon | A3OLVYRCUDGOZW |
| 10 | Booda Design | Amazon | AUEYCN7XBKYHF |
| 11 | BQZQPAMZ | Amazon | A1EX2ULHWJURF7 |
| 12 | Callist | Amazon | AKYDZS1IS6H7Q |
| 13 | Canggai'store | Amazon | A2J9WH9F3MPF1Q |
| 14 | cangnanxiantianrenkejiyouxiangongsi | Amazon | ASA73GO4M731Z |
| 15 | CZGCGYLY | Amazon | ACNUFI0E00M3G |
| 16 | dengzhoushiyulanshangmaoyouxiangongsi | Amazon | AM9VTE94O7MTM |
| 17 | Dongguan Mingyang Network Co., Ltd. | Amazon | A2HRKZ9GKNRI22 |
| 18 | DTTXDZ | Amazon | A2P2D1FJXC6VFJ |
| 19 | DTXWHDZSW | Amazon | A1GMKPWADTP4U7 |
| 20 | ELZAX | Amazon | A9QQOK36YWJX0 |
| 21 | Employee | Amazon | A37223CRSPVWXQ |
| 22 | Eroerl | Amazon | A19PB2AR1YUV3D |
| 23 | Famonz | Amazon | A27I5PV4V7EWR1 |
| 24 | Fan Hanguo International Trade | Amazon | ATUNZ5QQPABWO |
| 25 | FRMRIGUO1 | Amazon | A31H5S285VS184 |
| 26 | gaoqiqiangmeiguoyudian | Amazon | ABQZNQ3CC3MNG |
| 27 | GUAACCB | Amazon | AUMRO0KQ2BRL1 |
| 28 | guangzhouhongmengshangmao | Amazon | A2CHEGLZXE0BB1 |
| 29 | guangzhoujianjumaoyiyouxiangongsi | Amazon | A2CQMLXY2BAMZS |
| 30 | GY ARTCharms | Amazon | A3I7QYED668KWH |
| 31 | Hin Yiqi | Amazon | A3QWTAI6OYUV7W |
| 32 | Huanbing Trading | Amazon | A3RNYZXR8ZJNQQ |
| 33 | hunanhanyujiankangkejiyouxiangongsi | Amazon | ATA10BRNXWYMU |
| 34 | Jinhua Wucheng District Zhuowen E-Commerce Co., Ltd. | Amazon | A7RXMKXGM6XD8 |
| 35 | jiqingtop | Amazon | A1LZB68BPTAEY |
| 36 | kunmingwadanlishangmaoyouxiangongsi | Amazon | A3BHZR2YSKOXNU |
| 37 | LEISHENG123 | Amazon | A3VG54RJHIVYUL |
| 38 | LingShiXiangTongXiaoShouYouXianGongSi | Amazon | A3A9ZIUDCP6ORK |
| 39 | LINMEIZAI | Amazon | A1LA7H2GJ7WSJ3 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 40 | LUSHIHAO888 | Amazon | A3OFG7J96PZC1P |
| 41 | LXSJH | Amazon | A163GVZ86163DX |
| 42 | Meimingyang | Amazon | A3B7B6IVQQ481U |
| 43 | Mivota | Amazon | AWY5ZFX3637P0 |
| 44 | Nanfengling | Amazon | AR0H6DK1LAB1H |
| 45 | Naughty small shop | Amazon | A1TEJUVN88XP7P |
| 46 | NNBBDD88 | Amazon | A9WCVXYAD4O2L |
| 47 | OMPRESS | Amazon | A1IW1LZNEM3X9W |
| 48 | peixionglixi | Amazon | A217SNHMB49HNB |
| 49 | pingqiu | Amazon | A3G0YQ389P687E |
| 50 | POPTOP-US | Amazon | A1XYR7SJ6H9SJL |
| 51 | Putian Chengxiang Hangan Cross-border E-commerce | Amazon | A3NVRLUE3GNB4K |
| 52 | pyzmeiguo | Amazon | A3NKRJ8AE6PRQ9 |
| 53 | QINQUNLI | Amazon | A28R27C8HDWAI4 |
| 54 | Qiuping Store1 | Amazon | A1GXI3GJXKG2IS |
| 55 | QYJC Mall--US | Amazon | AWODSO5IMH4P4 |
| 56 | QZ Mall--US | Amazon | A22XKATT9CGLMG |
| 57 | rongkushangmao | Amazon | A2VKMRS96IWWUL |
| 58 | SINPING | Amazon | A11MLCQTDTJMN8 |
| 59 | TAOTOP-US | Amazon | A1A5J4348V7VPY |
| 60 | TBRZTR | Amazon | A2JXBKR11LZT4X |
| 61 | tingzhilanstore | Amazon | A1ISFSF5FIJ2Y5 |
| 62 | ToysLiu | Amazon | ARJILLB4YEYAI |
| 63 | under the table | Amazon | AIXLEFGIX0K9C |
| 64 | WeiYeye | Amazon | A383EGKKS589U6 |
| 65 | WLGDLH | Amazon | A30L5SWJBNHOTF |
| 66 | WNC66 | Amazon | A32AP26YGI9TLQ |
| 67 | woshiruiqian | Amazon | A2SQQYL98M2T96 |
| 68 | woshiwangyang | Amazon | A4TSC3BNQ1Q9R |
| 69 | WQOWEHI | Amazon | A30D5HU6YHNX3V |
| 70 | WUSHENGHAI SHOP | Amazon | A1BLOI3V4NO6H3 |
| 71 | X&D Nail Salon | Amazon | A2IX4QOMSTU152 |
| 72 | XiaoShiJie 168 | Amazon | A1Z7B1C5UWN7NG |
| 73 | Xiaosttao | Amazon | ANTINXCHNJXPW |
| 74 | XINGXIANGYUN | Amazon | A9E8CGV85YX0G |
| 75 | XINzhu | Amazon | A1AHONOUS6H51G |
| 76 | XIU YUN STORE | Amazon | A2GRYVGJ9XYXOZ |
| 77 | Xuqingtop | Amazon | A3VX3BBVACU82C |
| 78 | YANGYUANSHOP | Amazon | A2IA4J7GJUHEA4 |
| 79 | Yikaiye | Amazon | AVMQV4E2Z0NRN |
| 80 | youhaode | Amazon | ANKMIQ3YK4WFJ |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 81 | YOUJ STORE | Amazon | A2NMNMY5T86XFX |
| 82 | Yunmei inc | Amazon | A1MXNB2XEFMXV |
| 83 | Yunxiangyuan | Amazon | A1DSHSQLY03RC1 |
| 84 | YZ Mall--US | Amazon | AP912PSADNEND |
| 85 | ZhangJiaKouZhiYiJianZhuGongCheng | Amazon | A1YFPOAX8IVKNA |
| 86 | ZIFANHU | Amazon | AMFIU60M3TTOX |
| 87 | ZJL lucky | Amazon | A1AE20IQ3N9RAZ |
| 88 | Zoocust | Amazon | A3KYKKJ52CS301 |
| 89 | ZWENJIE US | Amazon | A18ROMVFI2UF6G |
| 90 | Clthngie | Walmart | 102877987 |
| 91 | Di Li Zi | Walmart | 102763902 |
| 92 | Fopia | Walmart | 102627108 |
| 93 | foshanshidiaofudaoshangmao | Walmart | 102495371 |
| 94 | foshanshiqitongqishangmao | Walmart | 102518497 |
| 95 | General Daily Finds Store | Walmart | 102608542 |
| 96 | GTB | Walmart | 102758700 |
| 97 | jiejiehongyunshangmao | Walmart | 102487890 |
| 98 | laan6nbg | Walmart | 102823417 |
| 99 | LFYDAMAI | Walmart | 102757888 |
| 100 | LGJ | Walmart | 101683748 |
| 101 | Lux Outlet Store | Walmart | 102506511 |
| 102 | RuoNan toys store | Walmart | 102503754 |
| 103 | SONGDIAN | Walmart | 101693754 |
| 104 | taininuomaoyi | Walmart | 102495449 |
| 105 | turong | Walmart | 102717546 |
| 106 | Walwish | Walmart | 102478503 |
| 107 | wanglie.llc | Walmart | 102787431 |
| 108 | Whalegree | Walmart | 102479477 |
| 109 | WONIMA | Walmart | 101565348 |
| 110 | xingbaohua | Walmart | 101106245 |
| 111 | YKHSG store | Walmart | 101654974 |
| 112 | Artisan Workspace | Temu | 634418215347752 |
| 113 | baodansixteenthousand | Temu | 634418220179604 |
| 114 | Blanket Flying Man | Temu | 634418219289970 |
| 115 | Blooming Interiors | Temu | 634418219429164 |
| 116 | BLOOMOU | Temu | 634418222749207 |
| 117 | BVVIVESHOP | Temu | 634418223783722 |
| 118 | Candy Blanket | Temu | 634418219772383 |
| 119 | CasePipi Phone Cases | Temu | 634418228376316 |
| 120 | CaseVibe shop | Temu | 634418222251401 |
| 121 | Charming Interiors | Temu | 634418219530749 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 122 | chenchunmin | Temu | 634418220120086 |
| 123 | CHENZHISHUO | Temu | 634418220905665 |
| 124 | Colorful Cases shop | Temu | 634418216856471 |
| 125 | Comfort Cove Decor | Temu | 634418218626328 |
| 126 | Couture Corner art | Temu | 634418221800617 |
| 127 | Deer bumping | Temu | 634418219731272 |
| 128 | Direct to the shopping mall | Temu | 634418220958764 |
| 129 | Dream Details | Temu | 634418219682110 |
| 130 | Evergreen Elegance | Temu | 634418219429119 |
| 131 | Fashionable Beauty Hall | Temu | 634418218032299 |
| 132 | FashionShopQuality | Temu | 6120648774076 |
| 133 | FIRST PILLOW | Temu | 634418213979307 |
| 134 | GONGXIFACAG | Temu | 634418218645627 |
| 135 | GripChic Case | Temu | 634418221761405 |
| 136 | GripStyle | Temu | 634418220701489 |
| 137 | HEDOUDOU | Temu | 634418223080775 |
| 138 | HExiaojin | Temu | 634418224247946 |
| 139 | HTD CASE | Temu | 634418220040774 |
| 140 | HUA Kai | Temu | 634418219981653 |
| 141 | HuaCheng digital | Temu | 93075092011 |
| 142 | HXlife | Temu | 634418215080079 |
| 143 | J CD Matelier | Temu | 634418220226921 |
| 144 | JINMIAO local | Temu | 634418220580307 |
| 145 | JINSHUI SHOP | Temu | 634418220560960 |
| 146 | Joyful Convenience | Temu | 634418220832176 |
| 147 | JZZhuo local | Temu | 634418220558611 |
| 148 | KOSFSAKA | Temu | 634418223433628 |
| 149 | LemonCZ | Temu | 634418222407132 |
| 150 | linsonwenjushandian | Temu | 634418222567712 |
| 151 | Living Harmony | Temu | 634418219611611 |
| 152 | Llanam | Temu | 634418218643356 |
| 153 | manyouke | Temu | 634418220738385 |
| 154 | MemoryLML | Temu | 634418222692601 |
| 155 | Meng Shell Planet | Temu | 634418220345977 |
| 156 | MINxiaohong | Temu | 634418225020969 |
| 157 | Moonesd | Temu | 634418223756620 |
| 158 | Mossyss | Temu | 634418219930179 |
| 159 | Mystic Mood Decor | Temu | 634418220219239 |
| 160 | NCRXPA | Temu | 634418221283704 |
| 161 | Nestly Living | Temu | 634418219530808 |
| 162 | NovnGuad | Temu | 634418222742193 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 163 | Oh case craze | Temu | 634418222147450 |
| 164 | PrimeGuard | Temu | 634418220347557 |
| 165 | Pure Essence Interiors | Temu | 634418219530679 |
| 166 | QoQ Blankets | Temu | 634418218168750 |
| 167 | quilmes | Temu | 634418221671518 |
| 168 | Rice Grain Art | Temu | 634418221884298 |
| 169 | Rich idle fish | Temu | 634418224462340 |
| 170 | S CD Kitchen furniture | Temu | 634418220221847 |
| 171 | Shell Fun Factory | Temu | 634418220085297 |
| 172 | ShieldStyle Case | Temu | 634418221118931 |
| 173 | Shop DDlucky local | Temu | 634418220558129 |
| 174 | SHUNSHUNNIMAN | Temu | 634418221607789 |
| 175 | SMJQQQ | Temu | 634418220507059 |
| 176 | Tingyun Network | Temu | 634418221115565 |
| 177 | Tranquil Charms | Temu | 634418219682004 |
| 178 | Twinkle Jewels | Temu | 634418217571252 |
| 179 | vivishoujike | Temu | 634418222866906 |
| 180 | Vvid | Temu | 634418220239341 |
| 181 | WANGYU SHOP | Temu | 634418221140795 |
| 182 | WaWuuu Case | Temu | 634418220444659 |
| 183 | Whitess | Temu | 634418224122442 |
| 184 | Winwayse | Temu | 634418224951119 |
| 185 | Wonderland Case | Temu | 634418220666640 |
| 186 | XIANXISHO | Temu | 634418225356861 |
| 187 | XS FDSGF G | Temu | 634418220235436 |
| 188 | XS J | Temu | 634418220235052 |
| 189 | XS LCXFGER | Temu | 634418220226692 |
| 190 | Xubeide Case | Temu | 634418221363090 |
| 191 | XYPerfect Digital | Temu | 634418220373096 |
| 192 | YEIHGU | Temu | 634418220719561 |
| 193 | YHZC Case | Temu | 634418221033350 |
| 194 | Yi Case | Temu | 634418220387737 |
| 195 | YIPIEYINA | Temu | 634418216580221 |
| 196 | Yiyu case | Temu | 634418218773061 |
| 197 | Yohi DE | Temu | 634418217966647 |
| 198 | YoYodss | Temu | 634418223010057 |
| 199 | Zoey Case | Temu | 634418221861418 |
| 200 | ZXZ Customized Shop | Temu | 634418219506482 |

11

# EXHIBIT 1

# 1. Anna big store



Brand: MUJONU

Cute Rabbit Mini Crossbody Bag for Women Stylish Canvas Shoulder Purse Best Gift

$16⁰⁰

Color: A02

Product details

Origin: imported

Closure type: Zipper

**About this item**

- Charming Rabbit Design: This mini bag features an adorable rabbit-inspired shape that adds a playful and stylish touch to your everyday look – perfect for fashion-forward women.
- Compact & Functional Size: Measuring 8.66" H x 5.51" W x 2.95", it's small yet spacious enough to carry phone, wallet, keys, cards, lipstick, and other daily essentials with ease.
- Premium Canvas Material: Made from soft yet durable canvas fabric, that is lightweight, comfortable to carry, and maintains its shape over time.
- Versatile Wearing Options: Adjustable strap allows multiple styles – wear as a crossbody bag, shoulder purse, or waist bag. Ideal for travel, shopping, parties, or

˅ See more

Report an issue with this product or seller

Registration Date: Jan. 20, 2019
Trademark Registration:

Wordmark

Status: LIVE REGISTERED

Goods & services: IC 016 Paper, cardboard, Paper, cardboard and products made of...

Class: 016, 020, 024, 025, 028, 035

Reg No: 5003554

Owners: Mercis B.V. BESLOTEN VENNOOTSCHAP B.V. NETHERLANDS

Ships from: Anna big store
Sold by: Anna big store
Returns: 30-day refund/replacement
Payment: Secure transaction

Add to List

## Product Page

https://www.amazon.com/Rabbit-Crossbody-Stylish-Canvas-Shoulder/dp/B0F7Y7C185/ref=sr_1_53?crid=1MTO43ABVG3V&dib=eyJ2IjoiMSJ9.BdbyNYGK8XVTh5NXk0ZooPAL_nslrd-9tieUUwLoGS4hNjzM0R-HTX2QzCuK_t5fmMk0NGdFY4CKLA7HUnBxOiZfgf5UHVxaoJAZI5tRNlenFInnarzneTL9Nvvt8Nh-39

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A10UPZYGG8WWFL&asin=B0F7Y7C185&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright

Title: Miffy Soft Toy
Registration Number: VA 2-358-985
Registrant: MERCIS B.V
Registration Date: 09/30/2023
Copyright Deposit:



# 2. Art1177



## Product Page
https://www.amazon.com/Valentines-Medium-Rhinestones-Designs-
Romantic/dp/B0G526LV7M/ref=sr_1_51?crid=2RM27NBEWEG26&dib=ey.J2ljoiMSJ9_A1FTgh3V-OGnyiP_xiadxBn-
sa46KlNJm_L0QDa3JCmE4DVJoL2_LesCzbn5G6Au4u7lk3flMztfCHCpWFk4ft9CwKGCHUVLb4L28ToQk0N1sb_PgDmu56XJm

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-
glance.html/ref=dp_merchant_link?ie=UTF8&seller=A37PCSXlUlBEl4&asin=B0G526LV7M&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 3. AWENSHOP





Soap Box Cartoon Soap Box Free Punching Home Dormitory Bathroom Plastic Cute Suction Cup Wall-Mounted Bathroom Soap Box Soap Stand

Brand: YWZDQ

$23⁹⁷

Get a $50 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Size: A

Color: White

| Color | White |
|---|---|
| Brand | YWZDQ |
| Number of Pieces | 1 |
| Item Weight | 200 Grams |

## About this item

- High-quality material: Made of high quality environmentally friendly materials, the quality is strong and not easy to break, and can be reused for a long time
- design: creative and appearance, more comfortable to use
- Portable Design: You can put this soap dish in your bag or case, it won't take up much space. It is also very suitable for traveling, and other outdoor activities.
- Easy to clean: This soap dish is made of high-quality materials, the surface is smooth, it is not easy to residue materials, and it is easier to clean.
- Drying: The soap rack is easy to clean and can keep the soap clean and will not stick to the countertop. The soap box comes with a self-draining function, which allows the soapy water to flow out, effectively preventing the soap from becoming mushy. The appearance is sturdy and not easy to deform. Good materials make it easy to wash and keep it dry and clean.

Report an issue with this product or seller

## Product Page

https://www.amazon.com/Cartoon-Punching-Dormitory-Bathroom-Wall-Mounted/dp/B0DSM6Y98B/ref=sr_1_2?crid=1ON6475F4BEOZ&dib=eyJ2IjoiMSJ9.Q5N1tOdFjHkywFfAmKliWt2HLbFm3O35rziJ_t1r1ZFCjjOxqbxB gNUCHUY-Xn_DoW-N4XxJ7mA1CcnPVWCGQHIg9OA_IWXsSB3_2EKK9aTYvKdLhgLducPCwbWsiE6ZP1m_ig5etqQ2GJ1jneXQgmaB6RgI9My6o_JV2BOZVTZ9C8p Jt8I1TdykCaYh9Dt-JpO6EE1H4Rh5XoOVYDyRQ_-kqV4cZUNNVYG0GP1QKLWKxja3juSjx2X1bkpAuxJ70FXxyOYxu5dh5S6mTCCgpG7hJ-ObKE380kQ4em-QHw_XG3xbk8mOw5bmn4sLvk5RvZININ0zIOFOzKYQHxNpD0&dib_tag=se&keywords=Soa

## Seller Page

https://www.amazon.com/sp?ie=UTF8&seller=AWNUDU3K5GNYQ&asin=B0DSM6Y98B&ref_=dp_merchant_link

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark & Copyright



Title: MIFFY
Registration Number: VA0001064583
Registrant: MERCIS B.V.
Registration Date: 11/30/2000
Copyright Deposit:

# 4. AZPEPSI



Easter Press on Nails Blue Medium Almond Fake Nails with Bunny Design Cute Rabbit Nails Press ons, Flower False Nails Glossy Reusable Spring Nails for Women Girls Manicure 24pcs

Visit the Sevgoб Store
4.0 ★★★★★ ✓ (97)

$7⁹⁹ ($7.99 / fluid ounce)

Get Fast, Free Shipping with Amazon Prime
FREE Returns ✓

Get a $60 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Color: Blue Bunny-12



Size: Medium Almond

| Medium Almond |

| Color | Blue Bunny-12 |
| Size | Medium Almond |
| Brand | Sevgoб |
| Style | French |
| Pattern | Floral |

### About this item

- Package Includes 24pcs Easter stick on false nails glue on nails kit, each box includes 24 medium square press on nails, 1 sheet of 34 sticky nail pieces, 1 cuticle stick, 1 double sided nail file. All the tools you need to apply the nails are included in one set
- An Amazing Gel Finish: The double-structured design is thicker at the fingertip for extra durability and prevents splitting, while thinner at the cuticle for a seamless and natural fit. The manual brush-on gel treatment adds a real gel shine, is polish-free, and never fades
- Blue press on nails: Rabbit blue flower press on nails glue you infinite opportunity to play around with different trendy nail styles for every mood, every outfit, and everyday
- Long-Lasting and Safe: These reusable press on nails last up to 2 weeks with normal care, and using glue ensures even longer wear. SEVGOB false nail gel is safe for natural nails, and removal is hassle-free. It's a great option for home DIY manicures and last-minute appointments
- Wide Usage: These bunny press-on nails are designed with length elegant shape and a classic fake nails to make you stand out and look charming. Perfect for daily home manicures, weddings, proms, parties, birthdays, dates, and other special occasions. They also make an ideal gift for birthdays.



**Title:** Miffy
**Registration number:** VA 1-054-063
**Registrant:** MERCIS B.V
**Registration Date:** 11/30/2000
**Copyright Deposit:**

prime
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.
Join Prime

Add to cart
Buy Now

Ships from  Amazon
Sold by    AZPEPSI
Returns   FREE 30-day refund/replacement
Payment   Secure transaction

☐ Add a gift receipt for easy returns

Subscribe & Save  ○
$7⁹⁹ ($1.99 / fluid ounce)

FREE delivery Saturday, February 14 on orders shipped by Amazon over $35
Ships from   Amazon
Sold by     AZPEPSI

## Product Page
https://www.amazon.com/Easter-Medium-Almond-Reusable-Manicure/dp/B0DR932PCB/ref=sr_1_17?crid=2RM27NBEWEG26&dib=eyJ2IjoiMSJ9.ISisGwpXSQPJJm0zrk-OyRRr4i5SYY2QkKUccaM3g3Nm2VzW73jhe9Ycc7SavYfM12Bubtx7ZP7B6GSthgFTGPMuAhxlUd4g-HaJzwZnDzG3NPMu-_I7CiY_cP4IoOs9QVb

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3JB72XO5GG063&asin=B0DR932PCB&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 5. Ball Hop Official Store



**Cute 3D Night Light Anime Cartoon Bunny Eye Protection Rechargeable Desk Lamp Bedroom Children Bedside Lamp Camp Lamp (Rabbit Night Light, 28CM)**

Brand: Goonie

Search this page

**$36⁰⁰**

Eligible for Return, Refund or Replacement within 30 days of receipt

Size: 28CM

Color: Rabbit Night Light

| Product Dimensions | 1"D x 1"W x 1"H |
| Lamp Type | Desk Lamp |
| Shade Color | White |
| Shade Material | Acrylonitrile Butadiene Styrene |
| Switch Type | Touch |

### About this item

- Cute 3D Night Light Anime Cartoon Bunny Eye Protection Rechargeable Desk Lamp Bedroom Children Bedside Lamp Camp Lamp

› See more product details

☐ Report an issue with this product or seller

Click image to open expanded view



## Product Page
https://www.amazon.com/dp/B0D6V6MDKK?ref=cm_sw_r_apin_dp_JJD2SK7R6310QVKVKQDV&ref_=cm_sw_r_apin_dp_JJD2SK7R6310QVKVKQDV&social_share=cm_sw_r_apin_dp_JJD2SK7R6310QVKVKQDV&language=en-US&th=1

## Seller Page
https://www.amazon.com/sp?ie=UTF8&seller=A1X2R364FOUHQJ&asin=B0D6V6MDKK&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright

Title: Miffy
Registration Number: VA 1-004-593
Registrant: MERCIS B.V.
Registration Date: 11/30/2000
Copyright Deposit:

# 6. bashijiuxiaodian



Bath Towel Set Soft Absorbent Cartoon Towel Adult Children Bath Towel Set Bathroom Outdoor Sports Beach Towel 2-Piece (Color : 6) (4)

Brand: GREUNGNREINGKUG

$46⁰⁰

Get $60 off instantly. Pay $0.00 upon approval for the Amazon Store Card.

Color: 4

| Color | 4 |
| Material | Microfiber |
| Manufacturer | GREUNGNREINGRUG |

### About this item
- Microfiber
- This is a very high-quality bath towel set.
- Microfiber Material, Rapidly Absorb Water, The Best Essentials For Baths, Swimming And Spas.
- Contact The Skin Naturally, Comfortable, Soft, Men, Women And Children Are Applicable.
- Different Colors, Make Your Life More Colorful.

Report an issue with this product or seller

Click to see full view



Registration Date: 01/29/2019
Trademark Registration:

**MIFFY**

Wordmark    MIFFY
Status
Goods &     K-30, Household kitchen,
Services    utensils and containers, namely, kitchen.
Case        011,012,014,016,021, 024, 025, 026,
            028, 035
Reg No.     568909
Owner       Mercis B.V. BUSLOTEN
            VERROOTSCHAP (B.V.)
            NETHERLANDS

Ships from  bashijiuxiaodian
Sold by     bashijiuxiaodian
Returns     Returnable until Jan 31, 2026
Payment     Secure transaction

Add to List

#### Other sellers on Amazon
New (7) from $42⁰⁰ & FREE Shipping  >



## Product Page
https://www.amazon.com/Absorbent-Cartoon-Children-Bathroom-Outdoor/dp/B0CLLJ6QK5/ref=sr_1_1?dib=eyJ2IjoiMSJ9.H9emUSeCyzXTo6FGiz32BNnNF8v6X3MJzA5RNIgICOFW73hH3ydloJ-4vdfYVLeaqLoI0_5kJHXTJr2nHJjRwq0G3V0vIOiBL0NA3uXDezSjsb2PgrmPXyCmLq1Kkh44ExBWZcJJ3w8jYqE1C

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A24XGHDKFB3XSS&asin=B0CLLJ6QK5&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright



Title: Miffy
Registration Number: VA 1-004-083
Registrant: MERCIS B.V.
Registration Date: 11/20/2000
Copyright Deposit:

# 7. BINBIN1234





Bath Towel Set Soft Absorbent Cartoon Towel Adult Children Bath Towel Set Bathroom Outdoor Sports Beach Towel 2-Piece (Color : 6) (4)

Brand: GREUGNRGNGRUG

$47⁰⁰

Get $60 off Instantly: Pay $0.00 upon approval for the Amazon Store Card.

Color: 4

$11.88

| Color | 4 |
| Material | Microfiber |
| Manufacturer | GREUGNRGNGRUG |



## Product Page

https://www.amazon.com/Absorbent-Cartoon-Children-Bathroom-Outdoor/dp/B0CLLJ6QK5/ref=sr_1_1?dib=eyJ2IjoiMSJ9.Xvv0RL6L9fOj8VdjhN8WyA.RPJ25FTEDH2HqrfKoWWJ3B8tKPwGW9mYn_fs7uwmhK0&dib_tag=se&keywords=Bath%2BTowel%2BSet%2BSoft&m=A8AN8CFEF9MH6&qid=1760626361&s=

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A8AN8CFEF9MH6&asin=B0CLLJ6QK5&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright



# 8. BLGWCC



## Product Page
https://www.amazon.com/Medium-Almond-Valentines-Acrylic-Manicure/dp/B0FZCLVL67/ref=sr_1_276?crid=2RM27NBEWEG26&dib=eyJ2IjoiMSJ9.JsFtVl7eUC5xDVzNx1JECHHsyUwvVp6M1WXD2fZ79aZPvf AQBrWSgjZPzXJ782HfleaMP1y283lv9xbilrzS8ZDjGQQbbXJFohqQpgL3-mXPDsb7VUu2nIVXEWkAYEy

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AUDER6VHG9PTR&asin=B0FZCLVL67&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 9. Bloazife



**Product Page**

https://www.amazon.com/Valentines-Diamond-Designs-Wihiter-Manicure/dp/B0G4QKNDHQ/ref=sr_1_133?crid=3MVNEFG0GKRU0&dib=eyJ2IjoiMSJ9_RSZXGNg80U2m87498fSAzJis7xsRJMtiqDRkpi9QnQudiv AmfhPc1aXNkUZ0To84EllHrcn9CJekYkDMEZlxMxsp6h7ga4ttShw6-pV_dgGi1bNgR57BL_BRHdNRH

**Seller Page**

https://www.amazon.com/gp/help/seller/at.a. glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3OLVYRCUDGOZW&asin=B0G4QKNDHQ&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Copyright

# 10. Booda Design

480 Pcs Vintage Aesthetic Stickers for Scrapbooks Laptop Water Bottles Skateboard Notebooks Phone Kindle, Cute Vinyl Stickers for Kids Teens Adults Girls

**Registration Date:** Jan. 28, 2019
**Trademark Registration:**

| | |
|---|---|
| Wordmark | |
| Status | LIVE REGISTERED |
| Goods & services | IC 016. Paper, cardboard; Paper, cardboard and products made of... |
| Class | 016, 016, 024, 025, 028, 035 |
| Reg No | 5683354 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.), NETHERLANDS) |

## Product Page
https://www.amazon.com/Aesthetic-Stickers-Scrapbooks-Skateboard-Notebooks/dp/B0CPDHWK6Y/ref=sxin_17_pa_sp_search_thematic_sspa?content-id=amzn1.sym.b2dc4cca-d6d4-4776-92b2-3d88a5464e84%3Aamzn1.sym.b2dc4cca-d6d4-4776-92b2-3d88a5464e84&crid=16II3R9WEUDPX&cv

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AUEYCN7XBKYHF&asin=B0CPDHWK6Y&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright

**Title:** Miffy Soft Toy
**Registration Number:** VA 2-358-985
**Registrant:** MERCIS B.V
**Registration Date:** 06/30/2023
**Copyright Deposit:**



# 11. BQZQPAMZ



Click to see full view



Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

24Pcs Press on Nails Medium Almond Red Heart Fake Nails Rabbit Cherry Bow Red Lips Design Glue on Nails Winter Cute False Nails for Women Holiday Nail Decoration Valentines Manicure Accessories

Visit the BQZQPAMZ Store

1.0 ★★★★★ (1)

$6⁹⁹

Get Fast, Free Shipping with Amazon Prime

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Pattern Name: Valentine 10



Title: Miffy
Registration Number: VA 1-054-503
Registrant: MERCIS B.V.
Registration Date: 11/30/2000
Copyright Deposit:



Color          MultiColor
Size           Style Nails 10
Material       Plastic
Brand          BQZQPAMZ
Style          Style Nails 10

### About this item

- Package Content: Package contains 24pcs valentines nails medium, jelly glue stickers, 1 nail file, 1 wooden stick. Different sizes of false nails can be reused, you can trim them to any length you want, no need to buy other things, you can get acrylic press on nails

- How Natural They Are: These valentine press on nail almond are made by soft gel which is soft and flexible, zero pressure on your nail beds and feel like real nails. Supremely fit the nail bed with a gentle flex and a seamless cuticle line

- Easy To Apply: Just choose the nail piece that suits you, polish the nail bed, paste the jelly glue we provide, and press trendy nails for 30s to get the natural manicure that like. (Durability of jelly glue is not as good as liquid glue, but it makes fake nails REUSABLE. Please use suitable glue according to different scenes)

- Long Lasting, Easy Application: Featuring Super Hold Adhesive for durable wear, these chip-proof, smudge-proof, waterproof nails are safe on natural nails and removal is hassle free; the perfect alternative to nail polish

- Wear Them Weeks Straight or A Few Days - You Decide. If you want to get more than 21 days long lasting, we recommend using adhesive tabs together. If you want to change the design weekly, only using glue is best choice. Adhesive tab is best for a date night or a little event

Buy Now

Ships from    Amazon
Sold by       BQZQPAMZ
Returns       30-day refund / replacement
Payment       Secure transaction

☐ Add a gift receipt for easy returns

Subscribe & Save ⓘ      ○
$6⁹⁹

FREE delivery Monday, February 23 on orders shipped by Amazon over $35

Ships from    Amazon
Sold by       BQZQPAMZ

Add to List

---

## Product Page

https://www.amazon.com/Holiday-Decoration-Valentines-Manicure-Accessories/dp/B0GCH7VSTQ/ref=sr_1_211?cnid=3SHBB2BZXRJTH&dib=eyJ2IjoiMSJ9.UJn21ddZcHlpSa-BQ4Wh4I_nHBC7IbIOVHRNsbTT9y4WM-MYeuCJXqdb8RMw8-Lr2XshMf_Y9qxAwpXCo1nsFG0FEZAgmsMZs7WRxgw0-5Ljmga6KsPY9

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1EX2ULHWJURF7&asin=B0GCH7VSTQ&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 12. Callist



## Product Page
https://www.amazon.com/Girls-Japanese-Retro-Sticker-Daily/dp/B0G8HJWYDC/ref=sr_1_13_sspa?crid=39B82CU29UC75&dib=eyJ2IjoiMSJ9.u3DTz5Tu60PJdGzaS1qxd5FkgmE0b0xc0Uly9G9PEmk07U-Z-vfW_JRPSCik5g0Wrsw-Hq0vu2iJm4E1f5qW2hxGo_caWuAB639-Zpg_h-g6P-bcU8yPQjXfRGWUoKq3MX

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AKYDZS1IS6H7Q&asin=B0G8HJWYDC&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright



# 13. Canggai'store



20g Rabbit Minimalist Real 925 Sterling Silver Tiny Mini Cute Small Cartilage Stud Earrings for Women Teen Girls Sensitive Ear Piercing Post Screw Back Barbell Ear Helix Tragus Conch Hypoallergenic

**Product details**

| | |
|---|---|
| Material | Metal |
| Metal type | Brass |
| Back Finding | Screw Back |
| Earring design | Stud |
| Gem type | No Gemstone |

**About this item**

- Mini rabbit small stud earrings for women, shiny white gold plated. High quality plating & polished, long lasting.
- Materials: The cute rabbit earrings are made of 1925 sterling silver/hypoallergenic, nickel free and lead free. Safe for sensitive ear
- Top cartilage tragus helix piercing stud earrings. Delicate small sterling silver stud earrings. Highest quality craftsmanship.

## Product Page
https://www.amazon.com/Minimalist-Sterling-Cartilage-Sensitive-Hypoallergenic/dp/B09YVC4M8F/ref=sr_1_25

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html?ref=dp_merchant_link?ie=UTF8&seller=A2J9WH9F3MPF1Q&asin=B09YVC4M8F&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright



Title: Miffy
Registration Number: VA 1-094-093
Registrant: MERCIS B.V.
Registration Date: 11/30/2000
Copyright Deposit:

# 14. cangnanxiantianrenkejiyouxiangongsi





Oversized Wearable Blanket Flannel Sherpa Fleece Giant Snuggy Blanket Stitch Sweatshirt Soft Comfy Rabbit Flower Blanket with Sleeves and Giant Pocket with Pillow

Brand: Dseophto

4.5 ★★★★☆ ~ 2 ratings

$29⁹⁹

Get Fast, Free Shipping with Amazon Prime
FREE Returns ~

Get $10 off instantly: Pay $19.99 $29.99 upon approval for the Amazon Store Card. No annual fee.

Color: Rabbit Flower

Size: 60*70

50*70    60*70

| Material | Polyester |
| Color | Rabbit Flower |
| Brand | Dseophto |
| Special Feature | Adjustable |
| Style | Wearable Blanket |

**About this item**

- Cozy and practical: Our wearable blanket is made of flannel material, providing you with ultimate warmth and comfort. The oversized design allows you to fully wrap yourself up, while the giant pocket conveniently holds your essentials, such as a phone or remote control.
- Versatile and stylish: Whether you're lounging on the couch, reading a book, or watching TV, this wearable blanket is perfect for any indoor activity. The classic flannel pattern adds a touch of style to your relaxation time.
- Convenient and functional: With the attached pillow, you can easily rest your head and neck while enjoying the softness of the blanket. The adjustable straps ensure a secure fit, allowing you to move around freely without worrying about the blanket slipping off.
- High-quality craftsmanship: Our wearable blanket is carefully crafted with attention to detail, ensuring durability and longevity. The flannel material is fade-resistant and easy to clean, making it a great investment for long-term use.
- Great gift idea: This wearable blanket with a giant pocket and pillow is not only a treat for yourself but also a thoughtful gift for friends and family. It's perfect for those who love to snuggle up and relax in ultimate comfort. Give the gift of coziness with our versatile and stylish wearable blanket.

Report an issue with this product or seller

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime

Try Prime and start saving today with fast, free delivery

Delivery    Pickup

$29⁹⁹

Get Fast, Free Shipping with

Registration Date: Jan. 29, 2010
Trademark Registration:

Wordmark
Status    LIVE  REGISTERED
Goods & services    IC 016: Paper, cardboard, Paper, cardboard and products made of...
Class    016, 018, 024, 025, 028, 035
Reg No    5663564
Owners    Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.), NETHERLANDS)

Ships from    Amazon
Sold by    cangnanxiantianrenkejiyou...
Returns    Eligible for Return, Refund Replacement within 30 day receipt
Payment    Secure transaction

☐ Add a gift receipt for easy returns

Add to List

**Product Page**

https://www.amazon.com/dp/B0CYZJH9V3?ref=cm_sw_r_apin_dp_9HBREABCPE9SZAGBJD71&ref_=cm_sw_r_apin_dp_9HBREABCPE9SZAGBJD71&social_share=cm_sw_r_apin_dp_9HBREABCPE9SZAGBJD71&language=en-US&th=1

**Seller Page**

https://www.amazon.com/sp?ie=UTF8&seller=ASA73GO4M731Z&asin=B0CYZJH9V3&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark & Copyright

Title: Miffy Soft Toy
Registration Number: VA 2-358-985
Registrant: MERCIS B.V
Registration Date: 06/30/2023
Copyright Deposit:



# 15. CZGCGYLY



Bath Towel,Lace Embroidered Towel Absorbent Quick Drying Bath Towel Sets Luxury Hand Bath Beach Face Sheet Microfiber Fabric Towel 1/2pcs,09,70x140cm 1pc

Brand: SENNIAN

$95⁵¹

Get $60 off instantly. Pay $35.51 upon approval for the Amazon Store Card.

| | |
|---|---|
| Color | 5 |
| Brand | SENNIAN |
| Pattern | Cartoon |
| Size | 70x140cm 1pc |
| Fabric Type | Cotton,lace,microfiber |

## About this item

- Cotton,lace,microfiber
- Soft and comfortable: cotton towels are made of low-twist cotton, ensuring a soft, fluffy and gentle feeling. Softer, lighter, and dry faster.
- Strong water absorption: The cotton towel series is the tong on the sale for the bathroom and aims to provide maximum water absorption and softness. These towels are super absorbent, soft and thick.
- Ideal gift: Use these luxurious oversized towel sets to add a touch of elegance and luxury to your bathroom. the best gift for any family, hotel, or restaurant.
- Care instructions: machine wash with mild detergent and warm water. Then dry at low temperature. We recommend not to use fabric softeners, which may reduce absorbency and may cause discoloration.
- Usage: They are very suitable for families, spas, salons, resorts, swimming pools, hotels, motels and gyms. These multifunctional towels are very suitable for personal and commercial use.

Report an issue with this product or seller



Registration Date:01/09/2019
Trademark Registration

**MIFFY**

Add to List

Other sellers on Amazon

New (1) from $95⁵¹ & FREE Shipping

## Product Page

https://www.amazon.com/SENNIAN-Embroidered-Absorbent-Microfiber-70x140cm/dp/B0B51KBSGM/ref=sr_1_44?cnd=36GB4RTD1R909&dib=eyJ2IjoiMSJ9.1L510ewberXbxl_whoaooSC2EQNH9HtgOprs26QRR4bRC6Q1yvZygmL0OisHN_IgUpZjFrCpbvg3ccvlokiGxiO2B9f9cNJmlbYcU5o-RFVbl4U0DCMx1mrX

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ACNUFI0E00M3G&asin=B0B51KBSGM&ref_=dp_merchant_link

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark & Copyright

Title:Mify
Registration Number:VA 1-054-083
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:



# 16. dengzhoushiyulanshangmaoyouxiangongsi





Click to see full view

Absorbent Cartoon Towel Adult Children Bath Set Bathroom Outdoor Sports Beach 2-Piece(J)

Brand: EWUROI

$76⁰⁵

Get $50 off instantly. Pay $26.05 $76.89 upon approval for Amazon Visa. No annual fee.

Color: J

Size: 2-piece

| Color | J |
|---|---|
| Brand | EWUROI |
| Towel form type | Baby Burp Cloth |
| Material | Cotton |
| Product Dimensions | 7.87"L x 7.87"W |

### About this item

- Usage:bath towel, household towel, sports towel, sandy beach towel, face towel, hand towel, Hotel bath towel etc.
- Advantages: cotton, quick-dry, high water absorbent, lightweight, soft, comfortable. Long lasting durability and performance,soft and extremely absorbent.
- Madam / man bath towel100% Cotton Large Towels Set  new with guaranteed cotton. The extra-long fibers make the towels extra soft with ultimate comfort. After each wash, your towel will get softer.
- with guaranteed cotton. The extra-long fibers make the towels extra soft with ultimate comfort. After each wash, your towel will get softer.
- The technology of this super high-absorbent organic towel comes from traditional soft weaving techniques in . When water is applied, it's dispersed evenly throughout the entire towel, allowing the water to evaporate quickly.
- Fabric absorbent, soft and comfortable.Natural fluffy, no fading, no hair.



**MIFFY**

Other sellers on Amazon

New (6) from $76⁰⁵ & FREE Shipping

Add to List

## Product Page
https://www.amazon.com/EWUROI-Absorbent-Cartoon-Children-Bathroom/dp/B0FR511Y25/ref=sr_1_1?smid=AM9VTE94O7MTM

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AM9VTE94O7MTM&asin=B0FR511Y25&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright

Title:Miffy
Registration Number:VA 1-054-563
Registrant:MERCIS B.V.
Registration Date:11/30/2002
Copyright Deposit:



# 17. Dongguan Mingyang Network Co., Ltd.



 

Click to see full view

**Bath Towel,Lace Embroidered Towel Absorbent Quick Drying Bath Towel Sets Luxury Hand Bath Beach Face Sheet Microfiber Fabric Towel 1/2pcs,09,35x75cm 1pc**

Brand: SENNIAN

**$57⁹⁹**

Get $50 off instantly: Pay $7.99 $57.99 upon approval for Amazon Visa. No annual fee.

| | |
|---|---|
| Color | 9 |
| Brand | SENNIAN |
| Pattern | Cartoon |
| Size | 35x75cm 1pc |
| Manufacturer | SENNIAN |

## About this item

- Soft and comfortable: cotton towels are made of low-twist cotton, ensuring a soft, fluffy and gentle feeling. Softer, lighter, and dry faster.
- Strong water absorption: The cotton towel series is the icing on the cake for the bathroom and aims to provide



Registration Date:01/29/2019
Trademark Registration:

**MIFFY**

| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE REGISTERED |
| Goods & services | IC 021 Household or kitchen utensils and containers, namely, kitchen. |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5883610 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.) NETHERLANDS) |

| | |
|---|---|
| Ships from | Dongguan Mingyang Network Co., Ltd. |
| Sold by | Dongguan Mingyang Network Co., Ltd. |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List

### Other sellers on Amazon

New (2) from $57⁹⁹ & FREE Shipping ›

---

**Product Page**
https://www.amazon.com/SENNIAN-Embroidered-Absorbent-Microfiber-35x75cm/dp/B0B51JVBJT/ref=sr_1_38

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2HRKZ9GKNRI22&asin=B0B51JVBJT&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark & Copyright

Title:Miffy
Registration Number:VA 1-054-983
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:



# 18. DTTXDZ



### Product Page
https://www.amazon.com/Valentines-Medium-Designs-Acrylic-Manicure/dp/B0G259TX35/ref=sr_1_99?crid=2RM27NBEWEG26&dib=ey.l2ljoiMSJ9.X4-teWeTjmP9D0cEALLZ8gkFp54IfU_wfn_pY8x8MrnY6bAJ4wFf-3GDK7ZNQWhWCgDfU1gcPamAUTv0Qa7ke0oiRxfVzU8jkDHQTvyLsUKKw8VKMelGOz_vgio8rJFS

### Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2P2D1FJXC6VFJ&asin=B0G259TX35&ref_=dp_merchant_link&isAmazonFulfilled=1

### Seller Origin
China

### Payment Method
Amazon

### Claim Type
Copyright

# 19. DTXWHDZSW



## Product Page
https://www.amazon.com/Valentines-Almond-Medium-Acrylic-Holiday/dp/B0G58FYSNJ/ref=sr_1_31?cnd=3VP95TPYHSWYC&dib=eyJ2IjoiMSJ9.HDKWqbleYtAhstS1kgX_VEhTJcrdBJuSm68RgRzyhHzgiguTRV5ptcBLAxtT-5Up06xP7AmcnmpnucB51R2WPx2zokAXucGDeqmTmdRmC2Hr2X_MWmyFryTqsHUgzi8Bn

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1GMKPWADTP4U7&asin=B0G58FYSNJ&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 20. ELZAX





Brand: OANXXI

Fluffy Shoulder Hobo Bag for Women Cute Plush Furry Tote Bag Ladies Y2K Faux Fur Purse for Winter Outdoor

$18⁹⁹

FREE Returns ∨
Color: **Rabbit**

$18.88   $18.88   $18.88

## Product details

| | |
|---|---|
| Fabric type | Faux fur |
| Lining | Faux Fur |

## About this item

- 🧺 [PREMIUM MATERIAL] The fluffy shoulder bag is made of high-quality eco-friendly plush, soft, durable and easy to clean.
- 🧺 [LARGE CAPACITY] Size: 51*11.5*17cm/12.2*4.5*6.7". The large capacity is easy to fit you daily necessities like books, phones, keys, cosmetics, etc. No more worry about the messy little things.
- ☼ [OCCASIONS] The cute fluffy tote bag is supper soft to touch, suitable for daily use, such as shopping, dating, working, traveling, and so on.
- 🧺 [PERFECT GIFT] The plush shoulder hobo bag could be a perfect gift for girlfriends, wives, and mothers on any occasion like Thanksgiving, Halloween, Christmas, birthdays, and anniversaries.

∨ See more

☐ Report an issue with this product or seller



Registration Date:01/29/2019
Trademark Registration:

| | |
|---|---|
| Status | LIVE REGISTERED |
| Goods & services | IC 016 Paper, cardboard, Paper, cardboard and products made of... |
| Class | 016 024, 025, 028, 030 |
| Reg No | 2003324 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (BV)) NETHERLANDS |

| | |
|---|---|
| Ships from | ELZAX |
| Sold by | ELZAX |
| Payment | Secure transaction |

Add to List

## Product Page

https://www.amazon.com/Fluffy-Shoulder-Ladies-Winter-Outdoor/dp/B0CF25DPWG/ref=sr_1_198?crid=1CC46IKDNTHIV&dib=eyJ2IjoiMSJ9.MAgrEfi1WpFefB7wyVM6XILSynGSED15-qP6jv7xxXepNryCFSGhlTxnVNHUuHedq_qNmCG23vA7xyz2N31Gt5YA69UWrBIMX9N9TEpFSlk WRALdHLiTI_H8k8ZxJfgYHc

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A9QQOK36YWJX0&asin=B0CF25DPWG&ref_=dp_merchant_link

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark & Copyright



Title:Miffy
Registration Number:VA 1 004 568
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:

# 21. Employee





Click to see full view



Funny White Bunny Hair Clip,Acetate Hair Claw,Big Hair Clips for Women

Visit the OMG Decor Store

$9⁹⁹ ($9.99 / count)

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Store Card

Color: Bunny

| Brand | OMG Decor |
| Color | Bunny |
| Style | Modern |
| Material | Acetate |
| Theme | Animal |

## About this item

- Materials - Made of high-quality Acetate fiber and alloy springs, good gloss, durable, light and beautiful, not easy to break.
- Cute Design - Our hair clips come in many colors and styles, you will like them as they can match many of your clothe, and create different hairstyles.
- Great Gift Choice - With the exquisite design, perfect for ladies and girls of all ages, it can be sent to your girlfriend, sister, wife, or mother as a gift for birthday, Christmas, Halloween, Thanksgiving Day, Valentine's Day, Mother's Day, etc.
- Widely Occasion - The hair claw clips are suitable for bathing, skin care, face washing, makeup, cooking, and other occasions, you could organize your hair quickly and effectively.
- Customer Service - If you have any question, please contact us and we'll respond with 24 hours.

Registration Date: Jan. 11, 2019
Trademark Registrations:

Wordmark
Status
Goods & services    IC 009 | Calculating machines | audio and video data, featuring...
Class    009, 011, 012, 014, 035, 028
Reg No    5862014
Owners    Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.), NETHERLANDS)

Ships From    Employee
Sold by    Employee
Returns    30-day refund/replacement
Payment    Secure transaction

Add to List

## Product Page
https://www.amazon.com/Funny-White-Bunny-Acetate-Clips/dp/B0D8NR63R2?th=1

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A37223CRSPVWXQ&asin=B0D8NR63R2&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright

Title:Miffy
Registration Number:VA 1-064-663
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:



# 22. Eroerl



*Miffy* Phone Stand holder for desk Blind box Figures 6PCs Random Collection Cute Birthday Gifts

Brand: eroerl
Search this page

$83⁴⁰

Get $50 off instantly: Pay $33.40 upon approval for the Amazon Store Card

Size: **Whole set**

| Single box | Two boxes | **Whole set** |
| $15.95 | $27.86 | **$83.40** |

Color: **Phone stand**

| Color | Phone stand |
| Material | Silicone |
| Brand | eroerl |
| Assembly Required | No |
| Manufacturer | eroerl |

### About this item

- Eroerl *Miffy* Phone Stand : +6 regular figures, 1 hidden edition. Adjustable Angle Viewing. Multiple Angles could be adjusted to meet your different viewing demand. Makes you hands free to enjoy your games, videos and Facetime.
- [About Random] NOTE: each blind box is randomly arranged. You may get the hidden edition in any single box in probability of 1/24.
- [About Size] The folded size is 3.8cm*7.3cm*15.4cm and the unfolded size is 7.3cm*11cm*16cm.
- [About Usage] A perfect gift for age 15+. Good for decoration at home, inside cars or in offices. A piece-of-art expressing feelings and emotions. Great for sharing with family and friends.
- [About Material] Safe to use. Made of non-toxic, harmless, odorless ABS/Silicone/Steel material.

Report an issue with this product or seller



Registration Date: 06/28/2002
Trademark Registration:

MIFFY

Wordmark MIFFY
Status LIVE REGISTERED
Goods & IC 008 Cosmetics for recording, transmission or reproduction of
Services
Class 008 016, 018, 020, 028
Reg No. 2492007
Owners MERCIS B V GEDLOTEK VENNOOTSCHAP (B.V) NETHERLANDS

Ships from Eroerl
Sold by Eroerl
Amazon Eligible for Return, Refund or Replacement within 30 days of receipt
Payment Secure transaction

Add to List

### Other sellers on Amazon

New (2) from $83⁴⁰ & FREE Shipping

## Product Page

https://www.amazon.com/eroerl-holder-Figures-Collection-Birthday/dp/B0D821DV4K/ref=sr_1_59?th=1

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A19PB2AR1YUV3D&asin=B0D821DV4K&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright



Title: Miffy
Registration Number: VA 1-054-563
Registrant: MERCIS B.V.
Registration Date: 11/03/2000
Copyright Deposit:

# 23. Famonz



Press on Nails Rabbit Love Almond False Nails 30Pcs Stick on Fingernails Strawberry Bow Red Acrylic Fake Nail Gel Glue on Nail for Sister Friend BFF Women

Brand: Generic

4.3 ★★★★★ (2)

$7⁹⁹

Up to 10% off if you qualify  Shop items ›

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Pattern Name: Style 10

| Color | Multicolor |
| Material | Plastic |
| Brand | Generic |
| Style | Designs |
| Pattern | Style 10 |

## Product Page
https://www.amazon.com/Rabbit-Almond-Fingernails-Strawberry-Acrylic/dp/B0FYN1G5QM/ref=sr_1_259?crid=RSU56L6H3Z6K&dib=eyJ2IjoiMSJ9.fRAZGCbYotCc582p2u0WQ8lpwgzMCfbhfGekSu-kucooVolky6cl-G5g-ZXZ5amHublJ0Ujm2074DluNrnVwcMUesam-PdSxTUYxrKjO7r2_de7V4agNgUgG2IP90O

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html?ref=dp_merchant_link?ie=UTF8&seller=A27I5PV4V7EWR1&asin=B0FYN1G5QM&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 24. Fan Hanguo International Trade



Roll over image to zoom in

Cute Bunny Kids Night Light-Bunny Rabbit Light for Kids, Kawaii Colors for Bunny Lamp,16 Color Changing LED Lights Cute Lamps for Girls Baby Birthday Gifts (28cm)

Brand: JUDAH UNIQUE

4.3 ★★★★☆ ∨    59 ratings  |  Search this page

-6% $31⁰⁰

Typical price: $34.44 ⓘ

FREE Returns ∨
90-day refund/replacement ∨

| Finish Type | Matte |
|---|---|
| Base Material | Plastic |
| Product Dimensions | 6"D x 6"W x 12"H |
| Item Weight | 0.55 Kilograms |
| Lamp Type | Night Light |

### About this item

- 【Multi-Color Options】 Our cute night light have 16 color options.It is a cute room decor for teen girls,use the remote to change the color and brightness what you like. The bunny light is very cute and beautiful under the amazing color light. Use the remote control or bottom button to switch 16 colors, brightness and multiple modes at will.very cute stuff and cute lamps.
- 【Soft Light】 -The kawaii baby night light gives off non-flicker,non-dazzling soft light,the dimmable feature also protects your kids' eye from getting any harm. The bunny night light for kids is the perfect companion for sleep,and a kawaii room decor,your little ones will feel very safe with the cute lamps in the dark night.
- 【Christmas birthday gifts】 The cute baby night light is a amazing teen girl gifts,perfect for kids night lights for bedroom decor,especially room decor for teen girls.Kids likes animals very well.Your kids boys and girls of any age,which can accompany your babys as firends,also very suitable for new mommy as nursery light, just a tap on the led bunny light and you will have All-Night Companion you need.Cute stuff for teen girls for christmas
- 【High Quality Material】 The cute kawaii night light is made of high-quality plastic material.The cute lamp is safe and environmentally friendly.Charging for 2-3 hours and lighting for more than 12 hours allow you use it anywhere and anytime,long lasting companion and the [miffy] lamp convenient for boys and girls to carry to anywhere they want,bedroom,outside or inside.A good room decor,and a good desk decor lamp,night light kid will like it so much!
- 【USB Rechargeable】 -Battery operated baby night lights can be powered with the micro USB outlet plug in for charging.The night light can support 15 hours light up, kids can bring the nursery night lights with them when travel. If you forgot bunny lamp at home,The kid light will turn off automatically after 5 hours,where they want,bedroom,outside or inside.

› See more product details



Registration Date: 01/29/2019
Trademark Registration:

# MIFFY

| Wordmark | MIFFY |
|---|---|
| Status | LIVE  REGISTERED |
| Goods & services | IC 021 Household or kitchen utensils and containers, namely, kitchen. |
| Class | 002, 014, 016, 021, 024, 028, 036, 039, 040 |
| Reg No. | 5003039 |
| Owners | Mercis B.V. 1BE3607EN VENHOOTSCHAP (B.V.) NETHERLANDS |

Ships from   Fan Hanguo International Trade
Sold by   Fan Hanguo International Trade
Returns   90-day refund/replacement
Payment   Secure transaction

### Add a Protection Plan:

☐ 3-Year Protection Plan for $5.99
☐ 4-Year Protection Plan for $7.99
☐ Asurion Complete Protect: One plan covers this product and all eligible future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

---

## Product Page
https://www.amazon.com/YUDA-UNIQUE-Light-Miffy-Changing-Birthday/dp/B0B79JGT2J/ref=sr_1_2?crid=D8W95WN46A6B&dib=eyJ2IjoiMSJ9.AnOPFnikFYONrsyYISJzwrJ6AeXaAdNFkwjXpIcBNPsRIGw.YENI0US7q5MKfymQI7VUcQ6Sw_O8ZWYWPswrG1IFv1LSymWTIDBHmMZ8bYM9De_31I_IL0gQ76wdDyaP0z

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ATUNZ5QQPABWO&asin=B0B79JGT2J&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright



Title: Miffy
Registration Number: VA 1-056-563
Registrant: MERCIS B.V.
Registration Date: 11/30/2000
Copyright Deposit:



# 25. FRMRIGUO1



Furnishing Crafts for Home Figurines Statue Sculpture Miniature Room Decoration Rabbit Ornaments White Green Yellow Tray Storage Living Room Sculpture

Brand: jinyi2016SHOP

$60²⁶

Get $80 off instantly. Pay $0.00 upon approval for the Amazon Store Card.

Size: Height 27 cm/width 21 cm

Color: Green,white,yellow

| | |
|---|---|
| Color | Green,white,yellow |
| Brand | jinyi2016SHOP |
| Material | Metal |
| Item Weight | 1 Grams |
| Number of Items | 1 |

### About this item

* Thank you for your participation and comments. There are more similar products on the homepage so that we can provide you with better services.
* 1. Creatively enter the door to enter the entrance hall, home decorations, and living room coffee table furnishings.
* 2. The fashionable styling is especially suitable for home scenes such as entrance hall, study room, TV cabinet, bedroom, etc., instantly upgrading the family's grade.
* 3. Small gifts and big moves are not only decorations, but also affectionate blessings to those who care and those who care.
* 4. Exquisite and creative decorations instantly enhance the taste and style of home decoration. No matter what kind of home style and space, it can be matched with creative decoration.

Report an issue with this product or seller



Registration Date: 12/15/1900
Trademark Registration:

Workmark

Status: LIVE REGISTERED
Goods & IC 009 [ apparatus for recording,
services transmission or reproduction of
Class 009, 016, 028, 020
Reg No. 2011025
Owner: Mercis B.V. (CORPORATION) NETHERLANDS

Titles form: FRMRIGUO1
Sold by: 199966UO1
Returns: 30-day return/replacement
Payment: Secure transaction

Add to List

## Product Page

https://www.amazon.com/jinyi2016SHOP-Furnishing-Figurines-Sculpture-Decoration/dp/B09L3QDMKV/ref=sr_1_5?crid=1JDBTXSPV3N65&db=eyJ2IjoiMSJ9.R5QtYnoT7sxanTjihCLDglg-Rgogpnr_8dWkmRReqvV0QYkBuQ-_qsxjAb8_ul_KnZCdZEOnEZ9eFtv16EA0gHIOwPibTy6ewKivDFeL-VSvdoz5ziA

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A31H5S285VS1B4&asin=B09L3QDMKV&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright

Title: Miffy
Registration Number: VA 1-054-563
Registrant: MERCIS B.V.
Registration Date: 11/30/2000
Copyright Deposit:



# 26. gaoqiqiangmeiguoyudian



Bath Towel,Lace Embroidered Towel Absorbent Quick Drying Bath Towel Sets Luxury Hand Bath Beach Face Sheet Microfiber Fabric Towel 1/2pcs,09,35x75cm 1pc

Brand: pcagfaajmh

$77⁴⁸

Get $60 off instantly: Pay $17.48 upon approval for the Amazon Store Card.

| | |
|---|---|
| Brand | pcagfaajmh |
| Unit Count | 1.0 Count |
| UPC | 785462742672 |
| Manufacturer | pcagfaajmh |

## About this item

- Soft and colic towels are made of low-twist, ensuring a soft, fluffy and gentle feeling. Softer, lighter, and dry faster.Strong water absorption: The towel series is the icing on the cake for the bathroom and aims to provide maximum water absorption and softness. These towels are super absorbent, soft and thick.Ideal gift: Use these luxurious oversized towel sets to add a touch of elegance and luxury to your bathroom, the best gift for any family, hot

☐ Report an issue with this product or seller



MIFFY



Ships from  gaoqiqiangmeiguoyudian
Sold by  gaoqiqiangmeiguoyudian
Returns  Returnable until Jan 31, 2026
Payment  Secure transaction

Add to List

### Other sellers on Amazon

New (2) from $77⁴⁸ & FREE Shipping  ›

## Product Page

https://www.amazon.com/pcagfaajmh-Embroidered-Absorbent-Microfiber-35x75cm/dp/B01CROI65M/ref=sr_1_2?crid=2IUR0SAUMW13E&dib=eyJ2IjoiMSJ9.1L510ewberXbxI_whoaoobTtnGcgnuNDkz1ck7YRnrgIMJ99Boa-5LaSWocwKSw1-q_hYpzf5GPANKPDNiYzvJU0qd0HMDwjbxve9Aa0sRQ4u9jvqZcRk_8

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ABQZNQ3CC3MNG&asin=B01CROI65M&ref_=dp_merchant_link

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark & Copyright

Title:Miffy
Registration Number:VA 1-954-983
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:



# 27. GUAACCB



CLICK to see full view

24Pcs St. Patrick's Day Handmade Press on Nails Medium Almond St. Patrick's Day Fake Nails with 3D Cherry Bunny Design Cute Glue on Nails Green Shamrock False Nail Irish Holiday Acrylic Nail for Women

Brand: GUAACCB

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows

Join Prime

$6³⁹

Get Fast, Free Shipping with Amazon Prime

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Pattern Name: **Clover Nails-6**

   



| | |
|---|---|
| Color | Multicolor |
| Material | Plastic |
| Brand | GUAACCB |
| Pattern | Clover Nails-6 |
| Item Form | Gel |

**Title Unify**
Registration Number: VA 1 054-563
Registrant: MERCIS B.V.
Registration Date: 11/00/3000
Copyright Deposit:

Add to cart

Buy Now

Ships from   Amazon
Sold by   GUAACCB
Returns   30-day refund / replacement
Payment   Secure transaction

☐ Add a gift receipt for easy returns

Add to List

## About this item

* St. Patrick's Day Nails Design  24Pcs handmade spring press on nails in 12 different sizes, +1 nail file + 24Pcs jelly glue stickers+1 wooden stick.Every shamrock press on nails almond nails comes with exquisite patterns, as if capturing the romance of fingertips

* Easy to Wear  The spring fake nails just need to paste it on.Our full cover 3d spring handmade glue on nails natural-looking, not easy to break.It does not harm real nails, is breathable and comfortable, and easily creates a salon level nail art experience

* Stay longer.The Irish St. Patrick's Day press on nails with design St. Patrick's Day fake nails wear-resistant and scratch resistant.The surface is protected by gloss coating, waterproof and oil resistant, and can be worn for 7-10 days. It can be used for washing dishes and typing without worry, and the radiance will not fall off

* Multiple Options, Switch Freely: Each box green artificial nails contains 24 different sizes of nail plates,perfectly compatible with various nail plates, freely matching daily commuting, dating parties and other scenes

* Gift Idea: Beautifully packaged, these lucky four leaf clover false nails make a thoughtful and practical gift for friends, family, or yourself. Ideal for anyone who loves nail art

☐ Report an issue with this product or seller

## Product Page
https://www.amazon.com/Patricks-Handmade-Shamrock-Holiday-Acrylic/dp/B0GKV1XKFF/ref=sr_1_156?crid=3MVNEFG0GKRU0&dib=eyJ2IjoiMSJ9.mFHCL8yQ4f7BeoaRPgaPwl6DDmJzUYYXfBITPrxMsb0h0WLruN8BnShcUHOw7xW9b-Kod9p_GEXpfsT3IbWIQWd41voMKalv0ZPqYkZHJq2iacwWeKtr-o3A0wA3Fk

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AUMRO0KQ2BRL1&asin=B0GKV1XKFF&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 28. guangzhouhongmengshangmao





Absorbent Cartoon Towel Adult Children Bath Set Bathroom Outdoor Sports Beach 2-Piece(J)

-71% $36⁵²





### About this item

- Usage:bath towel, household towel, sports towel, sandy beach towel, face towel, hand towel, Hotel bath towel etc.
- Advantages: cotton, quick-dry, high water absorbent, lightweight, soft, comfortable. Long lasting durability and performance,soft and extremely absorbent.
- Madam / man bath towel 100% Cotton Large Towels Set  new.
- with guaranteed cotton. The extra-long fibers make the towels extra soft with ultimate comfort. After each wash, your towel will get softer.
- The technology of this super high-absorbent organic towel comes from traditional soft weaving techniques in . When water is applied, it's dispersed evenly throughout the entire towel, allowing the water to evaporate quickly
- Fabric absorbent, soft and comfortable.Natural fluffy, no fading, no hair.

## Product Page
https://www.amazon.com/EWUROI-Absorbent-Cartoon-Children-Bathroom/dp/B0FR511Y25/ref=sr_1_1?dib=eyJ2IjoiMSJ9.W6vpUi3DPUR7kCZVPLJ6DQ.8PmlifxGtdq2z2V6V4PcqAWgNFh5WVdtza_fa46ldnw&dib_tag=se&keywords=Absorbent%2BCartoon%2BTowel%2BAdult%2BChildren%2BBath%2BSet%

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2CHEGLZXE0BB1&asin=B0FR511Y25&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright





Title:Miffy
Registration Number:VA 1-004-503
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:

# 29. guangzhoujianjumaoyiyouxiangongsi



## Product Page
https://www.amazon.com/dp/B0F919GRTH/ref=rnweb_up_am_fl_st_na_un_up_sm_web?th=1

## Seller Page
https://www.amazon.com/sp?ie=UTF8&seller=A2CQMLXY2BAMZS&asin=B0F919GRTH&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 30. GY ARTCharms



## Product Page
https://www.amazon.com/Valentines-Handmade-Almond-Rhinestone-Design/dp/B0G3GGX79Z/ref=sr_1_215?crid=RSU56L6H3Z6K&dib=eyJ2IjoiMSJ9.p6DSPUSitZMksgfHlaqa70ZaLAedXtbytJo20R9Ygm5435Q6ni68-rtkxECbdnUppmX5dNyGOz9w-LeJfXybTWPgMnhe00x6Ie-x7upMfiafdhiXk0ZcsRiFAsbM7y

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3I7QYED668KWH&asin=B0G3GGX79Z&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 31. Hin Yiqi



Click to see full view





Absorbent Cartoon Towel Adult Children Bath Set Bathroom Outdoor Sports Beach 2-Piece(J)
Brand: EWUROI

-75% $31⁰⁰
List Price: $424.00

Unlock a $60 Amazon Gift Card upon approval for Amazon Visa.

Color: J



Size: **2-piece**

| Color | J |
| Brand | EUROPE |
| Towel form type | Baby Burp Cloth |
| Material | Cotton |
| Product Dimensions | 7.87"L x 7.87"W |

### About this item
- Usage bath towel, household towel, sports towel, sandy beach towel, face towel, hand towel, Hotel bath towel etc.
- Advantages: cotton, quick-dry, high water absorbent, lightweight, soft, comfortable, Long lasting durability and performance,soft and extremely absorbent.
- Madam / man bath towel100% Cotton Large Towels Set  new.
- with guaranteed cotton. The extra-long fibers make the towels extra soft with ultimate comfort. After each wash, your towel will get softer.
- The technology of this super high absorbent organic towel comes from traditional soft weaving techniques in . When water is applied, it's dispersed evenly throughout the entire towel, allowing the water to evaporate quickly.
- Fabric absorbent, soft and comfortable,natural fluffy, no fading, no hair.

Report an issue with this product or seller



**MIFFY**

Other sellers on Amazon

New (2) from $31⁰⁰ & FREE Shipping

## Product Page
https://www.amazon.com/EWUROI-Absorbent-Cartoon-Children-Bathroom/dp/B0FR511Y25/ref=sr_1_72?smid=A3QWTAI6OYUV7W

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3QWTAI6OYUV7W&asin=B0FR511Y25&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright

Title:Miffy
Registration Number:VA 1-054-062
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:



# 32. Huanbing Trading



Bath Towel Set Soft Absorbent Cartoon Towel Adult Children Bath Towel Set Bathroom Outdoor Sports Beach Towel 2-Piece (Color : 6) (4)

Brand: GREUGNFENGRUG

-15% $40.00

Typical price: $43.00

Get $60 off instantly. Pay $0.00 upon approval for the Amazon Store Card.

Color: 4

About this item
· Microfiber
· This is a very high-quality bath towel set.
· Microfiber Material, Rapidly Absorb Water, The Best Essentials For Baths, Swimming And Spas.
· Contact The Skin Naturally, Comfortable, Soft. Men, Women And Children Are Applicable.
· Different Colors, Make Your Life More Colorful.

**Color** 4
**Material** Microfiber
**Manufacturer** GREUGNFENGRUG

Other sellers on Amazon

New (8) from $40.00 & FREE Shipping

## Product Page
https://www.amazon.com/Absorbent-Cartoon-Children-Bathroom-Outdoor/dp/B0CLLJ6QK5/ref=sr_1_2?cnid=1RX2FST9DEP75&dib=eyJ2IjoiMSJ9.ZEpO7Fdyv7vVkZPN9TPbODYgGMXvQV0vDD1t4ZOKzC5D3W50KgA5ao23dk8nTaFmSQWCP4Uz1TglG7OigY4YySUDfjpD0gxP8LUN6sD8Y-W0KqjqT4f21_GT117k0iF

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3RNYZXR8ZJNQQ&asin=B0CLLJ6QK5&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright



Title: Miffy
Registration Number: VA 1-054-563
Registrant: MERCIS B.V.
Registration Date: 11/30/2000
Copyright Deposit:

# 33. hunanhanyujiankangkejiyouxiangongsi



Cute Night Light Anime Cartoon Bunny Eye Protection Rechargeable Desk Lamp Bedroom Children Bedside Lamp Camp Lamp

Brand: Generic

$33.40

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

- 1. " LED Night Light - A charming and soft glow for your child's bedroom, featuring the beloved bunny character "
- 2. "Cute Cartoon Bunny Desk Lamp - This adorable lamp doubles as a fun and functional accessory for your child's study area"
- 3. "Rechargeable Bunny Eye Protection Lamp - Keep your child's eyes safe while adding a touch of cuteness to their bedside with this LED lamp"
- 4. "Anime Cartoon Camp Lamp - Perfect for night-time adventures or camping trips, this portable lamp features a fun anime design"
- 5. "Adjustable Color Changing Rabbit Night Light - Create a cozy atmosphere in your child's room with this LED lamp that offers a variety of colors to choose from"

Report an issue with this product or seller

## Product Page

https://www.amazon.com/Cartoon-Protection-Rechargeable-Bedroom-Children/dp/B0DN1MZ84X/ref=sr_1_12?dib=eyJ2IjoiMSJ9.h-425th5AYmFtQM4tH04hw_X00XXBRpGy9hdo01Plbw0-EoSxxalDvnMmEZFfK9pNo&dib_tag=se&keywords=Night+Light+Anime+Cartoon+Bunny&m=ATA10BRNXWYMU&qid=1733304110&s=merchant-items&sr=1-1

## Seller Page

https://www.amazon.com/sp?ie=UTF8&seller=ATA10BRNXWYMU&asin=B0DN1MZ84X&ref_=dp_merchant_link



## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark & Copyright



# 34. Jinhua Wucheng District Zhuowen E-Commerce Co., Ltd.



## Product Page

https://www.amazon.com/Protects-Shoulder-Decorative-Reduction-Universal/dp/B0C8Z5J7VS/ref=sr_1_1?crid=304SVJSIHDUC1&dib=eyJ2IjoiMSJ9.iqTKR8hhJ6QiVKyY9Dj0HjmuFykBW-zGnPhK4LYgDmixp0H6WQOMmAh_Tzv2UqCbnh8d5FtPVi7ilvrJu7Ei1hrok4ffC2PYMQFgASMLiCLlJvKXCyj6uQM7Y-

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A7RXMKXGM6XD8&asin=B0C8Z5J7VS&ref_=dp_merchant_link

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark

# 35. jiqingtop



## Product Page
https://www.amazon.com/Valentines-Rhinestones-Designs-Acrylic-Manicure/dp/B0G37HHQ4K/ref=sr_1_10?crid=3VP95TPYHSWYC&dib=eyJ2IjoiMSJ9.HDKWgbleYtAhstS1lgX_VEhTJcrdBJuSm68RgRzvhHzgiguT RV5ptcBLAxtT-5Up06xP7AmcnmpnucB51R2WPx2zokAXucGDegmTmdRmC2Hr2X_MWmyFryTqsH

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1LZB68BPTAEY&asin=B0G37HHQ4K&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 36. kunmingwadanlishangmaoyouxiangongsi





Toothbrush Holders Cute Bunny Brushing Cup Holder Bathroom Supplies Wall-Mounted Toothbrush Holder for Boys and Girls (Color : Blue)

Brand NEEDS

$60⁷⁷

Get $10 off instantly. Pay $50.77 500.77 upon approval for the Amazon Store Card. No annual fee.

Color: Blue

| $60.77 | $60.77 | $60.77 |

| Brand | NEEDS |
| Material | Ceramic |
| Color | Blue |
| Age Range (Description) | Adult |
| Number of Items | 1 |

About this item

- ☐The toothbrush holders for bathrooms have super storage capacity.
- ▲Animal modeling design, meticulous workmanship, multi-process production, fashionable and versatile.
- ▲Using high-quality PS material, strict requirements in the selection process, not only beautiful but also practical.
- ☐Not only can store combs, toothbrushes, toothpaste, soap, razors, etc.. You can also put commonly used cosmetics and accessories to keep the bathroom clean and tidy.

☐ Report an issue with this product or seller

## Product Page
https://www.amazon.com/dp/B0CQV1X4R4?language=en-US&ref=cm_sw_r_apin_dp_AGGFM80VMXEWJBRP5P69&ref_=cm_sw_r_apin_dp_AGGFM80VMXEWJBRP5P69&social_share=cm_sw_r

## Seller Page
https://www.amazon.com/sp?ie=UTF8&seller=A3BHZR2YSKOXNU&asin=B0CQV1X4R4&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright

**Title:** Miffy Soft Toy
**Registration Number:** VA 2-358-985
**Registrant:** MERCIS B.V
**Registration Date:** 06/30/2023
**Copyright Deposit:**



# 37. LEISHENG123



**⬆ Bath Towel Set Soft Absorbent Cartoon Towel Adult Children Bath Towel Set Bathroom Outdoor Sports Beach Towel 2-Piece (Color : 6) (4)**

Brand: GREUIGNREINGRUG

$44⁷³

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Color: 4

| $44.73 | $52.36 | $50.68 | $48.00 | $48.00 | $48.00 |

$48.00

Color        4
Material     Microfiber
Manufacturer GREUIGNREINGRUG

Ships from   LEISHENG123
Sold by      LEISHENG123

Add to List

**Other sellers on Amazon**

New (6) from $44⁷¹  & FREE Shipping   >

Registration Date: 01/29/2019
Trademark Registration:

**MIFFY**

Wordmark    MIFFY
Status      LIVE  REGISTERED
Goods & services   IC 021 Household or kitchen utensils and containers, namely, kitchen...
Class       011, 012, 014, 016, 021, 024, 025, 026, 028, 035
Reg No      5563810
Owners      Mercis B.V. (BESLOTEN VENNOOTSCHAP (BV); NETHERLANDS)

**Product Page**
https://www.amazon.com/Absorbent-Cartoon-Children-Bathroom-Outdoor/dp/B0CLLJ6QK5/ref=sr_1_2

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3VG54RJHIVYUL&asin=B0CLLJ6QK5&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark & Copyright



Title: Miffy
Registration Number: VA 1-054-503
Registrant: MERCIS B.V.
Registration Date: 11/30/2000
Copyright Deposit:

# 38. LingShiXiangTongXiaoShouYouXianGongSi



Bath Towel,Lace Embroidered Towel Absorbent Quick Drying Bath Towel Sets Luxury Hand Bath Beach Face Sheet Microfiber Fabric Towel 1/2pcs,09,35x75cm 1pc

Brand: pcagfaajmh

$76$

Get $60 off instantly: Pay $16.31 upon approval for the Amazon Store Card.

| | |
|---|---|
| Brand | pcagfaajmh |
| Unit Count | 1.0 Count |
| UPC | 785462742652 |
| Manufacturer | pcagfaajmh |

### About this item

- Soft and cole: towels are made of low-twist , ensuring a soft, fluffy and gentle feeling. Softer, lighter, and dry faster Strong water absorption The towel series is the icing on the cake for the bathroom and aims to provide maximum water absorption and softness. These towels are super absorbent, soft and thick. Ideal gift. Use these luxurious oversized towel sets to add a touch of elegance and luxury to your bathroom, the best gift for any family, hot

☑ Report an issue with this product or seller

**MIFFY**

Add to List

Other sellers on Amazon

New (2) from $76$ & FREE Shipping ›

Buy it with

## Product Page

https://www.amazon.com/pcagfaajmh-Embroidered-Absorbent-Microfiber-35x75cm/dp/B01CROI65M/ref=sr_1_5?crid=O7IFHWNWHP2S&dib=eyJ2IjoiMSJ9.B3GowvQc5Zkcr0AtQPlgZRPIOzMIZYP5uXlvX3JWbmw-x1DT_3-xGxLKQ7pGZqgFrb5woJUAso43kUHc16HLI1ErhO9RvcHw7IXYCt465ZBlnT76oQA1NX5C

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3A9ZIUDCP6ORK&asin=B01CROI65M&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright

Title:Miffy
Registration Number:VA 1-054-563
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:



# 39. LINMEIZAI



Click to see full view



24Pcs French Press on Nails Short Almond Cute Rabbit Fake Nails Press ons Nail Tips, Stick on Nails Acrylic Nails Kit False Nails with 3D Strawberry Design Nail Art for Women Glossy Manicure

Brand: LINMEIZAI
4.0 ★★★★☆ (10)

$6⁹⁹ ($0.29 / fluid ounce)

Get Fast, Free Shipping with Amazon Prime
Join Prime to buy this item at $5.00

Coupon:   Apply 6% coupon  Shop items » | Terms

Up to 5% off if you qualify  Shop items »

Get $60 off instantly: Pay $0.00 $6.99 upon approval for the Amazon Store Card. No annual fee.

Pattern Name: SA-D16-1



| Color | SA-D16 |
|---|---|
| Size | Short |
| Material | Plastic |
| Brand | LINMEIZAI |
| Style | SA-D16 |

### About this item

- Package Contents: Our spring press on nails kit comes with 24 pcs of different sizes short press on nails / medium press on nails. 48 pcs jelly glue stickers, 1 nail file, and 1 wooden stick. These reusable fake nails can be trimmed and filed to any length and shape you like, such as short almond press on nails or french tip press on nails, ensuring a perfect fit for every finger.
- Exquisite Spring Design: These press on nails are made of high-quality acrylic nails material, featuring delicate spring themed patterns. Whether you prefer short press on nails, almond nail tips, or elegant french tip press on nails, our artificial nails are safe, comfortable, and perfect for home DIY manicure or last-minute appointments. They also make a wonderful gift for women and girls who love cute press on nails.
- Easy to Apply & Long-Lasting: Simply clean and buff your natural nails, select the right size fake nails, apply the included jelly glue sticker, and press firmly for 20-30 seconds. For longer wear, avoid water in the first hour and ensure your nails are completely clean before application. Our gel-like finish press on acrylic nails look and feel like salon-done gel nails or gel x nails, without the need for UV light or nail glue.
- Widely Occasions: This press on nail kit is easy to put on and take off, making it ideal for nail salons, DIY home nails, weddings, proms, dates, parties, holidays, and other special events. The trendy spring nail art designs are also great as festival gifts for women, family, and friends.
- Services: We will provide you with any help related to nails problems you encounter during the shopping process. Thank you for choosing LINMEIZAI

Report an issue with this product or seller

**Prime Member Price**
$5⁹⁹ ($0.24 / fluid ounce)
Ships from: Amazon
Sold by: LINMEIZAI

**Regular Price**

Title: Miffy
Registration Number: VA 1-054-583
Registrant: MERCIS B.V.
Registration Date: 11/30/2000
Copyright Deposit:

Ships from  Amazon
Sold by     LINMEIZAI
Returns     30 day refund / replacement
Payment     Secure transaction

☐ Add a gift receipt for easy returns

**Subscribe & Save** 
$6²⁹ ($0.26 / fluid ounce)

**FREE delivery Saturday, February 14** on orders shipped by Amazon over $35
Ships From    Amazon
Sold by       LINMEIZAI

Add to List

## Product Page
https://www.amazon.com/LINMEIZAI-French-Acrylic-Strawberry-Manicure/dp/B0G19B35RN/ref=sr_1_18?crid=2RM27NBEWEG26&dib=ev.J2lxoMSJ9.ISisGwpXSQPJJm0zrk-OyRRr4i5SYY2QkKUccaM3q3Nm2VzW73jhe9Ycc7SavYfM12Bubtx7ZP7B6GSfhqETGPMuAhxlUd4q-HaJzwZnDzG3NPMu-_l7CiY_cP4lo

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1LA7H2GJ7WSJ3&asin=B0G19B35RN&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 40. LUSHIHAO888



Click to see full view

Absorbent Cartoon Towel Adult Children Bath Set Bathroom Outdoor Sports Beach 2-Piece(Gray)

Brand EWUROI

$124⁰⁶

✅ Save 8% at checkout  Shop items ›

Apply for Amazon Store Card and unlock a $10 Amazon Gift Card upon approval. Pay $134.06 $114.06 for this order. Learn more

| | |
|---|---|
| Color | Gray |
| Brand | EWUROI |
| Towel form type | Baby Burp Cloth |
| Material | Cotton |
| Product Dimension | 7.87"L x 7.87"W |

### About this item

- Usage:bath towel, household towel, sports towel, sandy beach towel, face towel, hand towel, Hotel bath towel etc.
- Advantages: cotton, quick-dry, high water absorbent, lightweight, soft, comfortable, Long lasting durability and performance,soft and extremely absorbent.
- Madam / man bath towel100% Cotton Large Towels Set, new.
- with guaranteed cotton. The extra-long fibers make the towels extra soft with ultimate comfort. After each wash, your towel will get softer.
- The technology of this super high-absorbent organic towel comes from traditional soft weaving techniques in . When water is applied, it's dispensed evenly throughout the entire towel, allowing the water to evaporate quickly.
- Fabric absorbent, soft and comfortable.Natural fluffy, no fading, no hair.

▣ Report an issue with this product or seller



Registration Date:01/29/2019
Trademark Registration

# MIFFY

| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE |
| Goods & services | IC 02 Household or kitchen utensils and containers, namely, kitchen... |
| Class | 01, 02, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 88C300 |
| Owner | Mercis B.V. 0830 GTOK VERROOTSCHAPIB.0S NETHERLANDS |

Shipers / Seller  LUSHIHAO888

Returns  30-day refund/replacement

Payment  Secure transaction

Add to List

### Other sellers on Amazon

New (2) from $124⁰⁶  & FREE Shipping  ›

---

## Product Page
https://www.amazon.com/EWUROI-Absorbent-Cartoon-Children-Bathroom/dp/B0FR5GRN51/ref=sr_1_16?smid=A3OFG7J96PZC1P

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3OFG7J96PZC1P&asin=B0FR5GRN51&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright

Title:Miffy
Registration Number:VA 1-064-383
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:



# 41. LXSJH



Bath Towel,Lace Embroidered Towel Absorbent Quick Drying Bath Towel Sets Luxury Hand Bath Beach Face Sheet Microfiber Fabric Towel 1/2pcs,10,35x75cm 1pc

$60.25

Save 5% at checkout. Shop items

Get $60 off instantly. Pay $0.25 upon approval for the Amazon Store Card.

| | |
|---|---|
| Color | 10 |
| Brand | SENNIAN |
| Material | Cotton, Microfiber, Polyester |
| Number of items | 1 |
| Pattern | Cartoon |

## About this item

- Soft and comfortable, cotton towels are made of low-twist cotton, ensuring a soft, fluffy and gentle feeling. Softer, lighter, and dry faster.
- Strong water absorption: Fine cotton towel series is the icing on the cake for the bathroom and aims to provide maximum water absorption and softness. These towels are super absorbent, soft and thick.
- Ideal gift: Use these luxurious oversized towel sets to add a touch of elegance and luxury to your bathroom, the best gift for any family, hotel, or restaurant.
- Care instructions: machine wash with mild detergent and warm water, then dry at low temperature. We recommend not to use fabric softeners, which may reduce absorbency and may cause discoloration.
- Usage: They are very suitable for families, spas, salons, resorts, swimming pools, hotels, motels and gyms. These multifunctional towels are very suitable for personal and commercial use.

Report an issue with this product or seller

Customers also viewed these products

MIFFY

## Product Page
https://www.amazon.com/SENNIAN-Embroidered-Absorbent-Microfiber-35x75cm/dp/B0B51JVH9R/ref=sr_1_10?crid=VN3BMJZ3ELI7&dib=eyJ2IjoiMSJ9.0YIEpYZirbHlgQAemBwdZrYMPaT7cDO0gc1Tv_mX64KIXhw16wYW7rsHQpWpC8DgKYkS2cFoEgo1nErE_AlJld2J5RK_ZE4Pkpq7_nzvjSDAjhpBynCJS6dTTx

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A163GVZ86163DX&asin=B0B51JVH9R&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright

Title:Miffy
Registration Number:VA 1-064-583
Registered:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:

# 42. Meimingyang

Amazon Home    Shop by Room    Discover    Shop by Style    Home Decor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

amazon business    Save up to 40% on coffee & drinks ►

Home & Kitchen › Bath › Towels › Towel Sets

## Bath Towel Set Soft Absorbent Cartoon Towel Adult Children Bath Towel Set Bathroom Outdoor Sports Beach Towel 2-Piece (Color : 6) (4)

Brand: GREUIGNREINGRUG

**$101⁹⁸**

Get $80 off instantly: Pay $21.98 upon approval for the Amazon Store Card.

Color: 4

| | | |
|---|---|---|
| $101.98 | $101.98 | $101.98 |
| $97.10 | $101.98 | $101.98 |

**Registration Date:** 01/29/2019
**Trademark Registration:**

# MIFFY

| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE REGISTERED |
| Goods & services | IC 021. Household or kitchen utensils and containers, namely kitchen... |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5862912 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.) NETHERLANDS) |

**Buy Now**

| | |
|---|---|
| Ships from | Meimingyang |
| Sold by | Meimingyang |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List

---

**Product Page**
https://www.amazon.com/dp/B0CLLJ6QK5/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3B7B6IVQQ481U&asin=B0CLLJ6QK5&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark & Copyright



Title: Miffy
Registration Number: VA 1-064-683
Registrant: MERCIS B.V.
Registration Date: 11/20/2000
Copyright Deposit:

# 43. Mivota



Click to see full view

### Cute Bunny Press On Nails almond,24pcs Medium False Nails with Black & White Bow Design, 3D Metallic Bow and Rhinestone Fake Nails, Cartoon Acrylic Stick On Nails Kit for Women Girls

Visit the Mivota Store

4.0 ★★★★☆ (1011)

$8⁹⁹

Get Fast, Free Shipping with Amazon Prime

FREE Returns ✓



Unlock a $50 Amazon Gift Card upon approval for Amazon Visa.

Color:

49-French Bow ▾

| | |
|---|---|
| Color | 49-French Bow |
| Size | Short |
| Material | Acrylic |
| Brand | Mivota |
| Style | Medium |

### About this item

- Adorable Bunny Design – Features a playful cartoon bunny with black and white bow accents, adding a fun and stylish touch to your manicure.
- Chic Medium almond Shape – Elegant Medium almond style elongates fingers and creates a trendy, fashionable look suitable for any occasion.
- 3D Bow & Sparkling Rhinestones – Decorated with metallic bows and crystal-like rhinestones for extra dimension, shine, and eye-catching glam.
- 24 Pieces in Various Sizes – Includes 24 press on nails in multiple sizes, ensuring a comfortable and natural fit for most nail shapes.
- Durable & Easy to Apply – Made with high-quality acrylic, these reusable false nails are easy to stick on and remove, perfect for DIY manicures at home or quick salon-like results.

☐ Report an issue with this product or seller

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

Title: Miffy
Registration Number: VA 1-054-569
Registrant: MERCIS B.V.
Registration Date: 11/30/2000
Copyright Deposit

Quantity 1

Add to cart

Buy Now

Ships from   Amazon
Sold by      Mivota
Returns      FREE 30-day refund/replacement
Payment      Secure transaction

☐ Add a gift receipt for easy

## Product Page
https://www.amazon.com/Mivota-Metallic-Rhinestone-Cartoon-Acrylic/dp/B0FPKRYYD6/ref=sr_1_4?crid=6SRHQZ455WP&dib=eyJ2IjoiMSJ9.O73uD5Mg0-K14eE_2At4FTDQz-InRxc85ug37O_WBCYjgjeBHo2ipt3nnnzA8blaJuCQ-iKUAgpKTJe1VzRxbzH3Gr_nN6o794GM3Ku6LFMkth6krsMsr1e9PPd0_4sp1g

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AWY5ZFX3637P0&asin=B0FPKRYYD6&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 44. Nanfengling



Bath Towel Set Soft Absorbent Cartoon Towel Adult Children Bath Towel Set Bathroom Outdoor Sports Beach Towel 2-Piece (Color : 6) (4)

$42⁰⁰

Color: 4

| | |
|---|---|
| Color | 4 |
| Material | Microfiber |
| Manufacturer | GREUGNFENGRUG |

### About this item
* Microfiber
* This is a very high-quality bath towel set.
* Microfiber Material, Rapidly Absorb Water, The Best Essentials For Baths, Swimming And Spas.
* Contact The Skin Naturally, Comfortable, Soft. Men, Women And Children Are Applicable.
* Different Colors, Make Your Life More Colorful.



## Product Page
https://www.amazon.com/Absorbent-Cartoon-Children-Bathroom-Outdoor/dp/B0CLLJ6QK5/ref=sr_1_1?dib=eyJ2IjoiMSJ9.Xvv0RL6l9fOj8VdjhN8WyA.RPJ25FTEDH2HqrfKoWWJ3B8tKPwGW9mYn_fs7uwmhK0&dib_tag=se&keywords=Bath%2BTowel%2BSet%2BSoft%2BAbsorbent%2BCarloon%2BTowel&m=A

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AR0H6DK1LAB1H&asin=B0CLLJ6QK5&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright

# 45. Naughty small shop





Vintage Towel Ring Towel Rack Bathroom Kids Towel Rack Home Kitchen Towel Bar Bathroom Towel Ring Bathroom Accessories (Pink 14.5cm)

$204⁸⁵

Color: **Pink**

Size: **14.5cm**

- BEAUTIFUL: Modern look, concealed screws design. Suitable for bathroom, bedrooms, closets, offices and kitchens. [Ideal for Small Spaces] The towel holder is ideal in space constrained bathrooms.The towel holder can be used in bathroom, bedroom, room, living room, and kitchen.This towel holder not only looks beautifu






## Product Page
https://www.amazon.com/dp/B0CX8V1BK2?ref=cm_sw_r_apin_dp_JRPQYZ72B5790475Y2XQ&ref_=cm_sw_r_apin_dp_JRPQYZ72B5790475Y2XQ&social_share=cm_sw_r_apin_dp_JRPQYZ72B5790475Y2XQ&language=en-US&th=1

## Seller Page
https://www.amazon.com/sp?ie=UTF8&seller=A1TEJUVN88XP7P&asin=B0CX8V1BK2&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright





# 46. NNBBDD88



## Product Page

https://www.amazon.com/Valentines-Cartoon-Rhinestones-Reusable-Manicure/dp/B0FRS9WTD1/ref=sr_1_261?crid=2RM27NBEWEG26&dib=eyJ2IjoiMSJ9.JsFtVl7eUC5xDVzNx1JECHHsvUwvVp6M1WXD2fZ79aZPvfAQBrWSqjZPzXJ792HfleaMP1y283Iv9xbjlrzS8ZDjGQQbbXJFohqQpqL3-mXPDsb7VUu2nIVX

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A9WCVXYAD4O2L&asin=B0FRS9WTD1&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Copyright

# 47. OMPRESS



Click to see full view

## 24Pcs Green Press on Nails Medium Almond Fake Nails with Cute 3D Rabbit Flower Design Red Strawberry Icy Glue on Nails Bow Pink Blooming Stick on Nails Glossy Full Cover Acrylic Nail for Women

Brand: ONPRESS

3.1 ★★★☆☆ (11)

$5.99

Get Fast, Free Shipping with Amazon Prime

FREE Returns ∨

Get $60 off instantly: Pay $0.00 $5.99 upon approval for the Amazon Store Card. No annual fee.

Pattern Name: flower-11



| Color | colorful |
|---|---|
| Brand | ONPRESS |
| Pattern | flower-11 |
| Item Form | Gel |
| Finish Type | Glossy |

### About this item
- EXQUISITE DESIGN: The false nails feature a 3D design. It is not only a great accessory for daily wear, but also a great match for a romantic date, a warm party, or daily travel
- PACKAGE SET: You will get 24 fake nails, 1 mini nail file, a sheet of jelly glue stickers and 1 wooden stick for removing fake nails. No professional skills required, you can easily wear them by yourself at home
- EXCELLENT QUALITY: These strawberry nails with designs are made of ABS material, they have no odor and will not harm your body or nails. Not easy to break, you can use them with confidence
- VARIOUS SIZES: Considering that different people's nails have different shapes and sizes, we provide 12 sizes of false nails for you to choose from. Whether your nails are long or short, you can find the size that suits you best, ensuring comfort and beauty
- Great Gift: These strawberry false nails can be a sweet gift for your wife, female friends and etc.They are suit for different occasions, such as Valentine's Day, party, prom, travel, go shopping, dating, they are convenient to wear but make you appearance more charming

Report an issue with this product or seller

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

One-time purchase

$5.99

Get Fast, Free Shipping with Amazon Prime

Title: Miffy
Registration Number: VA 1-064-563
Registrant: MERCIS B.V
Registration Date: 11/30/2000
Copyright Deposit



Ships From    Amazon
Sold by    OMPRESS
Returns    FREE 30-day refund/replacement
Payment    Secure transaction

☐ Add a gift receipt for easy returns

Subscribe & Save

$5.99

FREE delivery Monday, February 16 on orders shipped by Amazon over $35

Ships From    Amazon
Sold by    OMPRESS

Add to List

## Product Page
https://www.amazon.com/Medium-Almond-Strawberry-Blooming-Acrylic/dp/B0G19MK5YN/ref=sr_1_25_sspa?crid=RSU56L6H3Z6K&dib=eyJ2IjoiMSJ9.B9Kg25rdVabZTvGu4PKnxdh_KaSof7r-YUoGUnLytSCo04LFRbR0mLw0V901re5MLFmzYN6BkOalMYiHMOXGi4HVf53-4Op-KmVizmhNaL12MKsShrxK-eLTXmGZ

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1IW1LZNEM3X9W&asin=B0G19MK5YN&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 48. peixionglixi

Absorbent Cartoon Towel Adult Children Bath Set Bathroom Outdoor Sports Beach 2-Piece(J)

Brand: EWUROI

-24% $94⁰⁰

List Price: $124.00

Get $80 off instantly: Pay $14.00 upon approval for the Amazon Store Card.

Color: J

| $109.00 | $109.00 | $106.00 | $109.00 | $109.00 | $106.19 |
|---|---|---|---|---|---|

| $94.00 | $109.00 | $109.00 |
|---|---|---|

Size: 2-piece

| Color | J |
|---|---|
| Brand | EWUROI |
| Towel form type | Baby Burp Cloth |
| Material | Cotton |
| Product Dimensions | 7.87"L x 7.87"W |

## About this item

- Usage:bath towel, household towel, sports towel, sandy beach towel, face towel, hand towel, Hotel bath towel etc.
- Advantages: cotton, quick-dry, high water absorbent, lightweight, soft, comfortable, Long lasting durability and performance,soft and extremely absorbent.
- Madam / man bath towel100% Cotton Large Towels Set, new.
- with guaranteed cotton. The extra-long fibers make the towels extra soft with ultimate comfort. After each wash, your towel will get softer.

Buy Now

From: peixionglixi
by: peixionglixi
Returnable until Jan 31, 2026

Payment: Secure transaction

Add to List

### Other sellers on Amazon

Now (5) from $93⁹⁹ & FREE Shipping →

Registration Date:01/29/2019
Trademark Registration:

**MIFFY**

## Product Page
https://www.amazon.com/EWUROI-Absorbent-Cartoon-Children-Bathroom/dp/B0FR511Y25/ref=sr_1_3?smid=A217SNHMB49HNB

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A217SNHMB49HNB&asin=B0FR511Y25&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright

Title:Miffy
Registration Number:VA 1-054-503
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:



# 49. pingqiu



Cute Press on Nails kawaii Acrylic False Nails Almond Anime Fake Nails Red Full Cover Stick on Nail with Rhinestones and Rabbit Pattern for Women 24PCS

Brand: MLINTTN

1.5 ★★★★★ US

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$4⁴⁹

Get Fast, Free Shipping with Amazon Prime

FREE Returns

Get $60 off instantly: Pay $3.00 upon approval for the Amazon Store Card.

Color: Red Rabbit

| | | | | | | |
|---|---|---|---|---|---|---|
| $4.49 | $4.49 | $4.49 | $5.99 ($0.25/count) | $6.49 | $6.49 | $4.49 |
| $4.49 | $4.49 ($0.15/count) | $4.49 ($0.11/count) | | | | |

| | |
|---|---|
| Color | Red Rabbit |
| Size | Medium |
| Material | Acrylic |
| Brand | MLINTTN |
| Style | French Manicure |

### About this item
- Complete Set: Includes 24 pieces of press on nails in various sizes to ensure a perfect fit for all your fingers, providing multiple options for customization
- Adorable Design: Features charming kawaii-inspired artwork including cute rabbit patterns, hearts, bows, and rhinestone embellishments in a romantic red and cream color palette
- Almond Shape: Elegant almond-shaped false nails create a flattering, feminine silhouette that elongates fingers for a sophisticated and trendy appearance
- Full Coverage: Acrylic construction provides complete nail coverage with vibrant red and neutral tones, decorated with anime-style illustrations for eye-catching style
- Easy Application: Stick-on design allows for quick and convenient nail application at home without the need for salon visits, perfect for special occasions or everyday wear

Report an issue with this product or seller

Title: Miffy
Registration Number: VA 1-064-463
Registrant: MERCIS B.V.
Registration Date: 11/00/2000
Copyright Deposit:

Buy Now

Ships from: Amazon
Sold by: pingqiu
Returns: FREE 30-day refund/replacement
Payment: Secure transaction

☐ Add a gift receipt for easy returns

Add to List

## Product Page
https://www.amazon.com/kawaii-Acrylic-Almond-Rhinestones-Pattern/dp/B0GDTMFTFH/ref=sr_1_150?crid=2PQ1Y1JQQ8NRU&dib=eyJ2IjoiMSJ9.OzQn0QZzxkYvSHTM46_WhcTtYvh3yskVWmXRalzFM4P39bieg4viYMLBkrMPyWk6ZfBZ7l7lBj2qQxIidDtw6rgiGbPh9TEih17cR9TuuQw_792gzIY0BIjR8nNtEfE

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3G0YQ389P687E&asin=B0GDTMFTFH&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 50. POPTOP-US



Click to see full view

Press on Nails Medium Almond Fake Nails Rabbit Strawberry Bow Pearl Star Designs Red Bow Love Nails Press ons Gel Acrylic Glue on Nails Medium Length Artificial Stick on Nails for Women 24Pcs

Brand: Generic

4.6 ★★★★★ (4)

$6.99



Get Fast, Free Shipping with Amazon Prime

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Pattern Name: style 14

Color          Multicolor
Size           Medium (Length)
Material       Acrylic
Brand          Generic
Pattern        style 14

Title: Miffy
Registration Number: VA 1-654-583
Registrant: MERCIS B.V.
Registration Date: 11/30/2000
Copyright Deposit:



Ships from    Amazon
Sold by       POPTOP-US
Returns       30-day refund / replacement
Payment       Secure transaction

☐ Add a gift receipt for easy returns

Add to List

## Product Page
https://www.amazon.com/Medium-Strawberry-Designs-Acrylic-Artificial/dp/B0FXWKRTFW/ref=sr_1_106?crid=3VP95TPYHSWYC&dib=eyJ2IjoiMSJ9.EfPLaMXUowlCPwLoTm0poIse_FJLguIF5XH8xiKcGJV-dA_xcM3RUVegEiI0pb4rzfzSzXKfS9w-70BPc4QQceQK-mOKWQl5aA-VpoBSSnHZIcojcQgCOBS4ILh8g

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1XYR7SJ6H9SJL&asin=B0FXWKRTFW&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 51. Putian Chengxiang Hangan Cross-border E-commerce

Brand: XHEYUEBANG

Funny Dog Sunflower Paw Print Earrings for Women - Unique & Quirky Funky Acrylic Dangle Earrings, Cute & Silly Novelty Design, Wacky & Crazy Earrings for Fun Lovers

4.3 ★★★★★ ✓ (44)

$5.99

Get Fast, Free Shipping with Amazon Prime
FREE Returns ✓

Color: **White Bunny Rabbit**

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$5.99

Registration Date: Jan. 15, 2019
Trademark Registration:

Wordmark

Status  LIVE  REGISTERED

Goods & services  IC 009: [Calculating machines;] audio-and video discs featuring...

Class  009, 011, 012, **014**, 021, 025

Reg No  5652014

Owners  Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.) NETHERLANDS)

**Buy Now**

Ships from  Amazon
Sold by  Putian Chengxiang Hangan Cross-border E-commerce
Returns  FREE 30-day refund/replacement
Payment  Secure transaction

☐ Add a gift receipt for easy returns

Add to List

## Product details

| | |
|---|---|
| Material | Acrylic |
| Metal type | Silver |
| Back Finding | Lever Back |
| Earring design | Dangle |
| Gem type | No Gemstone |
| Item type name | Dangle Earrings |

## About this item

- Playful & Whimsical Design with Personality  This acrylic dangle earring features a fun and eye-catching design—whether it's a rockstar raccoon, a pink silly goose, or a cowboy cat, each style adds a quirky twist to your look. Perfect for expressing your unique personality and bringing a smile to anyone's day.

˅ See more

⊡ Report an issue with this product or seller

See product specifications

**Product Page**
https://www.amazon.com/Funny-White-Rabbit-Acrylic-Earrings/dp/B0FCY1LPXJ/ref=sr_1_52?crid=39F3YXDOI3X38&dib=eyJ2IjoiMSJ9.6ck-fx6KNqKhomjw8l9odAwSLJDNHIxhJoA6OP20Gh2EzO1p_BYMR7AAn-2Vk4Bin_tVKr7T1MjDxEOMg0KH-cUzEA3sLBHob5Tw-uJH0D-0tZVZnOlXH7v4i1P3XYiUJSBTu9

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3NVRLUE3GNB4K&asin=B0FCY1LPXJ&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark & Copyright

Title:Miffy
Registration Number:VA 1-094-583
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:



# 52. pyzmeiguo



     

Click to see full view



chopstick rest 3pcs Creative Rabbit Chopsticks Holder Chopsticks Holder Chopsticks Pillow Place Holder Brush Holder Ceramic Home Cute Cartoon Chopstick Holder(3pcs C)

Brand: YAMR-137

$35⁰⁰

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Color: 3pcs C



- This holder can be used for chopsticks, spoons, knives and forks. At the same time, the beautiful chopstick rest can also be used for table decoration
- DESIGN: The ceramic chopstick rest in the shape of a rabbit is not only a practical accessory, but also perfect for maintaining a clean and elegant dining environment. Add a touch of sophistication to your table setting.
- SCENARIO: The cute charm of the rabbit ceramic chopstick holders enhances every dining experience. They are suitable for any table decoration, bringing joy and delight to your meals, making every moment at the table more enjoyable.
- MATERIAL: Ceramic, hand-painted ceramic rabbit chopstick holders.
- EASY TO CLEAN: Ceramic is very easy to clean, keep your dishes clean and hygienic.
- Size:3.7*2.5*4.0cm(each shape size is different)

Report an issue with this product or seller



Other sellers on Amazon

New (2) from $35⁰⁰ & FREE Shipping    >

Add to List

## Product Page
https://www.amazon.com/gp/product/B0D6FHSJ7D/ref=sw_img_1?smid=A3NKRJ8AE6PRQ9&th=1

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3NKRJ8AE6PRQ9&asin=B0D6FHSJ7D&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright



Title:MIFFY
Registration Number:VA0001804563
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:

# 53. QINQUNLI



## Product Page
https://www.amazon.com/Valentines-Medium-Almond-QUNQINLI-Acrylic/dp/B0GC61N857/ref=sr_1_98?crid=2RM27NBEWEG26&dib=eyJ2IjoiMSJ9,_A1FTgh3V-OGnyiP_xiadxBn-sa46KlNJm_L0QDa3JCmE4DVJoL2_LesCzbn5G6Au4u7lk3flMztfCHCpWFk4ft9CwKGCHUVLb4L28ToQk0N1sb_PgDmu56XjJmYS_QI

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28R27C8HDWAI4&asin=B0GC61N857&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 54. Qiuping Store1



 

Click to see full view

Bath Towel,Lace Embroidered Towel Absorbent Quick Drying Bath Towel Sets Luxury Hand Bath Beach Face Sheet Microfiber Fabric Towel 1/2pcs,09,35x75cm 1pc

Brand: SENMAN

$58⁹⁹

Get $50 off instantly. Pay $0.00 upon approval for the Amazon Store Card.

| | |
|---|---|
| Color | 8 |
| Brand | SENMAN |
| Pattern | Cartoon |
| Size | 35x75cm 1pc |
| Manufacturer | SENMAN |

### About this item

- Soft and comfortable cotton towels are made of low-twist cotton, ensuring a soft, fluffy and gentle feeling. Softer, lighter, and dry faster.
- Strong water absorption: The cotton towel series is the icing on the cake for the bathroom and aims to provide maximum water absorption and softness. These towels are super absorbent, soft and thick.
- Ideal gift: Use these luxurious oversized towel sets to add a touch of elegance and luxury to your bathroom, the best gift for any family, hotel, or restaurant.
- Care instructions: machine wash with mild detergent and warm water, then dry at low temperature. We recommend not to use fabric softeners, which may reduce absorbency and may cause discoloration.
- Usage: They are very suitable for families, spas, salons, resorts, swimming pools, hotels, motels and gyms. These multifunctional towels are very suitable for personal and commercial use.

Report an issue with this product or seller



## Product Page
https://www.amazon.com/SENNIAN-Embroidered-Absorbent-Microfiber-35x75cm/dp/B0B51JVBJT/ref=sr_1_33?dib=eyJ2IjoiMSJ9.JJW-fqDXSgOi43NQxFRmTKGbfCkbUZMPNmXiU4fi4UXKWSUPwxH3iAwa5_Ji88CIQCCsgWx3IgcAgipgkZxp1fFBaLeboFFInsRCUgLRgZY.PW0EcmR2z10v37QOgB1KyJuur0xdX2V5

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1GXI3GJXKG2IS&asin=B0B51JVBJT&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright



Title:Miffy
Registration Number:VA 1-084-563
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:

# 55. QYJC Mall--US



## Product Page
https://www.amazon.com/Absorbent-Cartoon-Children-Bathroom-Outdoor/dp/B0CLLJ6QK5/ref=sr_1_1?dib=eyJ2IjoiMSJ9.Xvv0RL6L9fOj8VdjhN8WyA.nE-4tPN7nGhDlgLlb2Wgrk3CgDl0rQcdpEn2BSSNfhA&dib_tag=se&keywords=towel%2B2-Piece&m=AWODSO5IMH4P4&nsdOptOutParam=true&qid=176

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AWODSO5IMH4P4&asin=B0CLLJ6QK5&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright



Title:Miffy
Registration Number:VA 1-094-563
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:

# 56. QZ Mall--US



Bath Towel Set Soft Absorbent Cartoon Towel Adult Children Bath Towel Set Bathroom Outdoor Sports Beach Towel 2-Piece (Color : 6) (4)

Brand: GRELIGNREINSRUS

$47⁰⁰

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Color: 4



$51.72   $50.38   $47.08   $48.00   $48.00

| Color | 4 |
| Material | Microfiber |
| Manufacturer | GRELIGNREINSRUS |

### About this item

- Microfiber
- This is a very high-quality bath towel set.
- Microfiber Material, Rapidly Absorb Water, The Best Essentials For Baths, Swimming And Spin .
- Contact The Skin Naturally, Comfortable, Soft, Men, Women And Children Are Applicable.
- Different Colors, Make Your Life More Colorful.

Report an issue with this product or seller



Registration Date:01/29/2019
Trademark Registration:

**MIFFY**

| Method | MIFFY |
| Status | LIVE REGISTERED |
| Goods & services | IC 021 Household or kitchen utensils and containers namely: kitchen... |
| Class | 201 002 004 006 021 024 025 030 035 100 |
| Reg No | 5683092 |
| Owners | Mercis B.V. (RESUTEN VEN00F3CHAP d0.z.) NETHERLANDS |

Seller From   QZ Mall--US
Sort by   QZ Mall--US
Returns   Returnable until Jan 31, 2026
Payment   Secure transaction

Add to List

### Other sellers on Amazon

New (1) from $42⁰⁰ & FREE Shipping   >

## Product Page

https://www.amazon.com/Absorbent-Cartoon-Children-Bathroom-Outdoor/dp/B0CLLJ6QK5/ref=sr_1_1?dib=eyJ2IjoiMSJ9.KtBiWxNIsjx3VJhBEymMOhjRw6n5VDK3dJwDqx9v4agw9BdKp6yFLBFLs9t97m2u.DSMnV06AQ6Ny28LR2GNPA_d40Vhv-WVAhMEaT90jEAs&dib_tag=se&keywords=BATH%2BTOWEL&m=A2

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A22XKATT9CGLMG&asin=B0CLLJ6QK5&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright



Title:Miffy
Registration Number:VA 1-054-563
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:

# 57. rongkushangmao



Bath Towel Set Soft Absorbent Cartoon Towel Adult Children Bath Towel Set Bathroom Outdoor Sports Beach Towel 2-Piece (Color : 6) (4)

Brand: GREUIGNREINGRUG

-27% $30⁷⁰

Typical price: $xx.xx

Get $50 off instantly: Pay $0.00 $56.70 upon approval for Amazon Visa. No annual fee.

Color: 4

$101.00  $53.70  $97.00  $101.96  $101.66  $101.06

See 1 options with no featured offers

Click to see full view

Color         4
Material      Microfiber
Manufacturer  GREUIGNREINGRUG

### About this item

- Microfiber
- This is a very high-quality bath towel set.
- Microfiber Material, Rapidly Absorb Water, The Best Essentials For Baths, Swimming And Spas .
- Contact The Skin Naturally, Comfortable, Soft, Men, Women And Children Are Applicable.
- Different Colors, Make Your Life More Colorful .

☐ Report an issue with this product or seller



Other sellers on Amazon

New (3) from $30⁷⁰ & FREE Shipping    >

## Product Page

https://www.amazon.com/Absorbent-Cartoon-Children-Bathroom-Outdoor/dp/B0CLLJ6QK5/ref=sr_1_2?cnd=3D68I1HH4R8OR&dib=eyJ2IjoiMSJ9.wvNRSei439Jf_JB0uUmIIVGx8GKj-si-glu24wSe1nkW4Ww6NIf045QLZ703IxCTF3qUgdtMaJbpiN.IwvYFYiIYGWUB6d0rmw5N9ZMtoXvtTyWoe9FZQgWl_4YHRQL3Z

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2VKMRS96IWWUL&asin=B0CLLJ6QK5&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright

Title:Miffy
Registration Number:VA 1-054-563
Registrant:MESHCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:



# 58. SINPING



## Product Page

https://www.amazon.com/Valentines-Medium-Almond-Valentine-Acrylic/dp/B0G6419XD3/ref=sr_1_168?crid=3MVNEFG0GKRU0&dib=eyJ2IjoiMSJ9.mFHCL8yQ4f7BeoaRPgaPwI6DDmJzUYYXfBITPrxMsb0h0WLruN8BnShcUHOw7xW9b-Kod9p_GEXpfsT3IbWIQWd41voMKalv0ZPqYkZHJq2iacwWeKtr-o3A0wA3Fk

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A11MLCQTDTJMN8&asin=B0G6419XD3&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 59. TAOTOP-US



## Product Page
https://www.amazon.com/Medium-Almond-Silver-Design-Manicure/dp/B0FNR6WK5W/ref=sr_1_13?crid=RSU56L6H3Z6K&dib=eyJ2IjoiMSJ9.B9Kg25rdVabZTvGu4PKnxdh_KaSof7r-YUoGUnLytSCo04LFRbR0mLw0V901re5MLFmzYN6BkOalMYiHMOXGi4HVf53-4Op-KmVizmhNaL12MKsShrxK-eLTXmGZIvfgMGvfYg

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1A5J4348V7VPY&asin=B0FNR6WK5W&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 60. TBRZTR



## Product Page

https://www.amazon.com/Valentines-Medium-Artificial-Acrylic-Fingernails/dp/B0G3GQ5BSV/ref=sr_1_55_sspa?crid=3VP95TPYHSWYC&dib=eyJ2IjoiMSJ9.uJK3mBpPXjv93LMdvmywQQRPQfewf4Ak_VOYdZo x1uXl_jouFcUZMM00dWHvjrkBtpTaZPq-10x18_4roV0nkwWlDvbY5cJZimzoBKcslC_Gd4AjWxFe

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2JXBKR11LZT4X&asin=B0G3GQ5BSV&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Copyright

# 61. tingzhilanstore



## Product Page
https://www.amazon.com/Absorbent-Cartoon-Children-Bathroom-Outdoor/dp/B0CLLJ6QK5/ref=sr_1_1?dib=eyJ2IjoiMSJ9.KtBiWxNlsjx3VJhBFymMOrpV3062HZGYqVnqYzviz_2H1f-afg946WMAp3VrMl4pszaO6ofWhq2K8miSxpVyQohrRZVTj-35ZiGG7AzN1uQ.9wl8kS_bYKbAg68xOeFj9mvbGmaLXLt9dlyUxc

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1ISFSF5FIJ2Y5&asin=B0CLLJ6QK5&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright



# 62. ToysLiu



24PCS Almond Press on Nails 3D Cute Fake Nails with Strawberry Bunny Flower Designs False Nail Medium Length Full Cover Glossy Pink Green Glue on Nails Acrylic Stick on Nail for Women Manicure

Brand: OSTTMA

$6⁵⁵

Get Fast, Free Shipping with Amazon Prime
FREE Returns

Get $50 off instantly: Pay $0.00 $6.99 upon approval for Amazon Visa. No annual fee.

Pattern Name: 3D Strawberry Bunny



| Color | Multicolor |
| Size | Medium Almond |
| Material | Acrylic |
| Brand | OSTTMA |
| Pattern | 3D Strawberry Bunny |

prime
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime



Add to cart

Buy Now

Ships from Amazon
Sold by ToysLiu
Returns FREE 30 day refund/replacement
Payment Secure transaction

☐ Add a gift receipt for easy returns

Subscribe & Save
$6¹⁰
FREE delivery Wednesday,

## Product Page
https://www.amazon.com/Almond-Strawberry-Designs-Acrylic-Manicure/dp/B0FX9TSY25/ref=sr_1_6?crid=2HWUDTTI0BXK9&dib=eyJ2IjoiMSJ9.LuNwc_-3K1QHaQHcMcDwd2g7Frkafwu21HxUR-f4ifzJwe3x6zN5E8wBTP_C-54U5uGQaGJWOLgibNGexLqo5w6kyJRs9vgJbGmiEYKVbQfxme4PbiIgead5PnVfpVlE

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ARJILLB4YEYAI&asin=B0FX9TSY25&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 63. under the table



**Bath Towel Set Soft Absorbent Cartoon Towel Adult Children Bath Towel Set Bathroom Outdoor Sports Beach Towel 2-Piece (Color : 6) (4)**

Brand: GREUIGNREINGRUG

-23% $36⁴⁰

Typical price: $47.66 ⓘ

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Color: 4

| | | | |
|---|---|---|---|
| $101.98 | $36.40 $47.66 | $97.06 | $101.98 |

| | |
|---|---|
| Color | 4 |
| Material | Microfiber |
| Manufacturer | GREUIGNREINGRUG |

$36⁴⁰

Registration Date:01/29/2019
Trademark Registration:

**MIFFY**

Wordmark  MIFFY
Status  LIVE  REGISTERED
Goods & services  IC 021 Household or kitchen utensils and containers, namely, kitchen... ⓘ
Class  011, 012, 014 016, 021, 024, 025, 026, 028, 035
Reg.No  5800692
Owners  Mercis R V (BESLOTEN VENNOOTSCHAP (B.V.) NETHERLANDS)

Buy Now

Shipper / Seller  under the table
Returns  Returnable until Jan 31, 2026
Payment  Secure transaction

Add to List

Other sellers on Amazon

## Product Page
https://www.amazon.com/Absorbent-Cartoon-Children-Bathroom-Outdoor/dp/B0CLLJ6QK5/ref=sr_1_1?crid=1SPW5LA8RH9NB&dib=eyJ2IjoiMSJ9.uPwiByoHAQx6RiJN0gXuPbDNJDKFvYEeE_sUY2guifdm9OdgpEMwfkP3g1ftJoIFT74gl4aiElgp.JqLDGnl2d2TLdrVxu19Y4Vemmd4XwUz-9df0gevfnl1NTehXg9S

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AIXLEFGIX0K9C&asin=B0CLLJ6QK5&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright

Title:Miffy
Registration Number:VA 1-054-563
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:



# 64. WeiYeye



## Product Page
https://www.amazon.com/Valentines-Artificial-Acrylic-Fingernails-Manicure/dp/B0G4BZJQH3/ref=sr_1_240?cnid=DV9MOJ46QGMX&dib=eyJ2IjoiMSJ9.EYxJGfBWUVbj-I83eSppLktZ-J4gpNnc0dRz5WNXnJPK7MZNfcD-xYpig_bsuvmuDYJgseuEJNjVMmje_itdcWz6rBwtS46arTgk189HgANE080PWO58dW

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A383EGKKS589U6&asin=B0G4BZJQH3&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 65. WLGDLH



Click to see full view

Almond Press on Nails Medium WLGDLH Valentines Day Fake Nails Green Ombre False Nails with 3D Strawberry Bunny Flowers Design Cute Nail Tips Kit Full Cover Acrylic Glue on Nails for Women 24 Pcs

Visit the WLGDLH Store

★★★★★ (4)

-9% $6⁹⁸ ($0.29 / fluid ounce)

Typical price: $7.68

Get Fast, Free Shipping with Amazon Prime

Join Prime to buy this item at $6.28

**Coupon** ☐ Apply 8% coupon  Shop items • 1  Terms

Apply now and get a $60 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

Pattern Name: **Design Green4**

Color          Green Ombre4
Size           Medium
Material       Plastic
Brand          WLGDLH
Style          Design Green4

## About this item

- Cute Press on Nails:There are 24 valentines day press on nails in one pack,Beautiful and cute press on nails false nails comes with has 12 different sizes,you can chose them to bepolished to the most suitable size,it fits any finger perfectly.
- Easy to Use:Full cover acrylic nails just choose the nail piece that suits you,polish the nail bed,stick the jelly glue we give away on your nails,then press the cute valentines fake nails on the nails for 30 seconds to get the natural manicure that girls love.
- High Quality Material False Nails:These valentine day false nails are made of quality acrylic material.



**Prime Member Price** ○
16⁷⁸ ($0.28 / fluid ounce)
Ships from Amazon
Sold by wlgdlh

**Regular Price** ●
$6⁹⁸ ($0.29 / fluid ounce)

Get Fast, Free Shipping with Amazon Prime

FREE delivery **Saturday,**

Vote:verify
Registration Number:VA 1-054-563
Registrant:MERCIS B.V.
Registration Date:11/00/2000
Copyright Deposit:

Ships from  Amazon
Sold by    WLGDLH
Returns    30-day refund / replacement
Payment    Secure transaction

☐ Add a gift receipt for easy returns

**Subscribe & Save** ☒ ○
16⁷⁸ ($0.28 / fluid ounce)
**FREE delivery Saturday, February 14** on orders shipped by Amazon over $35
Ships from  Amazon
Sold by    WLGDLH

## Product Page
https://www.amazon.com/WLGDLH-Valentines-Strawberry-Flowers-Acrylic/dp/B0G1C6Z3JD/ref=sr_1_258?crid=2RM27NBEWEG26&dib=eyJ2IjoiMSJ9.JsFtVl7eUC5xDVzNx1JECHHsyUwvVp6M1WXD2fZ79aZPvfAQBrWSqjZPzXJ792HfleaMP1v283Iv9xbilrzS8ZDjGQQbbXJFohgQpgL3-mXPDsb7VUu2nlVXEWkA

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A30L5SWJBNHOTF&asin=B0G1C6Z3JD&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 66. WNC66



Click to see full view

     

Spring Easter Nail Stickers for Nail Art, 3D Embossed Nail Decals Rabbit Flowers Star Nail Design Stickers Self Adhesive Cute Nail Art Supplies Easter Bunny Manicure Decorations for Women 1Pcs

Brand: LYLYNB

$5.99

Get Fast, Free Shipping with Amazon Prime

**Coupon** Apply 10% coupon Shop items › 1 Terms

Style: **Style 2**

| Style 1 | Style 2 | Style 6 |
|---------|---------|---------|
| $6.00   | $5.99   | $5.99   |

| Brand | LYLYNB |
|-------|--------|
| Color | Style 1 |
| Surface Recommendation | Glossy |
| Theme | Cartoon |
| Cartoon Character | Cute |
| Special Feature | Fade Resistant |
| Style | Style 2 |
| Unit Count | 1.0 Count |
| Number of Items | 1 |

⌃ See less

## About this item

* Quantity  You will get 1 sheets cute nail design stickers, spring summer theme nail art stickers are the perfect fashion accessories, various charming patterns bring you a different mood.
* Safety Material  This bunny nail stickers are made of high quality materials, not limited to any nail and safe to use. You can design your own unique nail effect.
* Easy to Use  Our spring flowers nail decal are self adhesive, don't require glue, just use tweezers to peel off the nail decal and stick it on your nail directly. You can also apply top coat for the best result and last longer.
* Widely Used  Whether you're celebrating a holiday or simply expressing your personal style, these versatile designs help you achieve a salon-quality manicure at home. Ideal for parties, festivals, and everyday wear.
* Good Service  If you have any questions about the item, please feel free to contact us in time. We will respond to you as soon as possible and do our best to solve your problems.

⚐ Report an issue with this product or seller

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$5.99

Get Fast, Free Shipping with Amazon Prime

**Title Identity**
Registration Number: VA 1-054-563
Registrant: MERCIS B.V.
Registration Date: 11/20/2000
Copyright Deposit:



Ships from  Amazon
Sold by  WNC66
Returns  30-day refund / replacement
Payment  Secure transaction

☐ Add a gift receipt for easy returns

Add to List

## Product Page

https://www.amazon.com/Stickers-Embossed-Adhesive-Supplies-Decorations/dp/B0GLGFN4D6/ref=sr_1_133?crid=QZO6CMBYIL87&dib=eyJ2IjoiMSJ9.C6ovTAxo_RXN6vWKBrQsGFY72_n-GINFRzOyw4dD4_dbj6bzl1eqEr9pBQr0klYOVdetyD-vW4hLFJlH0sSTD32F5nWdZqKF3VVyqEifZZw5G2p_E0HpTkzP5I

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A32AP26YGI9TLQ&asin=B0GLGFN4D6&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Copyright

# 67. woshiruiqian



Bath Towel,Lace Embroidered Towel Absorbent Quick Drying Bath Towel Sets Luxury Hand Bath Beach Face Sheet Microfiber Fabric Towel 1/2pcs,09,35x75cm 1pc

brand pcagfaajmh

$77⁴⁸

Get $60 off instantly. Pay $17.48 upon approval for the Amazon Store Card.

| | |
|---|---|
| Brand | pcagfaajmh |
| Unit Count | 1.0 Count |
| UPC | 765402742812 |
| Manufacturer | pcagfaajmh |

**About this item**

- Soft and color towels are made of low-twist, ensuring a soft, fluffy and gentle feeling. Softer, lighter and dry faster.Strong water absorption. The towel series is the icing on the cake for the bathroom and aims to provide maximum water absorption and softness. These towels are super absorbent, soft and thick.Ideal gift: Use these luxurious oversized towel sets to add a touch of elegance and luxury to your bathroom, the best gift for any family, hot

Report an issue with this product or seller



**MIFFY**

**Buy Now**

Add to List

**Other sellers on Amazon**

New (2) from $77⁴⁸ & FREE Shipping

## Product Page

https://www.amazon.com/pcagfaajmh-Embroidered-Absorbent-Microfiber-35x75cm/dp/B01CROI65M/ref=sr_1_2?crid=26A1WDC6VKHMH&dib=eyJ2IjoiMSJ9.U4p69vTgpEGiCMtrnzt044ejsInukE-G1yZ4b_rkac1VsuCyAXU2q0AT6YjBGDfHSj0x3siqYRcPu3ECYzx5zytJkl-few5apiqQqz0FHxEl4ekSoOHD0zh

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2SQQYL98M2T96&asin=B01CROI65M&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright

Title:Miffy
Registration Number:VA 1-054-563
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:



# 68. woshiwangyang





Bath Towel Set Soft Absorbent Cartoon Towel Adult Children Bath Towel Set Bathroom Outdoor Sports Beach Towel 2-Piece (Color : 6) (4)

$63¹⁰

Get $60 off instantly: Pay $3.10 upon approval for the Amazon Store Card

Color: 4

Color           4
Material        Microfiber
Manufacturer    GREURGYRONGRUG

## About this item

- Microfiber
- This is a very high-quality bath towel set.
- Microfiber Material, Rapidly Absorb Water, The Best Essentials For Baths, Swimming And Spas.
- Contact The Skin Naturally, Comfortable, Soft. Men, Women And Children Are Applicable.
- Different Colors, Make Your Life More Colorful.

## Product Page

https://www.amazon.com/Absorbent-Cartoon-Children-Bathroom-Outdoor/dp/B0CLLJ6QK5/ref=sr_1_1?dib=eyJ2IjoiMSJ9.Xvy0RL6L9fOj8VdjhN8WyA.RPJ25FTEDH2HgrfKoWWJ3B8tKPwGW9mYn_fs7uwmhK0&dib_tag=se&keywords=Bath%2BTowel%2BSet%2BSoft%2BAbsorbent%2BCartoon%2BTowel%2BBA

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A4TSC3BNQ1Q9R&asin=B0CLLJ6QK5&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright

Title: Miffy
Registration Number: VA 1-054-503
Registrant: MERC85 B.V.
Registration Date: 11/30/2000
Copyright Deposit:



# 69. WQOWEHI



**120-Pack Coquette Stickers, Pink Coquette Aesthetic Sticker Decal, Vinyl Pink Stickers for Laptop Water Bottle Skateboard Luggage Toy – Coquette Room Decor Retro, Coquette Accessories**

Brand: WQOWEHI

$3⁹⁹ ($0.03 / count)

Get Fast, Free Shipping with Amazon Prime
FREE Returns

| | |
|---|---|
| Brand | WQOWEHI |
| Color | Pink |
| Item dimensions L x W x H | 5 x 2 x 0.02 inches |
| Surface Recommendation | Gloss |
| Recommended Uses For Product | Scrapbook |
| Material | Vinyl |
| Theme | Cartoon |
| Cartoon Character | Coquettish |
| Special Feature | Reusable |
| Number of Pieces | 120 |

## About this item

- 120 Unique Coquette Stickers. : Each cute sticker pack contains 120 different stickers. No duplicates, no random shipping, the graphics shown in the main image will appear in your package, all decals range from 1.5" to 3.2".
- Fashionable Decoration : These vinyl stickers are super cute and fashionable, suitable for sticking on laptops, water bottles, scooters, luggage, bicycles, cars, guitars, bumpers. Feel free to customize your items to let your personality shine for each holiday, meet your different decoration needs, and

## Product Page

https://www.amazon.com/WQOWEHI-120-Pack-Coquette-Aesthetic-Skateboard/dp/B0CY9C5VD2/ref=sr_1_16?crid=16II3R9WEUDPX&dib=eyJ2IjoiMSJ9.9QRwLnSxYj2j3AA0mMoiNglEnpyE7ZzGdUlgD7WaK1EZozCIXViXq8j6c__oDoZLL8y3F5n40zypQv-iegkdBklXh5Wa2-V2OLtYpXErvtD54i7WZOI_s2q16oJ

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A30D5HU6YHNX3V&asin=B0CY9C5VD2&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark & Copyright

Title: Miffy
Registration Number: VA 1-054-583
Registrant: MERCIS B.V.
Registration Date: 11/30/2000
Copyright Deposit:



# 70. WUSHENGHAI SHOP





     

Soap Holder Cartoon Soap Box Free Punching Home Dormitory Bathroom Plastic Cute Suction Cup Wall-mounted Bathroom Soap Box Soap Box

Brand: WUSHENGHAI

$23⁷⁰

Get $10 off instantly. Pay $13.70 upon approval for the Amazon Store Card. No annual fee.

Size: A

Color: White

| Color | White |
|---|---|
| Brand | WUSHENGHAI |
| Item Weight | 200 Grams |

### About this item

- High-quality material: Made of high-quality environmentally friendly materials, the quality is strong and not easy to break, and can be stored for a long time.
- design: creative and appearance, more comfortable to use
- Portable Design: You can put this soap dish in your bag or case, it won't take up much space. It is also very suitable for traveling, and other outdoor activities.
- Easy to clean: This soap dish is made of high-quality materials, the surface is smooth, it is not easy to residue materials, and it is easier to clean.
- The soap box has an elastic structure, you don't have to worry about it breaking because it is lightweight, strong, crack-resistant and easy to clean.

Report an issue with this product or seller



## Product Page

https://www.amazon.com/dp/B0D842KJWG?ref=cm_sw_r_apin_dp_2AY9D4YMSD732EC0D527&ref_=cm_sw_r_apin_dp_2AY9D4YMSD732EC0D527&social_share=cm_sw_r_apin_dp_2AY9D4YMSD732EC0D527&language=en-US

## Seller Page

https://www.amazon.com/sp?ie=UTF8&seller=A1BLOI3V4NO6H3&asin=B0D842KJWG&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright



Title:Miffy
Registration Number:VA 1-054-553
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:



# 71. X&D Nail Salon



Click to see full view

X&D 3D Translucent Flower Cute Bunny Sweet Girl Press On Nails

Visit the X&D Store

$2⁹⁹

Get a $50 Gift Card: Pay $0.00 $0.00 upon approval for Amazon Visa. No annual fee

Color: 23

| Color | 23 |
|---|---|
| Size | 23 |
| Material | Plastic |
| Brand | X&D |
| Style | French |

## About this item

- This X&D press on nails set includes 24pcs short square nails in multiple sizes, a mini nail file, cuticle stick, 1 alcohol pad, and a sheet of 24 adhesive tabs—everything you need for a quick salon-quality manicure at home.
- Designed to follow the natural curve of your nail, these fake nails adhere seamlessly using included adhesive tabs, offering a lightweight and secure hold. No glue needed for a beautiful and comfortable fit that lasts up to 10 days.
- Made with high-quality ABS material, these nails are waterproof, chip-resistant, and durable for repeated use. Safe for natural nails and easy to remove or reapply for multiple occasions and styles.
- The short square shape and elegant design offer timeless style suitable for daily wear or special events. Whether you're heading to work, a party, or a wedding, these nails will elevate your look effortlessly.
- Surprise your loved ones with this press-on nail kit—perfect for birthdays, holidays, or just self-care days. Compact and portable, it's great for travel or last-minute glam on the go.

Report an issue with this product or seller



**Graco on Amazon**
Shop the new turn & slide car seat | Shop now

Shopper / Seller: X&D Nail Salon

| Returns | 30-day refund/replacement |
|---|---|
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

Add to List

## Product Page

https://www.amazon.com/Translucent-Flower-Bunny-Sweet-Press/dp/B0FJS2G14X/ref=sr_1_197?crid=3MVNEFG0GKRUD&dib=eyJ2IjoiMSJ9.eOzit9gQ78l0vq6h2FIkrP6S_1ofKvXki0APiqlCiVCugwo3FXtgfF B99723v4d0u8cNoowlg55DDHpFo1cRnnLlnQgxHUbDb1O8Xb6j1otjM7tDQWMaLrovDictCpL6-TR4

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2IX4QOMSTU152&asin=B0FJS2G14X&ref_=dp_merchant_link

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Copyright

# 72. XiaoShiJie 168



**Carrot Rabbit Brothers and Sisters Type Gel Pen Ball Pen Kawaii Stationery Zakka Office Material Escolar School Supplies (12)**

Brand: XiaoShiJie

**$12⁹⁹**

Number of Items: 12

| 6 | 12 |
|---|---|
| $8.99 | $12.99 |

| | |
|---|---|
| Brand | XiaoShiJie |
| Color | Black |
| Age Range (Description) | Adult |
| Material | Wood |
| Style | Refillable |

**About this item**

- Packing list : 6/12pcs / set
- Material: PVC
- Color :As photo shown
- Shape : Rabbit Brothers and Sisters
- This pen is good for Writing or gift for kids

**Registration Date:**12/15/1998
**Trademark Registration:**

Wordmark

| Status | LIVE  REGISTERED |
|---|---|
| Goods & services | IC 009: [ apparatus for recording, transmission or reproduction of... |
| Class | 009, 016, 018, 025, 028 |
| Reg No | 2210029 |
| Owners | Mercis B.V (CORPORATION; NETHERLANDS) |

| Ships from | XiaoShiJie 168 |
|---|---|
| Sold by | XiaoShiJie 168 |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List

**Product Page**
https://www.amazon.com/Brothers-Sisters-Stationery-Material-Supplies/dp/B07VXCKFYX/ref=sr_1_106?crid=2G2MIANO5L5Q6&dib=eyJ2IjoiMSJ9.HozbSSpjUha87cJirVufGMQDf-RCgrwOM4o3sn62RahvqyZxTnPU82mOwaPhgWczhTKp5o5jKUKTDflos3YSpv9TGBBfbpoa1bF2PuK770D14Kp9OQttbiKMxzi

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1Z7B1C5UWN7NG&asin=B07VXCKFYX&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark & Copyright



Title:Miffy
Registration Number: VA 1 054 063
Registrant:MERCIS B.V
Registration Date:11/30/2000
Copyright Deposit

# 73. Xiaosttao

Beauty & Personal Care › Foot, Hand & Nail Care › Nail Art & Polish › False Nails & Accessories › Press On Nails

**30Pcs Blue Christmas Press on Nails Medium Almond Fake Nails with Pearl Rhinestone Design 3D Bow Cute Bunny False Nail Winter Snowflake Glue on Nail Handmade Xmas Stick on Nails for Women Manicure DIY**

Brand: POGUOJIEYI

$8.00

Get Fast, Free Shipping with Amazon Prime

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Pattern Name: **Christmas Fake Nails-2**

| | | |
|---|---|---|
| Color | Multicolor | |
| Size | Medium Almond | |
| Material | Acrylic | |
| Brand | POGUOJIEYI | |



**prime**
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.
Join Prime

Add to cart

Buy Now

Ships from  Amazon
Sold by  Xiaosttao
Returns  30 day refund / replacement
Payment  Secure transaction

Add a gift receipt for easy returns

## Product Page
https://www.amazon.com/Christmas-Rhinestone-Snowflake-Handmade-Manicure/dp/B0G1YFY8LK/ref=sr_1_179?crid=3MVNEFG0GKRU0&dib=eyJ2IjoiMSJ9.mFHCL8yQ4f7BeoaRPqaPwf6DDmJzUYYXfBITPrxMsb0h0WLruN8BnShcUHOw7xW9b-Kod9p_GEXpfsT3lbWlQWd41voMKaIv0ZPgYkZHJq2iacwWeKtr-o3A

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ANTINXCHNJXPW&asin=B0G1YFY8LK&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 74. XINGXIANGYUN



## Product Page
https://www.amazon.com/dp/B0FS1L8K42/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&smid=A9E8CGV85YX0G

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A9E8CGV85YX0G&asin=B0FS1L8K42&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 75. XINzhu



## Product Page
https://www.amazon.com/Valentines-Almond-Rabbit-Design-
Handmade/dp/B0G34V2KMV/ref=sr_1_17?crid=3VP95TPYHSWYC&dib=eyJ2IjoiMSJ9.HDKWgbleYtAhstS1lgX_VEhTJcrdBJuSm68RgRzyhHzgigu
TRV5ptcBLAxtT-5Up06xP7AmcnmpnucB51R2WPx2zokAXucGDegmTmdRmC2Hr2X_MWmyFryTgsHUgzi8Bn

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-
glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1AHONOUS6H51G&asin=B0G34V2KMV&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 76. XIU YUN STORE



## Product Page

https://www.amazon.com/Valentines-Artificial-Fingernails-Festival-Manicure/dp/B0G6CFB6D5/ref=sr_1_170?crid=DV9MOJ46QGMX&dib=eyJ2IjoiMSJ9.2ojkwTWl_-leRWagQXEivj2QrSRCajDwUwHgurtIXtEyb2gGgHxk_U8UolSKfexH0E2DQWXLxF-Fwg-8DlOMv61PzVaQr2p8OzySYpt5bzxIWF94FanKd

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2GRYVGJ9XYXOZ&asin=B0G6CFB6D5&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Copyright

# 77. Xuqingtop



30pcs Valentines Press on Nails Medium Almond Fake Nails with Heart Bow Pearl Rhinestones Designs Cute False Nails Valentine Artificial Nail Holiday Acrylic Glue on Nails for Women DIY Manicure

Brand: PSBRBAD

$5.99

Color: Multicolor
Material: Acrylic
Brand: PSBRBAD
Pattern: Xs-4
Item Form: Gel

## About this Item

- Heart Glue on Nails Kit: The package contains 30 Pieces of almond press on nails of different sizes, 1 adhesive tabs, 1 small wooden stick, and 24 pieces nail glue stickers
- Easy to Use: Valentine fake nails with glue sticker can get your favorite manicure in just 5 minutes without waiting at the nail salon. Some simple steps allow you to get the same impressive professional effect at home

## Product Page

https://www.amazon.com/Valentines-Rhinestones-Valentine-Artificial-Manicure/dp/B0G2J6FVS2/ref=sr_1_232_sspa?crid=3VP95TPYHSWYC&dib=eyJ2IjoiMSJ9.niZo_-U5bp4A0OciCNexNu72K9W_g8AEkPAb7A9eF2mN40Ldi4nnYr52BFswtgGKvsVoTgR1BA-v-cmbJMR_YgZ4LiysXFKddaJvwP4b9gJp-Eb

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3VX3BBVACU82C&asin=B0G2J6FVS2&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Copyright

# 78. YANGYUANSHOP



Soap Box Cartoon Soap Box Free Punching Home Dormitory Bathroom Plastic Cute Suction Cup Wall-Mounted Bathroom Soap Box Soap Container

$24⁵⁵

## About this item

- High-quality material. Made of high-quality environmentally friendly materials, the quality is strong and not easy to break, and can be reused for a long time
- design: creative and appearance, more comfortable to use
- Portable Design. You can put this soap dish in your bag or case, it won't take up much space. It is also very suitable for traveling, and other outdoor activities.
- Easy to clean: This soap dish is made of high-quality materials, the surface is smooth, it is not easy to residue materials, and it is easier to clean.
- [High-quality materials] The travel soap box is made of durable materials, which is durable, odorless and has a long service life. You don't have to worry about it breaking because it is lightweight, strong, crack-resistant and easy to clean.

## Product Page

https://www.amazon.com/Punching-Dormitory-Bathroom-Wall-Mounted-Container/dp/B0DY7J5NRP/ref=sr_1_1?crid=1ON6475F4BFOZ&dib=ey.J2ljoiMSJ9.Q5N1tOdFiHkywFfAmKljWt2HLbFm3O35rzU_t1r1ZFCjjQxabxBgNUCHUY-Xn_0oW-N4Xx.J7mA1CcnPVWCGQHlg9OA_IWXsSB3_2EKK9aTYvKdLhgLducPCwbWsiE6ZP1m_ig5efgQ2GJ1ineXQgmaB6Rgl9My6o_JV2BOZVTZ9C8pUt8I1TdykCaYh9Dt-JpO5EE1H4Rh5XoOVY0yRQ_-kqV4cZUNNVYG0GP1QKLWKxja3juSjx2X1bkpAuxJ70FXxyOYxu5dh5S6mTCCgpG7hJ-ObKE380kQ4em-QHw_XG3xbk8mOw5bmn4sLvk5RvZININ0zIOFOzKYQHxNpD0&dib_tag=se&keywords=S

## Seller Page

https://www.amazon.com/sp?ie=UTF8&seller=A2IA4J7GJUHEA4&asin=B0DY7J5NRP&ref_=dp_merchant_link

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark & Copyright



Title:MIFFY
Registration Number:VA0001054563
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:

# 79. Yikaiye



Click to see full view

24Pcs St. Patrick's Day Press on Nails Medium Almond Fake Nails 3D Shamrock with Rabbit Cherry Insect Design Gradient Green Full Cover Cute Glue on Nail Irish False Nails for Women Acrylic Manicure

Brand: WORRFU

$6⁹⁹

Get Fast, Free Shipping with Amazon Prime

**Coupon** | Apply 10% coupon  Shop Items > | Terms

**Save 20%** on 1 when you buy 3  Shop items >

Get $60 off instantly: Pay $0.00 $6.99 upon approval for the Amazon Store Card. No annual fee.

Pattern Name: **St. Patrick's Day Fake Nails-14**

| Color | Multicolor |
| Size | Medium |
| Material | Acrylic |
| Brand | WORRFU |
| Pattern | St. Patrick's Day Fake Nails-14 |

## About this item

- St.Patrick's Day False Nails: Made with quality materials, our set of 24 medium almond fake nails feature a trendy glitter acrylic nails design in glossy, give 24 pcs jelly gel 1 wooden stick 1 nail file perfect for manicure decoration
- Artificial Nails: Our Irish rainbow press on nails are made of high quality materials it is moderate to your body and nails, and provides you with a comfortable and wonderful experience
- Easy to use:  After trimming and cleaning your nail, you only need to choose the right lucky shamrock stick on nail, stick the jelly glue we provide, press the false nails on the jelly glue for 30 seconds to get your favorite nail art
- Widely used! Ideal for women looking to add a touch of glamour to their french tip nails during the st.patrick's day season it fits any diy nails art including weddings, proms, birthdays, parties, dates, and everyday wear to cater to your diverse needs
- Help: We are committed to providing you with a positive experience.If you have any questions about full cover acrylic press on nails, please feel free to contact us, we will reply as soon as possible and resolve the issue

☐ Report an issue with this product or seller

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$6⁹⁹

Title: Miffy
Registration Number: VA 1-094-565
Registrant: MERCIS B.V
Registration Date: 11/30/2000
Copyright Deposit:

**Buy Now**

Ships from  **Amazon**
Sold by  Yikaiye
Returns  30-day refund / replacement
Payment  Secure transaction

☐ Add a gift receipt for easy returns

Add to List

---

## Product Page

https://www.amazon.com/Patricks-Shamrock-Gradient-Acrylic-Manicure/dp/B0GJM4XMD7/ref=sr_1_290?crid=2RM27NBFWFG26&dib=eyJ2IjoiMSJ9.JHkksFdZzuQ35ibl.sYghj9MloLYszBch-PbSo5FsVGOQ6TLyLdQ9AEgEkwuT_HNpXk_luIvaiZKwoteSuKxBQsuXnIHgV1kZGF_nejb9EV1UXmC03-kiPGoVMgva_

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AVMQV4E2Z0NRN&asin=B0GJM4XMD7&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 80. youhaode






Click to see full view

Bath Towel,Lace Embroidered Towel Absorbent Quick Drying Bath Towel Sets Luxury Hand Bath Beach Face Sheet Microfiber Fabric Towel 1/2pcs,09,35x75cm 1pc

Brand: SENNIAN

$58⁹⁹

✓ Save 5% at checkout  Shop items ›

Apply now and get a $80 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

| Color | 9 |
| Brand | SENNIAN |
| Pattern | Cartoon |
| Size | 35x75cm 1pc |
| Manufacturer | SENNIAN |

## About this item

- Soft and comfortable: cotton towels are made of low-twist cotton, ensuring a soft, fluffy and gentle feeling. Softer, lighter, and dry faster.
- Strong water absorption: The cotton towel series is the icing on the cake for the bathroom and aims to provide maximum water absorption and softness. These towels are super absorbent, soft and thick.
- Ideal gift: Use these luxurious oversized towel sets to add a touch of elegance and luxury to your bathroom, the best gift for any family, hotel, or restaurant.
- Care instructions: machine wash with mild detergent and warm water, then dry at low temperature. We recommend not to use fabric softeners, which may reduce absorbency and may cause discoloration.
- Usage: They are very suitable for families, spas, salons, resorts, swimming



Registration Date:
Trademark Registration

**MIFFY**

| Wordmark | MIFFY |
| Status | LIVE REGISTERED |
| Goods & services | IC 025 Household or kitchen utensils and containers, combs... |
| Class | 011 012 014 016 020 024 025 028 035 038 |
| Reg No | |
| Owners | Mercis B.V. BESLOTEN VENNOOTSCHAP (BV) NETHERLANDS |

Add to Cart

Buy Now

Ships from  youhaode
Sold by  youhaode
Returns  30-day refund/replacement
Payment  Secure transaction

Add to List

**Other sellers on Amazon**

New (3) from $58⁹⁹  & FREE Shipping  ›

## Product Page
https://www.amazon.com/dp/B0B51JVBJT/ref=mweb_up_am_fl_st_na_un_up_sm_web

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ANKMIQ3YK4WFJ&asin=B0B51JVBJT&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright

Title: Miffy
Registration Number: VA 1-054-563
Registrant: MERCIS B.V.
Registration Date: 11/30/2000
Copyright Deposit:



# 81. YOUJ STORE



Click to see full view

Press on Almond Nails Medium Length Glossy Full Cover Acrylic Almond Shaped False Nails with Designs Artificial Fake Nail with Charms Glue Stick ons Fingernails for Women Girls(K936)

Visit the EYZOTSF Store

3.8 ★★★★☆ ✓ (4)

$6⁹⁹

Get Fast, Free Shipping with Amazon Prime

FREE Returns ✓

Get a $60 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Pattern Name: **Strawberry and Rabbit**

| Color | Multicolor |
| Size | Medium |
| Material | Acrylic |
| Brand | EYZOTSF |
| Pattern | Strawberry and Rabbit |

### About this item

- Package: You'll get 24 french almond false nails in 12 sizes. 1 mini nail file, 1 small wooden stick, 1 piece of nail glue sticker. Almond glue on nails are perfect for most people's nails.
- Press on Nails Almond Shaped: These almond stick on nails are made of high-quality healthy ABS material, no irritating smell, higher gloss, not easy to break, and will not harm the human body or nails, and can be used with confidence
- Easy to Use: You can make yourself a nail art in a few minutes at home with our product. Match all your manicure demand at any temporary party or important date. Come and get enjoy with



prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

One-time purchase:    ○

$6⁹⁹

Title: Miffy

Registration Number: VA 1-054-563

Registrant: MERCIS B.V.

Registration Date: 11/09/2000

Copyright Deposit:

Ships from  Amazon

Sold by  YOUJ STORE

Returns  FREE 30 day refund/replacement

Payment  Secure transaction

☐ Add a gift receipt for easy returns

## Product Page

https://www.amazon.com/EYZOTSF-Acrylic-Designs-Artificial-Fingernails/dp/B0FX2NPZFH/ref=sr_1_267?crid=2RM27NBEWEG26&dib=eyJ2IjoiMSJ9.JsFtVl7eUC5xDVzNx1JECHHsyUwvVp6M1WXD2fZ79aZPvfAQBrWSgiZPzXJ792HfleaMP1y283lv9xbilrzS8ZDjGQQbbXJFohgQpgL3-mXPDsb7VUu2nfVXFW

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2NMNMY5T86XFX&asin=B0FX2NPZFH&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Copyright

# 82. Yunmei inc



Click to see full view

24Pcs St. Patrick's Day Press on Nails Medium Almond Fake Nails 3D Shamrock with Rabbit Star Cute Design Gradient Green Full Cover Artificial Glue on Nail Irish False Nails for Women Acrylic Manicure

Brand: KRTBKR

$6⁰⁰

Get Fast, Free Shipping with Amazon Prime
FREE Returns ∨

Coupons    Apply 10% coupon  Shop Items ›  | Terms

Get $60 off instantly: Pay $0.20 $6.80 upon approval for the Amazon Store Card. No annual fee.

Pattern Name: St Patrick's Day Fake Nails-17




prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$6⁰⁰

Title: LUfy
Registration Number: VA 1-054-562
Registrant: MERCIS B.V.
Registration Date: 11/30/2000
Copyright Deposit:

Buy Now

Ships from   Amazon
Sold by      Yunmei inc
Returns      FREE 30-day refund/replacement
Payment      Secure transaction

☐ Add a gift receipt for easy returns

Add to List

| Color | Green |
| Brand | KRTBKR |
| Pattern | St Patrick's Day Fake Nails-17 |
| Item Form | Gel |
| Finish Type | Glossy |

## About this item

- Package Contains: Our st. patrick's day press on nails designs shamrock false nails is exquisite and beautiful. It contains 24 pcs medium almond fake nails and a set of DIY nail art tools. There are 12 different sizes of fake nails. You can choose the most suitable green shamrock fake nails for yourself
- Safety and Environmental Protection: These irish false nails are made of high-quality healthy ABS material, no irritating smell, higher gloss, not easy to break, and will not harm the human body or nails. and can be used with confidence
- Easy to Apply: Full cover nails with green clover nail art design set are instead of spend lots time and money at nail salon, you can change you nails style in anytime and anywhere. The green French tip fake nails will stay longer if you clean your nails before use, and avoid water within the first hour of wearing

## Product Page

https://www.amazon.com/Patricks-Shamrock-Gradient-Artificial-Manicure/dp/B0GH1PVXC2/ref=sr_1_155?crid=3QW8A1SBFKD86&dib=eyJ2IjoiMSJ9.Ydb1AMN8edhNVlhx9HbM-iUF7bl.YZGhvhTDVF0xmDx1IeeQiPxEVoeqGgGhK7LU5IE_L0L9dnnx2-2ntJtucj1hWrJPDzOI-ysfoBiRiF7sd-dmgZvFZ4oFb

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1MXNB2XEFMXV&asin=B0GH1PVXC2&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Copyright

# 83. Yunxiangyuan



Click to see full view

Absorbent Towel Adult Children Bath Towel Set Bathroom Outdoor Sports Beach Towel 2-Piece (Color : H, Size : 2-Piece) (G 2)

Brand: EFGDSRFDUFVDGVUIFUGVJ

$311.02

Get $60 off instantly: Pay $251.02 upon approval for the Amazon Store Card.

Color: G

$311.02  $311.02  $311.02  $311.02  $311.02  $311.02

$311.02  $311.02  $311.02  $311.02  $311.02  $311.02

Size: 2

| Color | G |
| --- | --- |
| Size | 2 |
| Manufacturer | EFGDSRFDUFVDGVUIFUGVJ |

## About this item

- Usage:bath towel, household towel, sports towel, sandy beach towel, face



Registration Date:01/29/2019
Trademark Registration:

# MIFFY

| Wordmark | MIFFY |
| --- | --- |
| Status | LIVE REGISTERED |
| Goods & services | IC 021 Household or kitchen utensils and containers namely kitchen... |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5603670 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.) NETHERLANDS) |

| Ships from | Yunxiangyuan |
| --- | --- |
| Sold by | Yunxiangyuan |
| Returns | Returnable until Jan 11, 2026 |
| Payment | Secure transaction |

## Product Page

https://www.amazon.com/dp/B0C6LQ4TQV?ref=cm_sw_r_cso_cp_apin_dp_KNRVVCGN413PC5HCC9CZ&ref_=cm_sw_r_cso_cp_apin_dp_KNRVVCGN413PC5HCC9CZ&social_share=cm_sw_r_cso_cp_apin_dp_KNRVVCGN413PC5HCC9CZ&th=1&smid=A1DSHSQLY03RC1

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1DSHSQLY03RC1&asin=B0C6LQ4TQV&ref_=dp_merchant_link

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark & Copyright

Title:Miffy
Registration Number:VA 1-064-563
Registrant:MERCIS B.V.
Registration Date:11/00/2000
Copyright Deposit:



# 84. YZ Mall--US

## Absorbent Cartoon Towel Adult Children Bath Set Bathroom Outdoor Sports Beach 2-Piece(J)

Brand: EWUROI

**-27% $90⁹⁹**

List Price: $124.06

Get $60 off instantly: Pay $30.99 upon approval for the Amazon Store Card.

Color: J

| | | | | | |
|---|---|---|---|---|---|
| $108.00 | $108.00 | $108.00 | $108.00 | $108.00 | $108.00 |
| $90.99 $124.00 | $108.00 | $108.00 | | | |

Size: **2-piece**

| Color | J |
|---|---|
| Brand | EUROPE |
| Towel form type | Baby Burp Cloth |
| Material | Cotton |
| Product Dimensions | 7.87"L x 7.87"W |

**Registration Date:** 01/20/2019
**Trademark Registration:**

### MIFFY

| Wordmark | MIFFY |
|---|---|
| Status | LIVE REGISTERED |
| Goods & services | IC 021 Household kitchen utensils and containers, namely, kitchen... |
| Class | 011 012 014 016 021 024 025 026 028 035 |
| Reg No | 5952070 |
| Owners | Mercis B.V. BESLOTEN VENNOOTSCHAP (B.V.) NETHERLANDS |

Quantity: 1

Shipper / Seller    YZ Mall--US

Returns    Returnable until Jan 11, 2026

Payment    Secure transaction

**Add to List**

**Other sellers on Amazon**

New (6) from $90⁹⁹  & FREE Shipping  ›

Click to see full view

## Product Page

https://www.amazon.com/EWUROI-Absorbent-Cartoon-Children-Bathroom/dp/B0FR511Y25/ref=sr_1_6?crid=1SPW5LA8RH9NB&dib=eyJ2IjoiMSJ9.uPwiByoHAQx6RiJN0gXuPbDNJDKFyYEeE_sUY2guifdm9OdgpEMwfkP3g1ftJoIFT74gl4aiElgpJgLDGnf2d2TLdrVxu19Y4Vemmd4XwUz-9df0gevfnl1NTehXg9SZ

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AP912PSADNEND&asin=B0FR511Y25&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright

Title: Miffy
Registration Number: VA 1-054-563
Registrant: MERCIS B.V.
Registration Date: 11/30/2000
Copyright Deposit:



# 85. ZhangJiaKouZhiYiJianZhuGongCheng



Bath Towel,Lace Embroidered Towel Absorbent Quick Drying Bath Towel Sets Luxury Hand Bath Beach Face Sheet Microfiber Fabric Towel 1/2pcs,09,35x75cm 1pc

Brand: pcagfaajmh

$77⁸⁷

Get $80 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Brand | pcagfaajmh |
| Unit Count | 1.0 Count |



Registration Date:01/29/2019
Trademark Registration:

**MIFFY**

Wordmark  MIFFY
Status  LIVE  REGISTERED
Goods &  IC 021 Household for kitchen
services  utensils and containers, namely, kitchen
Class  011, 012, 014, 016, 021, 024, 035, 026, 028, 035
Reg No  5060810
Owners  Mercis B.V. GESLOTEN VENNOOTSCHAP (B.V.) NETHERLANDS

**Buy Now**

Ships from  ZhangJiaKouZhiYiJianZhuGongCheng
Sold by  ZhangJiaKouZhiYiJianZhuGongCheng
Returns  30-day refund/replacement

## Product Page
https://www.amazon.com/dp/B01CROI65M/ref=mweb_up_am_fl_st_na_un_up_sm_web

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1YFPOAX8IVKNA&asin=B01CROI65M&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark & Copyright

Title:Miffy
Registration Number:VA 1-054-563
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:



# 86. ZIFANHU



## Product Page

https://www.amazon.com/ZIFANHU-Spring-Medium-Almond-
Acrylic/dp/B0G1GCHN1F/ref=sr_1_56?cnd=2RM27NBEWEG26&dib=eyJ2IjoiMSJ9.nDdyJUIEQJc0ctNfnKpD-
Cpk0eiTK5kYHthHNS7DVfo3jzxB520SrtfVyoNELUDFi9iu1QCjnwifRLwnXHx2v7qiGbPh9TEih17cR9TuuQw.I-GbYvEdF9-HOuiknuElVu3rO

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-
glance.html/ref=dp_merchant_link?ie=UTF8&seller=AMFIU60M3TTOX&asin=B0G1GCHN1F&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 87. ZJL lucky



30Pcs Valentines Press on Nails Handmade Almond Fake Nails with Bow Love Heart Rabbit Pearl Design Cute Valentines French Tip False Nails Acrylic Nails Press ons Full Cover Glue on Nail for Women

Visit the ASABITE Store

$7⁵³ ($10.76 / ounce)

Get Fast, Free Shipping with Amazon Prime
FREE Returns ⌄

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Color: Style 4

Color            Style 4
Brand            ASABITE
Item Form        Gel
Finish Type      Glossy
Number of Items  30

**About this item**

- Packaging Content: Your ASABITE press on nails kit includes 30 almond press on nails in 15 sizes. Each box contains 1 wooden cuticle stick, 1 nail file, 1 sheet double side sticker, 1 alcohol cotton. All the items needed for salon level nail art at home are included in the set.
- Romantic Design: These cute Valentines fake nails feature a classic almond shaped design with rabbit, bow, heart, and pearl decorations. It is very suitable for various sweet occasions, such as Valentine's Day party, romantic dinner, sisters party or family travel.
- Safe Materials: These almond false nails are made of safe and non-toxic ABS material, with a smooth and wear-resistant surface that is not easy to fall off and comfortable to wear without damaging the original nails.
- Easy to Operate: You just need to choose the appropriate fake nails, polish your natural nails, and finally apply the jelly glue we give you. Press the nails for 20 to 30 seconds to get the nail effect you like.

Title: Miffy
Registration Number: VA 1-094-989
Registrant: MERCIS B.V.
Registration Date: 11/30/2000
Copyright Deposit:

## Product Page
https://www.amazon.com/Valentines-Handmade-Almond-Rabbit-Acrylic/dp/B0G355DSPH/ref=sr_1_11?crid=3VP95TPYHSWYC&dib=eyJ2IjoiMSJ9.HDKWqbleYtAhstS1ligX_VEhTJcrdBJuSm68RgRzyhHzgiguTRV5ptcBLAxtT-5Up06xP7AmcnmpnucB51R2WPx2zokAXucGDegmTmdRmC2Hr2X_MWmyFryTqsHUgzi8B

## Seller Page
https://www.amazon.com/gp/help/seller/at.a.glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1AE20IQ3N9RAZ&asin=B0G355DSPH&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Copyright

# 88. Zoocust



**Product Page**

https://www.amazon.com/dp/B0CYYS9DFX?ref=cm_sw_r_apin_dp_QTVH9JC7R89VYMNFRCV4&ref_=cm_sw_r_apin_dp_QTVH9JC7R89VYMNFRCV4&social_share=cm_sw_r_apin_dp_QTVH9JC7R89VYMNFRCV4&language=en-US&th=1&psc=1

**Seller Page**

https://www.amazon.com/sp?ie=UTF8&seller=A3KYKKJ52CS301&asin=B0CYYS9DFX&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark & Copyright

Title:MIFFY
Registration Number:VA0001054663
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:



# 89. ZWENJIE US



24Pcs French Press on Nails Short Almond Red Pearl Fake Nails Press ons Nail Tips Stick on Nails ZWENJIE Acrylic Nails Kit False Nails with Bows Design Nail Art for Women Cute Rabbit Manicure

Visit the ZWENJIE Store
4.1 ★★★★★ (3)

$16⁰⁰

Get fast, Free Shipping with Amazon Prime



| Color | SA-A26 |
| Size | Short |
| Material | Plastic |
| Brand | ZWENJIE |
| Style | SA-A26 |

## About this item

- Package Includes:This complete nail kit contains 24Pcs short press on nails, 24 durable jelly glue tabs,

## Product Page

https://www.amazon.com/French-Almond-ZWENJIE-Acrylic-Manicure/dp/B0G11K1HJF/ref=sr_1_198?cnd=3SHBB2B7XRJTH&dib=eyJ2IjoiMSJ9.tJn21ddZcHlpSa-BQ4Wh4l_nHBC7IblOVHRNsbTT9y4WM-MYeuCJXgdb8RMw8-Lr2XshMf_Y9gxAwpXCo1nsFG0FEZAgmsMZs7WRxgw0-5Limga6KsPY9bswg71Yf-MtC

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A18ROMVFI2UF6G&asin=B0G11K1HJF&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Copyright

# 90. Clthngie



## Product Page
https://www.walmart.com/ip/120PCS-Mini-Glow-Dark-Animal-Resin-Models-Mystery-Resin-Animals-Blind-Bag-Glow-Dark-Resin-Figurines-Mini-Resins-Animals-Birthday-Party-Gift-DIY-Craft/18068008152?classType=VARIANT&athbdg=L1600&from=/search

## Seller Page
https://www.walmart.com/global/seller/102877987

## Seller Origin
China

## Payment Method
Walmart

## Claim Type
Copyright

# 91. Di Li Zi



## Product Page
https://www.walmart.com/ip/Miffy-Black-eyes-Cute-Doll-Plush-Toy-Kawaii-Bed-Pillow-soft-comfortable-Sofa-Cushion-Pillow-Gift-toys-for-Girl-and-Boy/188756035392classType=VARIANT&from=/search

## Seller Page
https://www.walmart.com/global/seller/102763902

## Seller Origin
China

## Payment Method
Walmart

## Claim Type
Trademark & Copyright

Title:Miffy
Registration Number:VA 1-054-563
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:



# 92. Fopia



## Product Page
https://www.walmart.com/ip/Totaladdly-Mini-Glow-Dark-Animal-Resin-Models-Mystery-Bag-Mini-Resin-Animals-Ocean-Animal-Miniatures-Party-Favors-Bag-Fillers-Garden-Dollhouse-Decor/18001156460?classType=REGULAR&from=/search

## Seller Page
https://www.walmart.com/seller/102627108

## Seller Origin
China

## Payment Method
Walmart

## Claim Type
Copyright

# 93. foshanshidiaofudaoshangmao



DUFDERIA

DUFDERIA Cartoon Rabbit Midnight Lamp LED Night Lights Touch Sensor Colors USB Rechargeable Bedside Mood Light for Children Baby Toy Gift

$26.73



### About this item

* 1. Bring a touch of whimsy to your child's bedroom with this adorable Cartoon Rabbit Midnight Lamp. With a touch sensor function and multiple color options, it's the perfect bedside mood light for children of all ages.
* 2. Say goodbye to fumbling in the dark with the LED Night Lights featuring a cute cartoon rabbit design. This USB rechargeable light is a great gift for babies and children, providing a soft and soothing glow to help them sleep soundly.
* 3. Add a playful touch to your little one's bedroom with this Bedhead decorative light. With its rechargeable battery and LED bulbs, this night light is both practical and charming.
* 4. This Model Number HPWC LED Night Light is a versatile and fun addition to any child's room. With its touch sensor and multiple color options, it's sure to become a favorite bedtime companion.
* 5. Light up the night with this Cartoon Rabbit Midnight Lamp. This USB rechargeable bedside light is perfect for children, with its US certification ensuring safety and quality. Give the gift of sweet dreams with this adorable and functional night light.

View full item details

### At a glance

| Brand | Color | Recommended |
|---|---|---|
| DUFDERIA | Rabbit 28cm | Indoor |

| Light bulb type | Has written warranty |
|---|---|
| LED | No |

View all specifications

Registration Date: Jan. 15, 2019

Trademark Registration:



| Wordmark | |
|---|---|
| Status | LIVE REGISTERED |
| Goods & services | IC 009: [ Calculating machines; ] audio-and video discs featuring... |
| Class | 009, 011, 012, 014, 021, 028 |
| Reg No | 5652014 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.) NETHERLANDS) |

Sold and shipped by foshanshidiaofudaoshangmao

★★★☆☆ 2 seller reviews

Extended holiday returns. Details
Free Holiday returns until Jan 31

Add to list          Add to registry

Sponsored

New $15.59 $35.99

UNEEDE LED Cute Bean Duck Night Light, DvDv Du...

2-day shipping

+ Add

## Product Page
https://www.walmart.com/ip/DUFDERIA-Cartoon-Rabbit-Midnight-Lamp-LED-Night-Lights-Touch-Sensor-Colors-USB-Rechargeable-Bedside-Mood-Light-for-Children-Baby-Toy-Gift/7905263007

## Seller Page
https://www.walmart.com/global/seller/102495371

## Seller Origin
China

## Payment Method
Walmart

## Claim Type
Trademark & Copyright

Title: Miffy
Registration Number: VA 1-054-563
Registrant: MERCIS B.V.
Registration Date: 11/30/2000
Copyright Deposit:

# 94. foshanshiqitongqishangmao





## Product Page
https://www.walmart.com/ip/QHNGJZ-Cartoon-Rabbit-Midnight-Lamp-LED-Night-Lights-Touch-Sensor-Colors-USB-Rechargeable-Bedside-Mood-Light-for-Children-Baby-Toy-Gift/8618112730

## Seller Page
https://www.walmart.com/global/seller/102518497

## Seller Origin
China

## Payment Method
Walmart

## Claim Type
Trademark & Copyright

Title:Miffy
Registration Number:VA 1-054-563
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:

# 95. General Daily Finds Store



## Product Page
https://www.walmart.com/ip/50PC-Mini-Glow-Dark-Resin-Animal-Models-Mystery-Bag-Mini-Resin-Animals-Individually-Wrapped-Mystery-ResinAnimals-Bag-Hide-Small-Luminous-Figures-DIY/19638253493?classType=VARIANT&from=/search

## Seller Page
https://www.walmart.com/global/seller/102608542

## Seller Origin
China

## Payment Method
Walmart

## Claim Type
Copyright

# 96. GTB



## Product Page

https://www.walmart.com/ip/Led-Night-Light-Children-s-Lighting-Toy-Rabbit-Room-Decoration-Colorful-Night-Light-Suitable-For-C/14838864776

## Seller Page
https://www.walmart.com/global/seller/102758700

## Seller Origin
China

## Payment Method
Walmart

## Claim Type
Trademark & Copyright

**Title:** Miffy Soft Toy
**Registration Number:** VA 2-358-985
**Registrant:** MERCIS B.V
**Registration Date:** 06/30/2023
**Copyright Deposit:**



# 97. jiejiehongyunshangmao





NZISNG Cartoon Rabbit Midnight Lamp LED Night Lights Touch Sensor Colors USB Rechargeable Bedside Mood Light for Children Baby Toy Gift

**About this Item**

$31.71

Registration Date: 01/15/2019

Trademark Registration:

| Wordmark | |
| --- | --- |
| Status | LIVE   REGISTERED |
| Goods & services | IC 009: Calculating machines, audio-and video-discs featuring... |
| Class | 009, 016, 012, 014, 021, 028 |
| Reg No | 1002014 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (BV), NETHERLANDS) |

## Product Page

https://www.walmart.com/ip/NZISNG-Cartoon-Rabbit-Midnight-Lamp-LED-Night-Lights-Touch-Sensor-Colors-USB-Rechargeable-Bedside-Mood-Light-for-Children-Baby-Toy-Gift/8526961902

## Seller Page

https://www.walmart.com/global/seller/102487890

## Seller Origin
China

## Payment Method
Walmart

## Claim Type
Trademark & Copyright

**Title:** Miffy Soft Toy
**Registration Number:** VA 2-358-985
**Registrant:** MERCIS B.V
**Registration Date:** 06/30/2023
**Copyright Deposit:**



# 98. laan6nbg



## Product Page
https://www.walmart.com/ip/50PCS-Mini-Glow-Dark-Animal-Resin-Figures-Cute-Mystery-Blind-Bag-Assortment-Toys-Luminous-Farm-Ocean-Creatures-DIY-Fairy-Garden-Aquarium-Decor/19627753545?classType=VARIANT&from=/search

## Seller Page
https://www.walmart.com/global/seller/102823417

## Seller Origin
China

## Payment Method
Walmart

## Claim Type
Copyright

# 99. LFYDAMAI



ANFUYAN

Miffy Cute Plush Cotton Slippers for Women Winter Comfort Warm Cotton Shoes Cartoon Anime Non Slip Home Bedroom Slippers Gifts

☆ No ratings yet

Character: 30-39

| 36-37 | 38-39 | 40-41 |
| $10.99 | $33.99 | $59.99 |

Color: miffy

**Key item features**                                    ∧

- • ◦ High-concerned chemical : None
  - ◦ Original Package : No
  - ◦ Puppets Type : Model
  - ◦ Commodity Attribute : Accessories
  - ◦ Completion Degree : Finished Goods
  - ◦ Gender : Unisex
  - ◦ Theme : Movie & TV
  - ◦ Material : Cotton
  - ◦ Item Type : Model
  - ◦ Mfg Series Number : Model
  - ◦ Brand Name : Bandai
  - ◦ Origin : Mainland China
  - ◦ Recommend Age : 14+y
  - ◦ brand : miffy
  - ◦ style : simple Cute cartoon fashion
  - ◦ Applicable population : Children Boy Girl Pupil teenager couple Men and women...



$23.99

Registration Date:08/28/2001
Trademark Registration:

MIFFY

Wordmark  MIFFY
Status     LIVE  REGISTERED
Goods &    IC 009 [ apparatus for recording,
services   transmission or reproduction of...
Class      009, 016, 018, 025, 028
Reg No     2462597
Owners     MERCIS B.V (BESLOTEN VENNOOTSCHAP (B.V),
           NETHERLANDS)

🖥 Sold and shipped by LFYDAMAI

Report an issue with this seller

Free 30-day returns  Details

♡ Add to list       🎁 Add to registry

**More seller options (1)**

Starting from $11.99  Compare all sellers

↓ Rollback        New $10.99
                  $14.39
                  You save  $3.40
                  Pmoiste House
                  Slippers for Women
                  Comfort Memory...
                  ★★    2
                  Shipping arrives in 2 days

---

## Product Page
https://www.walmart.com/ip/Miffy-Cute-Plush-Cotton-Slippers-for-Women-Winter-Comfort-Warm-Cotton-Shoes-Cartoon-Anime-Non-Slip-Home-Bedroom-Slippers-Gifts/188930083557classType=VARIANT&from=/search

## Seller Page
https://www.walmart.com/global/seller/102757888

## Seller Origin
China

## Payment Method
Walmart

## Claim Type
Trademark & Copyright

Title:Miffy
Registration Number:VA 1-054-503
Registrant:MERCIS B.V.
Registration Date:11/30/2000
Copyright Deposit:



# 100. LGJ



NOBRAND

Rabbit Mood Light LED Desk Lamp Cute Cartoon Children's Gift Bedroom Bedside Light Living Room Floor Light

★★★★★ (xx) | 4 stars

Size: Warm light

Warm light
$68.91

Actual Color: Rabbit 50cm

Rabbit 28cm    Rabbit 50cm

**About this item**

Rabbit Mood Light LED Desk Lamp Cute Cartoon Children's Gift Bedroom Bedside Light Living Room Floor Light

**At a glance**

| Light bulb type | Brand |
|---|---|
| LED | NOBRAND |

View all specifications



$68.91

Price when purchased online ⓘ

Registration Date: 01/15/2019
Trademark Registration:

Wordmark

Status    LIVE  REGISTERED

Goods & services    IC 009 Calculating machines; audio and video discs featuring...

Class    009, 011, 012, 014, 021, 026

Reg No    5650914

Owners    Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.), NETHERLANDS)

Sold and shipped by LGJ

★★★★★ 2 seller reviews

Extended holiday returns  Details
Free holiday returns until Jan 31

Add to list    Add to registry

More seller options (1)
Starting from $68.91  Compare all sellers

Sponsored
$55.99
uHuni Half Moon Light for Kids Desk with Phone Holder, 20cm...
Free shipping

+ Add

## Product Page
https://www.walmart.com/ip/Rabbit-Mood-Light-LED-Desk-Lamp-Cute-Cartoon-Children-s-Gift-Bedroom-Bedside-Light-Living-Room-Floor-Light/6636871031

## Seller Page
https://www.walmart.com/global/seller/101683748

## Seller Origin
China

## Payment Method
Walmart

## Claim Type
Trademark & Copyright

**Title:** Miffy Soft Toy
**Registration Number:** VA 2-358-985
**Registrant:** MERCIS B.V
**Registration Date:** 06/30/2023
**Copyright Deposit:**



# 101. Lux Outlet Store



### Popular items in this category



**Product Page**
https://www.walmart.com/ip/Wave-To-Earth-Miy-Shirt/1207767057 1

**Seller Page**
https://www.walmart.com/seller/102506511

**Seller Origin**
China

**Payment Method**
Walmart

**Claim Type**
Trademark & Copyright

**Title:** Miffy Soft Toy
**Registration Number:** VA 2-358-985
**Registrant:** MERCIS B.V
**Registration Date:** 06/30/2023
**Copyright Deposit:**



# 102. RuoNan toys store



**Product Page**
https://www.walmart.com/ip/Miy-Casual-Hoodies-Long-Sleeve-Fall-Sweatshirt-with-Pocket-4XL/10501822720

**Seller Page**
https://www.walmart.com/global/seller/102503754

**Seller Origin**
China

**Payment Method**
Walmart

**Claim Type**
Trademark & Copyright

**Title:** Miffy Soft Toy
**Registration Number:** VA 2-358-985
**Registrant:** MERCIS B.V
**Registration Date:** 06/30/2023
**Copyright Deposit:**

# 103. SONGDIAN





## Product Page
https://www.walmart.com/ip/Kawaii-Miffy-Black-and-White-Striped-Scarf-Hanging-Cute-Doll-Cute-Mini-Figure-Doll-Pendant-Christmas-Gift-for-Girls-Boys/16962966133

## Seller Page
https://www.walmart.com/global/seller/101693754

## Seller Origin
China

## Payment Method
Walmart

## Claim Type
Trademark & Copyright

**Title:** Miffy Soft Toy
**Registration Number:** VA 2-358-985
**Registrant:** MERCIS B.V
**Registration Date:** 06/30/2023
**Copyright Deposit:**



# 104. taininuomaoyi



XEJEANG

XEJEANG Cartoon Rabbit Midnight Lamp LED Night Lights Touch Sensor Colors USB Rechargeable Bedside Mood Light for Children Baby Toy Gift

**About this item**

- 1. Bring a touch of whimsy to your child's bedroom with this adorable Cartoon Rabbit Midnight Lamp. With a touch sensor function and multiple color options it's the perfect bedside mood light for children of all ages.
- 2. Say goodbye to fumbling in the dark with the LED Night Lights featuring a cute cartoon rabbit design. The USB rechargeable light is a great gift for babies and children, providing a soft and soothing glow to help them sleep soundly.
- 3. Add a playful touch to your little one's bedroom with the Bedside decorative light. With its rechargeable battery and LED bulbs, this night light is both practical and charming.
- 4. The Mood Number HY890 LED Night Light is a versatile and fun addition to any child's room. With its touch sensor and multiple color options, it's sure to become a favorite bedtime companion.
- 5. Light up the night with the Cartoon Rabbit Midnight Lamp. This USB rechargeable bedside light is perfect for children, with its CE certification ensuring safety and quality. Give the gift of sweet dreams with this adorable and functional night light.

View full item details

$45.16

**Registration Date:** 03/26/2019
**Trademark Registration:**

| Wordmark | |
|---|---|
| Status | **LIVE** **REGISTERED** |
| Goods & services | IC 011 Light-emitting diodes (LED) lighting apparatus, namely, LED... |
| Class | 011, 012, 004, 018, 021, 024, 025, 026, 028, 035 |
| Reg No | 5708599 |
| Owners | Mercis B.V. (PRIVATE LIMITED LIABILITY COMPANY; NETHERLANDS) |

Sold and shipped by taininuomaoyi

★★★☆☆ 1 seller reviews

Extended holiday returns Details
Free Holiday returns until Jan 31

## Product Page
https://www.walmart.com/ip/XEJEANG-Cartoon-Rabbit-Midnight-Lamp-LED-Night-Lights-Touch-Sensor-Colors-USB-Rechargeable-Bedside-Mood-Light-for-Children-Baby-Toy-Gift/7889507349

## Seller Page
https://www.walmart.com/global/seller/102495449

## Seller Origin
China

## Payment Method
Walmart

## Claim Type
Trademark & Copyright

**Title:** Miffy Soft Toy
**Registration Number:** VA 2-358-985
**Registrant:** MERCIS B.V
**Registration Date:** 06/30/2023
**Copyright Deposit:**



# 105. turong



## Product Page
https://www.walmart.com/ip/Mini-Glow-Dark-Animal-Resin-Models-50PCS-Mystery-Resin-Animals-Blind-Bag-Mini-Cartoon-Blind-Bags-Small-Luminous-Figures-Decor-Micro-Garden-Home-Craft/19538760467?classType=VARIANT&from=/search

## Seller Page
https://www.walmart.com/global/seller/102717546

## Seller Origin
China

## Payment Method
Walmart

## Claim Type
Copyright

# 106. Walwish



## Product Page
https://www.walmart.com/ip/60PCS-Luminous-Mini-Resin-Animals-Random-Styles-Miniatures-Glow-in-The-Dark-Tiny-Small-Figures-for-Party-Favors-Fillers-Garden-Dollhouse-Decor/16679407572?classType=VARIANT&from=/search

## Seller Page
https://www.walmart.com/seller/102478503

## Seller Origin
China

## Payment Method
Walmart

## Claim Type
Copyright

# 107. wanglie.llc



## Product Page
https://www.walmart.com/ip/New-Kawaii-Plush-Pillow-Cute-Miffys-Sweet-Doll-Toy-Creative-Room-Decoration-Cartoon-Ornament-Birthday-Gift/16375017595

## Seller Page
https://www.walmart.com/global/seller/102787431

## Seller Origin
China

## Payment Method
Walmart

## Claim Type
Trademark & Copyright



Title: Miffy
Registration Number: VA 1-054-503
Registrant: MERCIS B.V.
Registration Date: 11/30/2000
Copyright Deposit:

# 108. Whalegree



EDITE

Mini Glow in The Dark Animal Resin Models, Mystery Resin Animals Blind Bag, Glow in The Dark Resin Figurines, Mini Resins Animals for Birthday Party Gift, DIY Crafts, Ornaments (60PCS)

Actual Color: 60PCS-ROPO

$8.79

**Key Item features**

- Glow in the Dark Experience: The Mini Glow in the Dark Animal Resin Models features a magical ability to absorb light and emit an enchanting glow at night, making the product perfect for creating captivating displays in any setting.
- Surprise Unboxing Fun: Each set of this product includes individual mystery bags containing delightful Mini Glow in the Dark Animal Resin Models, adding an element of surprise and joy with every unboxing experience, making them ideal for party favors or classroom awards.
- High-Quality Craftsmanship: Crafted from premium resin, this product features durable, waterproof luminous animal figurines that are hand-painted for fine detail, ensuring smooth edges and safe handling for both kids and adults.
- Versatile Decor & DIY Projects: This product is perfect for enhancing fairy gardens, dollhouses, fish tanks, or desk décor, bringing personality and whimsy to all creative projects, thus sparking imaginative storytelling and educational play.
- Perfect Gift Idea: Delight friends and family of all ages with this glow...

View all item details

Specs



$8.79

Title: Milly
Registration Number: VA 1-054-583
Registrant: MERCIS B.V.
Registration Date: 11/30/2000
Copyright Deposit:

---

## Product Page

https://www.walmart.com/ip/Mini-Glow-Dark-Animal-Resin-Models-Mystery-Resin-Animals-Blind-Bag-Glow-Dark-Resin-Figurines-Mini-Resins-Animals-Birthday-Party-Gift-DIY-Crafts-Ornam/18045119177?classType=VARIANT&from=/search

## Seller Page

https://www.walmart.com/global/seller/102479477

## Seller Origin
China

## Payment Method
Walmart

## Claim Type
Copyright

# 109. WONIMA



## Product Page

https://www.walmart.com/ip/6PCs-Cute-Miffy-Rabbit-Plush-Toy-Rabbit-Stuffed-Animal-Easter-Floppy-Ear-Soft-Hugging-Bedtime-Friend-Plush-Toy-Gifts-for-Kids-Girls-Boys-9-8inch/7080007659

## Seller Page
https://www.walmart.com/global/seller/101565348

## Seller Origin
China

## Payment Method
Walmart

## Claim Type
Trademark & Copyright

**Title:** Miffy Soft Toy
**Registration Number:** VA 2-358-985
**Registrant:** MERCIS B.V
**Registration Date:** 06/30/2023
**Copyright Deposit:**



# 110. xingbaohua





Cottage Door Press

*Miffy* Flowers for Mother Bunny, (Board Book)

☆ (No ratings yet)

## About this item

- *Miffy* Flowers for Mother Bunny, (Board Book)
- Author: Cottage Door Press
- ISBN: 9500890/0277
- Format: Board Book
- Publication Date: 2025-04-01
- Page Count: 12

## At a glance

| Genre | Age range | Age group |
|---|---|---|
| Children's Books | 1 - 5 Years | Adult |

| Book format | Pages | Publisher |
|---|---|---|
| Board Book | 12 | Cottage Door Press |

View all specifications

### $20.98

Registration Date: Jan. 29, 2019
Trademark Registration:

# MIFFY

| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE REGISTERED |
| Goods & services | IC 011 Lamp globes; not water bottles; ans lamps; electric... |
| Class | 011, 012, 014, 010, 021, 024, 025, 026, 028, 035 |
| Reg No | 5603013 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.) NETHERLANDS) |

⊟ Sold and shipped by xingbaohua

★★★★☆ 10 seller reviews

Free 30-day returns Details

♡ Add to list     🎁 Add to registry

Sponsored
$13.95
Well Dressed Pets Coloring Book...

---

**Product Page**

https://www.walmart.com/ip/Miv-Flowers-for-Mother-Bunny-Board-Book-9798890192776/5325853786

**Seller Page**

https://www.walmart.com/global/seller/101106245

**Seller Origin**

China

**Payment Method**

Walmart

**Claim Type**

Trademark & Copyright

Title: MIFFY
Registration Number: VA0001054563
Registrant: MERCIS B.V.
Registration Date: 11/30/2000
Copyright Deposit:



# 111. YKHSG store





(DK)
LED Night Light, Children's Luminous Toy Room Decoration Silicone Rabbit Colorful Night Light, Suitable for Children's Gifts, Home Decor, Bedside Lamps (28CM)

**About this item**

LED Night Light, Children's Luminous Toy Room Decoration Silicone Rabbit Colorful Night Light, Suitable for Children's Gifts, Home Decor, Bedside Lamps (28CM)

**At a glance**

Brand
(DK)

View all specifications

**$34.99**

Price when purchased online ⓘ

Free shipping    Free 30-day returns

Title: Miffy
Registration Number: VA 1-064-563
Registrant: MERCIS B.V.
Registration Date: 11/30/2000
Copyright Deposit:



Sold and shipped by YKHSG store

★☆☆☆☆ 3 seller reviews

Free 30-day returns  Details

Add to list        Add to registry

## Product Page
https://www.walmart.com/ip/LED-Night-Light-Children-s-Luminous-Toy-Room-Decoration-Silicone-Rabbit-Colorful-Suitable-Gifts-Home-Decor-Bedside-Lamps-28CM/10270019888

## Seller Page
https://www.walmart.com/global/seller/101654974

## Seller Origin
China

## Payment Method
Walmart

## Claim Type
Copyright

# 112. Artisan Workspace




**Product Page**
https://www.temu.com/50-in-the-dark-mini-figurines-cute-animal-ornaments-with--accents-resin-crafts-for-indoor-outdoor-decor-home--no-electricity-needed-glowindark-feature-g-601101863634039.html

**Seller Page**
https://www.temu.com/mall.html?mall_id=634418215347752

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Copyright

**Infringed Registration:** VA 1-054-563



# 113. baodansixteenthousand





**Product Page**
https://www.temu.com/suitable-for-iphone-16-little-white-rabbit-mobile-phone-case-cartoon-star-little-white-rabbit-print-imd-mobile-phone-case-anti-fall-protection-cute-and--rabbit-element-durable-mobile-phone-case--for--suitable-for-iphone-16-15-14--11-pro-max-and-other-models-g-601100900473706.html

**Seller Page**
https://www.temu.com/baodansixteenthousand-m-634418220179604.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





| | |
|---|---|
| **Wordmark** | |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 009: [ Calculating machines; ] audio- and video discs featuring... |
| **Class** | 009, 011, 012, 014, 021, 026 |
| **Reg No** | 5652014 |
| **Owners** | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 114. Blanket Flying Man







| | |
|---|---|
| **Product Page**<br>https://www.temu.com/-rabbit-print-shower-curtain-music-pink--washable-polyester-perfect-gift-for--home-decor-g-601100689999722.html | **Claim Type**<br>Trademark & Copyright |
| **Seller Page**<br>https://www.temu.com/blanket--m-634418219289970.html<br><br>**Seller Origin**<br>China<br><br>**Payment Method**<br>Temu | **Infringed Registration:** VA 1-054-563<br><br> |

# 115. Blooming Interiors



**Product Page**
https://www.temu.com/1pc-cute-miffy-design-tote-bag-durable-polyester--for-office--travel-beach-gym-hand-washable-no-closure-stylish-cartoon-pattern-beach-tote--accessory-durable-handle-cute-tote-bag-g-601100312082068.html

**Seller Page**
https://www.temu.com/blooming--m-634418219429164.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark

**Infringed Registration:**



| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE REGISTERED |
| Goods & services | IC 009: [ apparatus for recording, transmission or reproduction of... |
| Class | 009, 016, 018, 025, 028 |
| Reg No | 2482597 |
| Owners | MERCIS B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 116. BLOOMOU





**Product Page**
https://www.temu.com/2025-strawberry-rabbit-black-phone-case-adorable-couples-design-for-iphone-16-15-14--11-x--must-have-gift-for-any-bunny-lover-g-601100858261502.html

**Seller Page**
https://www.temu.com/bloomou-m-634418222749207.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





| | |
|---|---|
| Wordmark | |
| Status | LIVE  REGISTERED |
| Goods & services | IC 009: [ Calculating machines; ] audio- and video discs featuring... |
| Class | 009, 011, 012, 014, 021, 026 |
| Reg No | 5652014 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 117. BVVIVESHOP









**Product Page**
https://www.temu.com/new--exquisite-cute-3d-cartoon-anime-image-silicone-strawberry-with-stand-cell-phone-case-protector--version-of-the-creative--full-wrap-fall-protection-case-anti-slip-anti-scratch-for-iphone17-for-iphone16-for-iphone15-for-iphone16-14-pro-for-iphone13-pro-max-suitable-as-a-holiday-gift-for-family-boyfriend-girlfriend-boys-girls-and-adults-g-601101960200470.html

**Seller Page**
https://www.temu.com/mall.html?mall_id=634418223783722

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563

| | |
|---|---|
| **Wordmark** | |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 009: [ Calculating machines; ] audio- and video discs featuring... |
| **Class** | 009, 011, 012, 014, 021, 026 |
| **Reg No** | 5652014 |
| **Owners** | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 118. Candy Blanket





**Product Page**
https://www.temu.com/-decor--rabbit-tapestry-with-miffy-text-polyester-wall-hanging-art-for-living-room-bedroom-office-or-party-decor-no-electricity-needed-bedroom-wall-art--design--wall-fabric-rabbit-decor-g-601100157592959.html

**Seller Page**
https://www.temu.com/candy-blanket-m-634418219772383.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE   REGISTERED |
| Goods & services | IC 021: Household or kitchen utensils and containers, namely, kitchen... |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5663610 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 119. CasePipi Phone Cases



**Product Page**
https://www.temu.com/phone-case--adorable-peeking-rabbit-feather--cute-new-high-end-minimalist-creative--for-couples-compatible-with-iphone-17-pro-max-17-air-16--pro--15-14-13-12-14-6--pro--g-605974400196849.html

**Seller Page**
https://www.temu.com/mall.html?mall_id=634418228376316

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563



# 120. CaseVibe shop





## Product Page
https://www.temu.com/2025-present-featuring-a-strawberry-rabbit---phone-case-compatible-with-iphone-models-16-16---pro-max--pro-15-plus-14-14-plus-14-pro-14-pro-max-13-13--max-13-mini-12-12-pro-12-pro-max-12-mini-11-11-pro-x-xs-xr-xs--8-7-plus-8-plus-6-6s-6-plus-and-8s-plus-couple-edition-designer-inspired-phone-cover-g-601100501001365.html

## Seller Page
https://www.temu.com/casevibe-shop-m-634418222251401.html

## Seller Origin
China

## Payment Method
Temu

## Claim Type
Trademark & Copyright

## Infringed Registration: VA 1-054-563





| | |
|---|---|
| Wordmark | |
| Status | LIVE REGISTERED |
| Goods & services | IC 009: [ Calculating machines; ] audio-and video discs featuring... |
| Class | 009, 011, 012, 014, 021, 026 |
| Reg No | 5652014 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 121. Charming Interiors



**Product Page**
https://www.temu.com/1pc---sticker-with-a-dark-pink-background-pattern-of-miffy-pl-design-double-sided-print-tote-great-for-holding-essentials--gifting-to-moms--on-mothers-day-or-christmas-g-601100278943257.html

**Seller Page**
https://www.temu.com/--m-634418219530749.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark

**Infringed Registration:**

| | |
|---|---|
| **Wordmark** | MIFFY |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 009: [ apparatus for recording, transmission or reproduction of... |
| **Class** | 009, 016, 018, 025, 028 |
| **Reg No** | 2482597 |
| **Owners** | MERCIS B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 122. chenchunmin



**Product Page**
https://www.temu.com/miffy-with-flowers-t-shirt-220g-pure-cotton-single-sided-printed-round-neck-short-sleeved-t-shirt-g-601100200631030.html

**Seller Page**
https://www.temu.com/chenchunmin-m-634418220120086.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563



# 123. CHENZHISHUO







**Product Page**
https://www.temu.com/2025-gift-strawberry-rabbit--phone-case-for-iphone-16-16---pro-max--pro-15-plus-14-14-plus-14-pro-14-pro-max-13-13--max-13-mini-12-12-pro-12-pro-max-12-mini-11-11-pro-x-xs-xr-xs--8-7-plus-8-plus-6-6s-6-plus-8s-plus-couple-version-g-601100490044173.html

**Seller Page**
https://www.temu.com/chenzhishuo-m-634418220905665.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





| Wordmark | |
|---|---|
| Status | LIVE  REGISTERED |
| Goods & services | IC 009: [ Calculating machines; ] audio-and video discs featuring… |
| Class | 009, 011, 012, 014, 021, 026 |
| Reg No | 5652014 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 124. Colorful Cases shop




**Product Page**
https://www.temu.com/for-iphone-11-12-13--plus-pro-promax--xr-xs-x-silicone-phone-case-high-end-fashion-strawberry-rabbit-g-601100868179066.html

**Seller Page**
https://www.temu.com/olge-good-m-634418216856471.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





**Wordmark**

**Status**     LIVE   REGISTERED

**Goods & services**   IC 009: [ Calculating machines; ] audio-and video discs featuring...

**Class**   009, 011, 012, 014, 021, 026

**Reg No**   5652014

**Owners**   Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS)

# 125. Comfort Cove Decor






**Product Page**
https://www.temu.com/2pcs-modern-throw-pillow-cover--drawing-of-miffys-face-stylish-and---bedroom-or-living-room-g-601100184149101.html

**Seller Page**
https://www.temu.com/kjjdjjs-m-634418218626328.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark

**Infringed Registration:**

# MIFFY

| Wordmark | MIFFY |
| --- | --- |
| Status | LIVE  REGISTERED |
| Goods & services | IC 021: Household or kitchen utensils and containers, namely, kitchen... |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5663610 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 126. Couture Corner art









**Product Page**
https://www.temu.com/2025-gift-strawberry-rabbit--phone-case-for-iphone-16-16---pro-max--pro-15-plus-14-14-plus-14-pro-14-pro-max-13-13--max-13-mini-12-12-pro-12-pro-max-12-mini-11-11-pro-x-xs-xr-xs--8-7-plus-8-plus-6-6s-6-plus-8s-plus-couple-edition-g-601100491345655.html

**Seller Page**
https://www.temu.com/couture--m-634418221800617.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





| | |
|---|---|
| Wordmark | |
| Status | LIVE  REGISTERED |
| Goods & services | IC 009: [ Calculating machines; ] audio-and video discs featuring... |
| Class | 009, 011, 012, 014, 021, 026 |
| Reg No | 5652014 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 127. Deer bumping





Deer bumping   39 Sold





| Product Page | Claim Type |
|---|---|
| https://www.temu.com/1pc-miffy-bunny-inspired-waterproof-shower-curtain--polyester--with-hooks-cute-cartoon-rabbit-design-in-orange-traditional-attire--bathroom-decor-g-601100225411870.html | Trademark |

**Product Page**
https://www.temu.com/1pc-miffy-bunny-inspired-waterproof-shower-curtain--polyester--with-hooks-cute-cartoon-rabbit-design-in-orange-traditional-attire--bathroom-decor-g-601100225411870.html

**Claim Type**
Trademark

**Seller Page**
https://www.temu.com/deer-bumping-m-634418219731272.html

**Infringed Registration:**

**Seller Origin**
China

**Payment Method**
Temu

# MIFFY

| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE  REGISTERED |
| Goods & services | IC 021: Household or kitchen utensils and containers, namely, kitchen... |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5663610 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 128. Direct to the shopping mall



**Product Page**

https://www.temu.com/2025-gift-strawberry-rabbit--phone-case-for-iphone-16-16---pro-max--pro-15-plus-14-14-plus-14-pro-14-pro-max-13-13--max-13-mini-12-12-pro-12-pro-max-12-mini-11-11-pro-x-xs-xr-xs--8-7-plus-8-plus-6-6s-6-plus-8s-plus-couple-version-g-601100615589943.html

**Seller Page**

https://www.temu.com/direct-to-the-shopping-mall-m-634418220958764.html

**Seller Origin**

China

**Payment Method**

Temu

**Claim Type**

Trademark & Copyright

**Infringed Registration:** VA 1-054-563





| | |
|---|---|
| Wordmark | |
| Status | LIVE  REGISTERED |
| Goods & services | IC 009: [ Calculating machines; ] audio-and video discs featuring... |
| Class | 009, 011, 012, 014, 021, 026 |
| Reg No | 5652014 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 129. Dream Details





**Dream Details**

DREAM DETAILS | 4 Followers | 1.7K+ Sold | 4.8 Rating

Contact seller | Follow | All items (33K+)

**Product Page**
https://www.temu.com/1pc---throw-pillow-cover-with-miffy-playing-electric-guitar-print-versatile-short-plush-design--polyester-zipper-closure-machine-washable--all-kinds-of-home-decoration-and-gifting-g-601100283731527.html

**Seller Page**
https://www.temu.com/dream-details-m-634418219682110.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark

**Infringed Registration:**



| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE REGISTERED |
| Goods & services | IC 021: Household or kitchen utensils and containers, namely, kitchen... |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5663610 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 130. Evergreen Elegance




**Product Page**
https://www.temu.com/4pcs-two-simple-black-and-white-cartoon-drawings-of-miffys-face-placemat-12-18inch-washable-rectangle-place-mats-for-dining-table-mats-for-holiday-parties-coffee-tables-home-decor-ideal-for-dining-room-use-g-601100418941791.html

**Seller Page**
https://www.temu.com/evergreen--m-634418219429119.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark

**Infringed Registration:**



# 131. Fashionable Beauty Hall





| Product Page | Claim Type |
|---|---|
| https://www.temu.com/1pc-phone-case-for-iphone-16-15-14--11-x-xs--fashion-phone-case-gift-strawberry-rabbit-new--phone-decoration--lens-protection-creative-little-gifts-fun-gifts-for-boys-and-girls-g-601100585665830.html | Trademark & Copyright |

**Seller Page**
https://www.temu.com/fashionable-beauty-e-m-634418218032299.html

**Seller Origin**
China

**Payment Method**
Temu

**Infringed Registration:** VA 1-054-563





# 132. FashionShopQuality





| | |
|---|---|
| **Product Page** <br> https://www.temu.com/womens-large-capacity-canvas-shoulder-bag-fashionable-bunny-print-crossbody-tote-durable-versatile-for-daily-use-g-601099560313727.html <br><br> **Seller Page** <br> https://www.temu.com/fashionshopquality-m-6120648774076.html <br><br> **Seller Origin** <br> China <br><br> **Payment Method** <br> Temu | **Claim Type** <br> Copyright <br><br> **Infringed Registration:** VA 1-054-563 <br><br>  |

# 133. FIRST PILLOW











**Product Page**
https://www.temu.com/4pcs-placemats-big-miffy-in-downtown-seoul-15-inch-circular-placemat-suitable-for-restaurant-and-home-decor--weddings--0315234-g-601100290823674.html

**Seller Page**
https://www.temu.com/first-pillow-m-634418213979307.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark

**Infringed Registration:**

MIFFY

| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE  REGISTERED |
| Goods & services | IC 021: Household or kitchen utensils and containers, namely, kitchen... |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5663610 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 134. GONGXIFACAG







**GONGXIFACAG**

6 Followers | 3.3K+ Sold | 4.8 Rating

Contact seller | Follow | All items (25K+)

High repeat customers store

**Product details**                    Save | Report this item

Operation Instruction: Hand wash only



**Fastest delivery: 4 business days** 1pc Miffy Plushie-Inspired 18x18" Soft Imitation Embroidery Pillowcase - Cute White Bunny with Golden Bow, Navy Blue, Zippered, Handwash Only - Charming Gift Box Design (Pillow Insert Not Included), Decorative Pillow Cover|Charming Plushie Style|Polyester Fabric

Sold by

**$3.69** Pay $0.92 today

✓ Free shipping | ✓ $5.00 Credit for delay

Size: two-sided 18inchx18inch

Product measurement:
Length: 17.7 inch, Width: 17.7 inch

Pre-order. Delivery: 4-11 business days

Size guide

Qty 1

**Add to cart**
Fastest delivery in 4 business days

**Free shipping >**
Standard: FREE
Delivery: Fastest delivery in 4 business days

Express Delivery

Safe payments · Secure privacy >

Order guarantee >
Free returns | $5.00 Credit for delay | Return if item damaged

| **Product Page** | **Claim Type** |
|---|---|
| https://www.temu.com/1pc-miffy-plushie-inspired-18x18-soft-imitation-embroidery-pillowcase-cute--with--navy-blue-zippered-handwash-only--gift--pillow-insert-not-included-decorative-pillow-cover--plushie-style-polyester-fabric-g-601100189122587.html | Trademark |

**Seller Page**
https://www.temu.com/gongxifacag-m-634418218645627.html

**Seller Origin**
China

**Payment Method**
Temu

**Infringed Registration:**

# MIFFY

| Wordmark | MIFFY |
|---|---|
| Status | LIVE  REGISTERED |
| Goods & services | IC 021: Household or kitchen utensils and containers, namely, kitchen... |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5663610 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 135. GripChic Case





**Product Page**
https://www.temu.com/cartoon-rabbit-phone-case-suitable-for-iphone-16-pro-max-15-14-plus-13-accessories-12-anti-slip-cute-design--for-xs-max-g-601100312649748.html

**Seller Page**
https://www.temu.com/gripchic-case-m-634418221761405.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





| | |
|---|---|
| Wordmark | |
| Status | LIVE  REGISTERED |
| Goods & services | IC 009: [ Calculating machines; ] audio-and video discs featuring... |
| Class | 009, 011, 012, 014, 021, 026 |
| Reg No | 5652014 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 136. GripStyle







**Product Page**
https://www.temu.com/phone-cases--case--phone-case-ideal-for--x-11-12-13--pro-max-designed-with-cute-bunny-holding-a-gift--g-601100948142736.html

**Seller Page**
https://www.temu.com/-m-634418220701489.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





| | |
|---|---|
| **Wordmark** | |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 009: [ Calculating machines; ] audio-and video discs featuring... |
| **Class** | 009, 011, 012, 014, 021, 026 |
| **Reg No** | 5652014 |
| **Owners** | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 137. HEDOUDOU









**Product Page**

https://www.temu.com/2d-flat-2d-flat-1pc-wooden-frame-canvas-poster-miffys-white-rabbit-character-is-seen-with-an-orange-scarf-aroun-waterproof-wall-art-for-living-room-bedroom-home-office-decor--ready-to-hang-ideal-gift-antique-vintage-decor-2d-flat-g-601102353726074.html

**Seller Page**

https://www.temu.com/hedoudou-m-634418223080775.html

**Seller Origin**

China

**Payment Method**

Temu

**Claim Type**

Trademark

**Infringed Registration:**

| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE   REGISTERED |
| Goods & services | IC 021: Household or kitchen utensils and containers, namely, kitchen... |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5663610 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 138. HExiaojin









**Product Details**

Frame Type: Wrapped Canvas

Theme: Other Topics

Style: Art Deco

Frame Material: Wood

**Product Page**
https://www.temu.com/2d-flat-2d-flat-1pc-wooden-frame-canvas-poster-miffys-white-rabbit-character-is-seen-with-an-orange-scarf-aroun-waterproof-wall-art-for-living-room-bedroom-home-office-decor--ready-to-hang-ideal-gift-antique-vintage-decor-2d-flat-g-601102354040279.html

**Seller Page**
https://www.temu.com/hexiaojin-m-634418224247946.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark

**Infringed Registration:**

# MIFFY

| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE   REGISTERED |
| Goods & services | IC 021: Household or kitchen utensils and containers, namely, kitchen... |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5663610 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 139. HTD CASE





**Product Page**
https://www.temu.com/a-soft--cartoon-rabbit-phone-case-designed-for-iphone-models-16-15-14--pro-max-and-11-offering-drop-protection-perfect-as-a-valentines-day-gift-for-a-boyfriend-or-girlfriend-g-601099980518575.html

**Seller Page**
https://www.temu.com/htd-case-m-634418220040774.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





Wordmark

Status         LIVE   REGISTERED

Goods &        IC 009: [ Calculating machines; ]
services       audio-and video discs featuring...

Class          009, 011, 012, 014, 021, 026

Reg No         5652014

Owners         Mercis B.V. (BESLOTEN
               VENNOOTSCHAP (B.V.);
               NETHERLANDS)

# 140. HUA Kai





✓ Free shipping | ✓ $5.00 Credit for delay

Fastest delivery: 4 business days 1 Pair Men's Miffy Bunny White Plush Crew Socks - Soft, Breathable & Stretchy Novelty Socks with Adorable Rabbit Pattern, Perfect for Casual Wear or Sports, Fits Most Feet (US 6-12), Cute Socks

Sold by >

$4.16 Limited time $1.04 today

Lightning deal | Ends in 04:00:25:24

Color: Multicolor, Size: One-size

Product measurement:
Length: 7.9 inch, Width: 3.2 inch, Height: 7.9 inch

Pre-order. Delivery: 4-10 business days

Size guide

Qty    3    ⌄

**Add to cart**
Fastest delivery in 4 business days

Free shipping >

**HUA Kai**

14 Followers    1.2K+ Sold    4.9 Rating

Contact seller    Follow    All items (2.6K+)

**Product Page**
https://www.temu.com/1-pair-mens-miffy--plush-crew-socks-soft-breathable-stretchy-novelty-socks-with-adorable-rabbit--for-casual-wear-or-sports-fits-most-feet-us-6-12-cute-socks-g-601100201830203.html

**Seller Page**
https://www.temu.com/hua-kai-m-634418219981653.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 2-358-985





MIFFY

| Wordmark | MIFFY |
|---|---|
| Status | LIVE  REGISTERED |
| Goods & services | IC 009: [ apparatus for recording, transmission or reproduction of... |
| Class | 009, 016, 018, 025, 028 |
| Reg No | 2482597 |
| Owners | MERCIS B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 141. HuaCheng digital






**Product Page**
https://www.temu.com/miffy-rabbit-case-for-iphone-16-pro--silicone-design-for--15-pro-anti-drop-protection-suitable-for-couples-simple-korean-style-for-models-13-and-14-g-601100154513791.html

**Seller Page**
https://www.temu.com/-digital-m-93075092011.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563



# 142. HXlife



**Fastest delivery:** 4 business days  1pc RV Wedding Gift Blanket for Newlyweds – Cozy Polyester Throw with "HENRY & Miffy" Design, Perfect for Couples, Anniversaries, Engagements, and Valentine's Day, Black & White Striped Border with Hearts

Sold by ⇒ >

**ALMOST SOLD OUT** **$8.37**  Pay $2.09 today

✓ Free shipping  |  ✓ $5.00 Credit for delay

Color: Mixed Color

Size:

| 75cm*100cm(29.5*39.4") | 31.5inch*47.24inch |

| 39.37inch*51.18inch | |

Qty  1  ⌄

**ADD NOW! LAST FEW!**
Fastest delivery in 4 business days

🚚 Free shipping >



### HX life    HXlife
24 Sold

( 🔗 Follow )    ( Shop all items (58) )

**Product details**    ♡ Save | Report this item >

Scope Of Use: Interior Decoration, Exterior Decoration

Major Material: Polyester (polyester Fiber)

**Product Page**
https://www.temu.com/1pc-rv-wedding-gift-blanket-for--cozy-polyester-throw-with-henry-miffy-design--couples-anniversaries-engagements-and-valentines-day-black-white-striped-border-with-hearts-g-601100075103005.html

**Seller Page**
https://www.temu.com/hxlife-m-634418215080079.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark

**Infringed Registration:**

# MIFFY

| Wordmark | MIFFY |
|---|---|
| Status | LIVE  REGISTERED |
| Goods & services | IC 021: Household or kitchen utensils and containers, namely, kitchen... |
| Class | 011, 012, 014, 016, 021, **024**, 025, 026, 028, 035 |
| Reg No | 5663610 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 143. J CD Matelier




**Product Page**

https://www.temu.com/4pcs-miffys-washable-placemats-12x18-inch-cute-bunny--polyester-table-mats-for-dining-kitchen-holiday-parties-coffee-tables-rectangle-home-decor-dining-table-accessory-whimsical-placemat--surface-g-601100459724956.html

**Seller Page**

https://www.temu.com/mall.html?mall_id=634418220226921

**Seller Origin**

China

**Payment Method**

Temu

**Claim Type**

Trademark

**Infringed Registration:**



| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE  REGISTERED |
| Goods & services | IC 021: Household or kitchen utensils and containers, namely, kitchen... |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5663610 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 144. JINMIAO local




| | |
|---|---|
| **Product Page**<br>https://www.temu.com/2025-gift-strawberry-rabbit--phone-case-for-iphone-16-16---pro-max--pro-15-plus-14-14-plus-14-pro-14-pro-max-13-13--max-13-mini-12-12-pro-12-pro-max-12-mini-11-11-pro-x-xs-xr-xs--8-7-plus-8-plus-6-6s-6-plus-8s-plus-couple-edition-g-601100025927699.html<br><br>**Seller Page**<br>https://www.temu.com/jinmiao-local-m-634418220580307.html<br><br>**Seller Origin**<br>China<br><br>**Payment Method**<br>Temu | **Claim Type**<br>Trademark & Copyright |

**Infringed Registration:** VA 1-054-563





| | |
|---|---|
| Wordmark | |
| Status | LIVE REGISTERED |
| Goods & services | IC 009: [ Calculating machines; ] audio-and video discs featuring... |
| Class | 009, 011, 012, 014, 021, 026 |
| Reg No | 5652014 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 145. JINSHUI SHOP





**Product Page**
https://www.temu.com/2025-present-featuring-a-strawberry-rabbit---phone-case-compatible-with--iphone-models-including-16-15-14--11-and-older--designed-for-couples-g-601100025923695.html

**Seller Page**
https://www.temu.com/jinshui-shop-m-634418220560960.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563



# 146. Joyful Convenience









| | |
|---|---|
| **Product Page** https://www.temu.com/-miffy-friends-microfiber-beach-towel-quick-dry-lightweight-55-12x27-56-modern-cartoon-print-ideal-for--beach-pool-use-perfect-gift-for-vacation-travel-beach-essentials-cartoon-beach-towel-lightweight-towel-g-601100146228650.html | **Claim Type** Trademark |

**Seller Page**
https://www.temu.com/--m-634418220832176.html

**Seller Origin**
China

**Payment Method**
Temu

**Infringed Registration:**

# MIFFY

| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE   REGISTERED |
| Goods & services | IC 021: Household or kitchen utensils and containers, namely, kitchen... |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5663610 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 147. JZZhuo local




**Product Page**
https://www.temu.com/2025-gift-strawberry-rabbit--phone-case-for-iphone-16-16---pro-max--pro-15-plus-14-14-plus-14-pro-14-pro-max-13-13--max-13-mini-12-12-pro-12-pro-max-12-mini-11-11-pro-x-xs-xr-xs--8-7-plus-8-plus-6-6s-6-plus-8s-plus-couple-edition-g-601100025906765.html

**Seller Page**
https://www.temu.com/jzzhuo-local-m-634418220558611.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





| | |
|---|---|
| Wordmark | |
| Status | LIVE  REGISTERED |
| Goods & services | IC 009: [ Calculating machines; ] audio-and video discs featuring... |
| Class | 009, 011, 012, 014, 021, 026 |
| Reg No | 5652014 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 148. KOSFSAKA









**Product Page**

https://www.temu.com/case-for-iphone-16-15-14--11--max-seriescute--clear-protective-case-for-iphone-selling-transparent-phone-cover-with-adorable-rabbit-artwork--iphone--who-love-unique-and-stylish-accessoriesfashionable-and-durable-phone-case-designed-for-men-and-women-providing-shock--and-lens-protection-g-601101106829243.html

**Seller Page**
https://www.temu.com/kosfsaka-m-634418223433628.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563



# 149. LemonCZ







**Product Page**
https://www.temu.com/miffys-head-hygroscopic-sports-headband-cute-bunny-toothbrush-design--white-geometric-pattern-moisture-wicking-exercise-hair-accessory-for-workouts-yoga-running-g-601100745820825.html

**Seller Page**
https://www.temu.com/lemoncz-m-634418222407132.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563



| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE   REGISTERED |
| Goods & services | IC 021: Household or kitchen utensils and containers, namely, kitchen... |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5663610 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 150. linsonwenjushandian



Home > Arts, Crafts & Sewing > Painting, Drawing & Art Supplies > 1pc 's Day Off Anime Poste...

⚡ Fastest delivery: 5 BUSINESS DAYS  1pc 's Day Off Anime Poster - Cute (Little Muffy  Frameless Canvas Wall Art Print 12x18 Inches, Dutch Character Book-Inspired Decor Room, Bedroom, Gift for Fans, 2D Flat, Perfect for Room Decor

**$3.93**  Pay $5.98 today

✓ Free shipping    ✓ $5.00 Credit for delay

Size: 12x18inch

● Pre-order Delivery: 5-11 business days

Qty  1  ⌄

**Add to cart**
Fastest delivery in  5 BUSINESS DAYS

🚚 Free shipping for this item >
  Fastest delivery in 5 business days
  ⊘ Free order over $10.00 >

⊘ Safe payments - Secure privacy >

▣ Order guarantee >
  Free returns   Best price guarantee   $5.00 Credit for delay   Return if item damaged >

Sourced from ⊕, procured by Temu



**linsonwenjushandian**
2.5K+ sold  4 ★
[ ⛶ Follow ]    [ Shop all items (4.7K+) ]

---

## Product Page
https://www.temu.com/1pc-frameless-s--anime-poster-cute-bunny-in-floral--canvas-wall-art-print-girls-bedroom-decor-nursery-perfect-gift-for-anime-fans-12x18-inches-30x46-hanging--included-anime-wall-art--artwork---flat--room-decor-g-601100691957586.html

## Seller Page
https://www.temu.com/mall.html?mall_id=634418222567712

## Seller Origin
China

## Payment Method
Temu

## Claim Type
Trademark & Copyright

## Infringed Registration: VA 1-054-563





| | |
|---|---|
| **Wordmark** | |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 016: Paper, cardboard; Paper, cardboard and products made of... |
| **Class** | 016, 018, 024, 025, 028, 035 |
| **Reg No** | 5663554 |
| **Owners** | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 151. Living Harmony



**Product Page**
https://www.temu.com/2pcs-miffy-themed-throw-pillow-covers-soft-polyester--with-cute-bunny-face-print-zip-closure-machine-washable-ideal-for-home-or-office-decor-office-decor-pillows--design-zippered-pillowcase-cute-pillows-g-601100188340963.html

**Seller Page**
https://www.temu.com/-m-634418219611611.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark

**Infringed Registration:**



# 152. Llanam











**Product Page**
https://www.temu.com/4pcs-placemats-big-miffy-in-downtown-seoul-15-inch-circular-placemat-suitable-for-restaurant-and-home-decor--weddings--0315234-g-601100289269497.html

**Seller Page**
https://www.temu.com/llanam-m-634418218643356.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark

**Infringed Registration:** 5663610

| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE   REGISTERED |
| Goods & services | IC 021: Household or kitchen utensils and containers, namely, kitchen... |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5663610 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 153. manyouke




| | |
|---|---|
| **Product Page** | **Claim Type** |
| https://www.temu.com/a-black-phone-case-featuring-a-strawberry-rabbit-design---in-2025-compatible-with--iphone-models-including-16-16---pro-max--pro-15-plus-14-14-plus-14-pro-14-pro-max-13-13--max-13-mini-12-12-pro-12-pro-max-12-mini-11-11-pro-x-xs-xr-xs--8-7-plus-8-plus-6-6s-6-plus-and-8s-plus-couple-version-g-601100218346238.html | Trademark & Copyright |

**Seller Page**
https://www.temu.com/manyouke-m-634418220738385.html

**Seller Origin**
China

**Payment Method**
Temu

**Infringed Registration:** VA 1-054-563





Wordmark

Status  LIVE  REGISTERED

Goods & services  IC 009: [ Calculating machines; ] audio-and video discs featuring...

Class  009, 011, 012, 014, 021, 026

Reg No  5652014

Owners  Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS)

# 154. MemoryLML







**Product Page**

https://www.temu.com/mens-miffys--socks-dutch-iconic-character-full-body-print-crew-socks-with-black-toe--inspired-novelty-socks-for-casual-wear-themed-outfits-s-funky--halloween-character-socks-halloween-socks-fun-socks-for-women-christmas-socks--novelty-socks-for-women--silly-socks-the-office-socks-for-women-funny--shop-comic-socks-christmas-socks-funny-socks-socks-novelty-mens-socks-socks-for-men-g-601100924736590.html

**Seller Page**
https://www.temu.com/mall.html?mall_id=634418222692601

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563

| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE  REGISTERED |
| Goods & services | IC 009: [ apparatus for recording, transmission or reproduction of... |
| Class | 009, 016, 018, **025**, 028 |
| Reg No | 2482597 |
| Owners | MERCIS B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 155. Meng Shell Planet





**Product Page**
https://www.temu.com/cartoon-quilt-rabbit-phone-case-for-iphone-16-15-14-13-12promax--11-anti-drop-protective-case-suitable-for-valentines-day-gifts-for-male-and-girlfriend-g-601100795157174.html

**Seller Page**
https://www.temu.com/-shell-planet-m-634418220345977.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





# 156. MINxiaohong





**Product Page**
https://www.temu.com/2d-flat-2d-flat-a-wooden-frame-painting-miffys-white-rabbit-character-is-seen-with-an-orange-scarf-aroun-waterproof-wall-art-for-living-room-bedroom-home-office-decor--ready-to-hang-ideal-gift-antique-vintage-decor-2d-flat-g-601102353661884.html

**Seller Page**
https://www.temu.com/minxiaohong-m-634418225020969.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark

**Infringed Registration:** 2482597

| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE  REGISTERED |
| Goods & services | IC 009: [ apparatus for recording, transmission or reproduction of... |
| Class | 009, 016, 018, 025, 028 |
| Reg No | 2482597 |
| Owners | MERCIS B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 157. Moonesd





**Product Page**
https://www.temu.com/cute-rabbit-hair-claw-clip-korean--ponytail-holder-easter-hairstyle-accessory-unique-hair-ornament-for-women-hot-selling-cross-border-hair-accessory-cute-hair-clips-japanese-hair-accessory--design-durable-hairpiece-g-601102680190403.html

**Seller Page**
https://www.temu.com/mall.html?mall_id=634418223756620

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563







| | |
|---|---|
| Wordmark | |
| Status | LIVE  REGISTERED |
| Goods & services | IC 011: Light-emitting diodes (LED) lighting apparatus, namely, LED... |
| Class | 011, 012, 014, 018, 021, 024, 025, 026, 028, 035 |
| Reg No | 5706199 |
| Owners | Mercis B.V. (PRIVATE LIMITED LIABILITY COMPANY; NETHERLANDS) |

# 158. Mossyss







**Product Page**
https://www.temu.com/1pc-cute-rabbit-hair-claw-clip-japanese-korean-anime-ponytail-holder-bunny-hairstyle-for-s-valentines-day-easter-party-hair-accessories-non--acrylic-hairpin-for-everyday-special-occasions-whimsical-accessory-glossy--kawaii-lovers-g-601102521705046.html

**Seller Page**
https://www.temu.com/mall.html?mall_id=634418219930179

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





| | |
|---|---|
| Wordmark | |
| Status | LIVE  REGISTERED |
| Goods & services | IC 011: Light-emitting diodes (LED) lighting apparatus, namely, LED... |
| Class | 011, 012, 014, 018, 021, 024, 025, 026, 028, 035 |
| Reg No | 5706199 |
| Owners | Mercis B.V. (PRIVATE LIMITED LIABILITY COMPANY; NETHERLANDS) |

# 159. Mystic Mood Decor











**Product Page**
https://www.temu.com/4pcs-miffy-electric-guitar-placemats-washable-polyester-table-setting-with-cute-panda-design-ideal-for-holiday-parties-kitchen-decor-holiday-table-setting--design-washable-placemats-cute-placemats-g-601100306367966.html

**Seller Page**
https://www.temu.com/-mood-decor-m-634418220219239.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark

**Infringed Registration:** 5663610

# 160. NCRXPA





| | |
|---|---|
| **Product Page** | **Claim Type** |
| https://www.temu.com/cute-pink-miffy-cartoon-tote-bag--canvas---g-601100161667044.html | Trademark & Copyright |
| | **Infringed Registration:** VA 1-054-563 |
| **Seller Page** | |
| https://www.temu.com/ncrxpa-m-634418221283704.html | |

**Seller Origin**
China

**Payment Method**
Temu





# 161. Nestly Living







**Product Page**
https://www.temu.com/4pcs--a-sticker-of-miffy-playing--guitar-on-a-background-of-print-placemats-washable-dining-table-mats-for-home-decor-kitchen-and-holiday-parties-ideal-for-and-dining-room-use-g-601100312285622.html

**Seller Page**
https://www.temu.com/-living-m-634418219530808.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark

**Infringed Registration:** 5663610



# 162. NovnGuad






**Product Page**
https://www.temu.com/--transparent-phone-cover-for-iphone-16e-16-11-15-14--pro-max-xr--birthday-and-easter-present-for-children-teenagers-and-women-g-601100813047495.html

**Seller Page**
https://www.temu.com/novnguad-m-634418222742193.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563



| | |
|---|---|
| **Wordmark** | |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 009: [ Calculating machines; ] audio-and video discs featuring... |
| **Class** | 009, 011, 012, 014, 021, 026 |
| **Reg No** | 5652014 |
| **Owners** | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 163. Oh case craze



**Product Page**
https://www.temu.com/2025-present-featuring-a-strawberry-rabbit---phone-case-compatible-with-iphone-models-16-16---pro-max--pro-15-plus-14-14-plus-14-pro-14-pro-max-13-13--max-13-mini-12-12-pro-12-pro-max-12-mini-11-11-pro-x-xs-xr-xs--8-7-plus-8-plus-6-6s-6-plus-and-8s-plus-couple-edition-g-601100433691868.html

**Seller Page**
https://www.temu.com/oh-case--m-634418222147450.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563



# 164. PrimeGuard



**Product Page**
https://www.temu.com/cute-cartoon-little-white-rabbit-cute-girl-for-iphone-case-for-iphone15promax-case-tpu-silicone--stock-color-black-white-burgundy-brown-soft-texture-light-beige-friendly-dirt-resistant---for-birthdays-or-holidays-for-iphone16-g-601100681540748.html

**Seller Page**
https://www.temu.com/-m-634418220347557.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





| | |
|---|---|
| Wordmark | |
| Status | LIVE   REGISTERED |
| Goods & services | IC 009: [ Calculating machines; ] audio- and video discs featuring... |
| Class | 009, 011, 012, 014, 021, 026 |
| Reg No | 5652014 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 165. Pure Essence Interiors



**Product Page**
https://www.temu.com/1pc-miffy-electric-guitar-throw-pillow-cover-vibrant-pink-with-black-white-leopard--cute-bunny-playing-guitar-zip-closure-polyester-machine-washable-ideal-for-living-room-bedroom-office-decor-bedroom-decor--design-zippered-pillowcase-cute-pillows-g-601100318743213.html

**Seller Page**
https://www.temu.com/pure---m-634418219530679.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark

**Infringed Registration:** 5663610

| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE    REGISTERED |
| Goods & services | IC 021: Household or kitchen utensils and containers, namely, kitchen... |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5663610 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 166. QoQ Blankets





| | |
|---|---|
| **Product Page**<br>https://www.temu.com/-rabbit---shower-curtain-machine-washable-polyester-with-metal-grommets-no-cord-safety--pink-gingham-cute-rabbit-print-for-modern-bathroom-decor-smooth-texture-bathroom-shower-curtain-g-601100639124019.html<br><br>**Seller Page**<br>https://www.temu.com/qoq-blankets-m-634418218168750.html<br><br>**Seller Origin**<br>China<br><br>**Payment Method**<br>Temu | **Claim Type**<br>Trademark & Copyright<br><br>**Infringed Registration:** VA 1-054-563<br><br><br><br> |

# 167. quilmes





**Product Page**
https://www.temu.com/1pc-miffy-modern-geometric-pillow-cover-18x18-inch-polyester-pillowcase-with-zipper-closure-single-sided-printed-cute-cartoon-rabbit-design-hand-wash--living-room-bedroom-nursery-decor-g-601100389845714.html

**Seller Page**
https://www.temu.com/-m-634418221671518.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563



# 168. Rice Grain Art



**Product Page**
https://www.temu.com/2025-present-featuring-a-strawberry-rabbit---phone-case-compatible-with-iphone-models-16-16---pro-max--pro-15-plus-14-14-plus-14-pro-14-pro-max-13-13--max-13-mini-12-12-pro-12-pro-max-12-mini-11-11-pro-x-xs-xr-xs--8-7-plus-8-plus-6-6s-6-plus-and-8s-plus-couple-edition-g-601100303873918.html

**Seller Page**
https://www.temu.com/rice-grain-art-m-634418221884298.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





| | |
|---|---|
| Wordmark | |
| Status | LIVE REGISTERED |
| Goods & services | IC 009: [ Calculating machines; ] audio-and video discs featuring... |
| Class | 009, 011, 012, 014, 021, 026 |
| Reg No | 5652014 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 169. Rich idle fish





**Product Page**
https://www.temu.com/4pcs-miffys-bunny-placemats-table-cute-character-design-washable-rug-like-mats-soft--beige-dining-decor-12x18-inch-rectangle-style-table-setting--inspired-g-601103884990789.html

**Seller Page**
https://www.temu.com/mall.html?mall_id=634418224462340

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark

**Infringed Registration:** 5663610



# 170. S CD Kitchen furniture




**Product Page**
https://www.temu.com/4pcs-miffys--placemats-12x18-inch-polyester-rectangular-table-mats-with--floral-pattern-hand-wash--dining-coffee-tables--decor-accessories-whimsical-style-easy-to-clean-stylish--g-601100458725364.html

**Seller Page**
https://www.temu.com/mall.html?mall_id=634418220221847

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark

**Infringed Registration:** 5663610



| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE  REGISTERED |
| Goods & services | IC 021: Household or kitchen utensils and containers, namely, kitchen... |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5663610 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 171. Shell Fun Factory



**Product Page**
https://www.temu.com/cartoon-quilt-rabbit-phone-case-for-iphone-16-15-14-13-12promax--11-anti-drop-protective-case-suitable-for-valentines-day-gifts-for-male-and-girlfriend-g-601100795308144.html

**Seller Page**
https://www.temu.com/shunyida-shop-m-634418220085297.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563



| | |
|---|---|
| Wordmark | |
| Status | LIVE  REGISTERED |
| Goods & services | IC 009: [ Calculating machines; ] audio- and video discs featuring… |
| Class | 009, 011, 012, 014, 021, 026 |
| Reg No | 5652014 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 172. ShieldStyle Case



**Product Page**
https://www.temu.com/cool-and-creative-white-rabbit---case--with--protection-magnet-tpu-material---for-birthdays-or-holidays--16-to-11-g-601100625850878.html

**Seller Page**
https://www.temu.com/-case-m-634418221118931.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





| | |
|---|---|
| Wordmark | |
| Status | LIVE   REGISTERED |
| Goods & services | IC 009: [ Calculating machines; ] audio-and video discs featuring... |
| Class | 009, 011, 012, 014, 021, 026 |
| Reg No | 5652014 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 173. Shop DDlucky local



**Product Page**

https://www.temu.com/2025-gift-strawberry-rabbit--phone-case-for-iphone-16-16---pro-max--pro-15-plus-14-14-plus-14-pro-14-pro-max-13-13--max-13-mini-12-12-pro-12-pro-max-12-mini-11-11-pro-x-xs-xr-xs--8-7-plus-8-plus-6-6s-6-plus-8s-plus-couple-edition-g-601100025930515.html

**Seller Page**

https://www.temu.com/shop-ddlucky-local-m-634418220558129.html

**Seller Origin**

China

**Payment Method**

Temu

**Claim Type**

Trademark & Copyright

**Infringed Registration:** VA 1-054-563



| | |
|---|---|
| Wordmark | |
| Status | LIVE  REGISTERED |
| Goods & services | IC 009: [ Calculating machines; ] audio-and video discs featuring... |
| Class | 009, 011, 012, 014, 021, 026 |
| Reg No | 5652014 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 174. SHUNSHUNNIMAN



**Product Page**
https://www.temu.com/-luxurious-fashionable-and-exquisite-cute-3d-cartoon-cartoon--silicone-strawberry--with-a-phone-case-protective-cover-with-a-stand-an--version-with-a--of-luxury-and-a-fully-wrapped-anti-drop-protective-case--anti-drop-shock-absorbing-and-scratch-resistant-for-iphone17-16-15-14-13-12-11-pro--suitable-as-a-holiday-gift-for-family---boys-girls-and-adults-g-601102087515419.html

**Seller Page**
https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418221607789

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563



# 175. SMJQQQ





**Product Page**
https://www.temu.com/miffy-bunny-with-leisure-casualness-comfortable-cotton-mens-round-neck-short-sleeves-t-shirt-220g--cotton-round-neck-t-shirt-creative-cool-colorful-pattern-printed-top-short-sleeve-t-shirt-220g-g-601100151044134.html

**Seller Page**
https://www.temu.com/smjqqq-m-634418220507059.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





| Wordmark | |
| --- | --- |
| Status | LIVE  REGISTERED |
| Goods & services | IC 035: [ [ Advertising; business management; business administration;... |
| Class | 035, 016, 025, 028 |
| Reg No | 4248049 |
| Owners | Mercis B.V. (B.V.; NETHERLANDS) |

# 176. Tingyun Network



**Product Page**
https://www.temu.com/cool-and-lots-of-white-rabbits-pattern--case-unisex-design-with-premium--soft-and-magnet-tpu-material---for-birthdays-or-holidays-16pro-g-601100636781409.html

**Seller Page**
https://www.temu.com/-network-m-634418221115565.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





| | |
|---|---|
| Wordmark | |
| Status | LIVE   REGISTERED |
| Goods & services | IC 009: [ Calculating machines; ] audio- and video discs featuring... |
| Class | 009, 011, 012, 014, 021, 026 |
| Reg No | 5652014 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 177. Tranquil Charms





**Fastest delivery: 5 business days** 4pcs Two Simple Black and White Cartoon Drawings of Miffy S Face Placemat 12*18inch Washable Place Mats for Dining Table Holiday Parties Kitchen Table Decor Rectangle Design for Everyday Use

Sold by ⚫ >

$**4**.61  Limited time  Pay $1.15 today

EASTER DEAL  ✓ Free shipping  |  ✓ $5.00 Credit for delay

Quantity: 4pcs / 30 * 45cm / 12 * 18inch

🅞 Pre-order. Delivery: 5-11 business days ⓘ

Qty  1  ⌄

**Add to cart**
Fastest delivery in 5 business days

🚚 Free shipping >
Standard: FREE
Delivery: Fastest delivery in 5 business days

Expre >
Delive

✓ Safe payments - Secure privacy >
🔒 Order guarantee >

Free returns | $5.00 Credit for delay | Return if item damaged

**Tranquil Charms**

444 **Sold**    5 **Rating**

◎ Contact seller    🔂 Follow    All items (40K+)

| Product Page | Claim Type |
|---|---|
| https://www.temu.com/4pcs-two-simple-black-and-white-cartoon-drawings-of-miffys-face-placemat-12-18inch-washable-place-mats-for-dining-table-holiday-parties-kitchen-table-decor-rectangle-design-for-everyday-use-g-601100405102292.html | Trademark |

**Seller Page**
https://www.temu.com/-charms-m-634418219682004.html

**Infringed Registration:** 5663610

**Seller Origin**
China

**Payment Method**
Temu



# MIFFY

| Wordmark | MIFFY |
|---|---|
| Status | LIVE  REGISTERED |
| Goods & services | IC 021: Household or kitchen utensils and containers, namely, kitchen... |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5663610 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 178. Twinkle Jewels



## Product Page
https://www.temu.com/plush-doll-scrunchie-fashion-ponytail-hair-tie-with-cute-glasses--sweet-and-cute-acrylic-multicolor-g-601105757315449.html?mall_id=634418217571252

## Seller Page
https://www.temu.com/mall.html?mall_id=634418217571252

## Seller Origin
China

## Payment Method
Temu

## Claim Type
Trademark & Copyright

## Infringed Registration: VA 1-054-563





| | |
|---|---|
| Wordmark | |
| Status | LIVE   REGISTERED |
| Goods & services | IC 016: Paper, cardboard; Paper, cardboard and products made of... |
| Class | 016, 018, 024, 025, 028, 035 |
| Reg No | 5663554 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 179. vivishoujike







| | |
|---|---|
| **Product Page** | **Claim Type** |
| https://www.temu.com/2025-gift-strawberry-rabbit--phone-case-for-iphone-16-16---pro-max--pro-15-plus-14-14-plus-14-pro-14-pro-max-13-13--max-13-mini-12-12-pro-12-pro-max-12-mini-11-11-pro-x-xs-xr-xs--8-7-plus-8-plus-6-6s-6-plus-8s-plus-couple-edition-g-601100907883506.html | Trademark & Copyright |

**Seller Page**
https://www.temu.com/vivishoujike-m-634418222866906.html

**Seller Origin**
China

**Payment Method**
Temu

**Infringed Registration:** VA 1-054-563





Wordmark

Status    LIVE   REGISTERED

Goods & services    IC 009: [ Calculating machines; ] audio- and video discs featuring...

Class    009, 011, 012, 014, 021, 026

Reg No    5652014

Owners    Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS)

# 180. Vvid



**Product Page**
https://www.temu.com/1pc-phone-case-for-iphone-16-15-14--11-x-xs--fashion-phone-case-gift-strawberry-rabbit-new--phone-decoration--lens-protection-creative-little-gifts-fun-gifts-for-boys-and-girls-g-601100215199376.html

**Seller Page**
https://www.temu.com/-m-634418220239341.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





| | |
|---|---|
| Wordmark | |
| Status | LIVE  REGISTERED |
| Goods & services | IC 009: [ Calculating machines; ] audio- and video discs featuring... |
| Class | 009, 011, 012, 014, 021, 026 |
| Reg No | 5652014 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 181. WANGYU SHOP





WANGYU SHOP 12 Sold

Follow    Shop all items (6.9K+)



Fastest delivery: 5 business days Miffy Rabbit Starry Hat Insulation Placemat - Heat-Resistant, Cartoon Design for Home, Cafe, Hotel & Camping, Anime Series, Rabbit Accessories

Brand: Sanrio

Sold by

$3.06  Pay $0.76 today

✓ Free shipping  |  ✓ $5.00 Credit for delay

Color: Sanrio Cartoon Theme Placemat

Pre-order. Delivery: 5-11 business days

Qty  1  ⌄

**Add to cart**
Fastest delivery in 5 business days

Free shipping ›
Standard: FREE
Delivery: Fastest delivery in 5 business days

Expre ›
Delive

Safe payments - Secure privacy ›

Order guarantee ›



Free returns | $5.00 Credit for delay | Return if item damaged

---

**Product Page**

https://www.temu.com/miffy-rabbit-starry-hat-insulation-placemat-heat-resistant-cartoon-design-for--hotel-camping-anime-series-rabbit-accessories-g-601100398688684.html

**Seller Page**

https://www.temu.com/-shop-m-634418221140795.html

**Seller Origin**

China

**Payment Method**

Temu

**Claim Type**

Trademark

**Infringed Registration:** 5663610

# MIFFY

| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE  REGISTERED |
| Goods & services | IC 021: Household or kitchen utensils and containers, namely, kitchen... |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5663610 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 182. WaWuuu Case





| Product Page | Claim Type |
|---|---|
| https://www.temu.com/cute--and-white-miffy-rabbit-phone-case-for-iphone-16-pro-max-stylish-and-high-quality-protective-cover-for-models-15-pro-14--and-11-g-601100110266309.html | Trademark |

**Product Page**
https://www.temu.com/cute--and-white-miffy-rabbit-phone-case-for-iphone-16-pro-max-stylish-and-high-quality-protective-cover-for-models-15-pro-14--and-11-g-601100110266309.html

**Seller Page**
https://www.temu.com/wawuuu-case-m-634418220444659.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark

**Infringed Registration:** 2482597



# 183. Whitess







**Product Page**
https://www.temu.com/cute--claw-clip-korean-japanese-anime-hairstyle--ponytail-bun-clip-for-s-women-teens-valentines-day-easter-everyday-hairstyles-minimalist-hair-accessory-for-parties-photoshoots-casual-outfits-photoshoot-styling--design--women-accessories-g-601102719098429.html

**Seller Page**
https://www.temu.com/mall.html?mall_id=634418224122442

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





| | |
|---|---|
| **Wordmark** | |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 011: Light-emitting diodes (LED) lighting apparatus, namely, LED... |
| **Class** | 011, 012, 014, 018, 021, 024, 025, 026, 028, 035 |
| **Reg No** | 5706199 |
| **Owners** | Mercis B.V. (PRIVATE LIMITED LIABILITY COMPANY; NETHERLANDS) |

# 184. Winwayse





**Product Page**
https://www.temu.com/1pc-korean--cute-rabbit-hair-claw-clip-white-acrylic-bunny-ear-ponytail-holder-with--pink-noses-medium-size-spring-hair-accessory-for-easter-valentines-day-themed-parties-s-12-kawaii-hairstyle-ornament-g-601102679803279.html

**Seller Page**
https://www.temu.com/mall.html?mall_id=634418224951119

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





| | |
|---|---|
| **Wordmark** | |
| **Status** | LIVE   REGISTERED |
| **Goods & services** | IC 011: Light-emitting diodes (LED) lighting apparatus, namely, LED... |
| **Class** | 011, 012, 014, 018, 021, 024, 025, 026, 028, 035 |
| **Reg No** | 5706199 |
| **Owners** | Mercis B.V. (PRIVATE LIMITED LIABILITY COMPANY; NETHERLANDS) |

# 185. Wonderland Case




**Product Page**

https://www.temu.com/2025-present-featuring-a-strawberry-rabbit---phone-case-compatible-with--iphone-models-including-16-15-14--11-and-older--couple-edition-g-601100217330886.html

**Seller Page**

https://www.temu.com/casechicwonderland-m-634418220666640.html

**Seller Origin**

China

**Payment Method**

Temu

**Claim Type**

Trademark & Copyright

**Infringed Registration:** VA 1-054-563





| | |
|---|---|
| Wordmark | |
| Status | LIVE  REGISTERED |
| Goods & services | IC 009: [ Calculating machines; ] audio-and video discs featuring... |
| Class | 009, 011, 012, 014, 021, 026 |
| Reg No | 5652014 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 186. XIANXISHO





**Product Page**
https://www.temu.com/korean--white-acrylic-rabbit-ear-hair-clip-with---cute-bunny-ear-ponytail-holder-for-braids-pigtails-buns--medium-size-spring-hair-accessory-for-easter-valentine-s-day-12-g-601103706372855.html

**Seller Page**
https://www.temu.com/mall.html?mall_id=634418225356861

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





| | |
|---|---|
| Wordmark | |
| Status | LIVE  REGISTERED |
| Goods & services | IC 011: Light-emitting diodes (LED) lighting apparatus, namely, LED... |
| Class | 011, 012, 014, 018, 021, 024, 025, 026, 028, 035 |
| Reg No | 5706199 |
| Owners | Mercis B.V. (PRIVATE LIMITED LIABILITY COMPANY; NETHERLANDS) |

# 187. XS FDSGF G





XS FDSGF G

2 Followers    528 Sold    4.5 Rating

Follow          Shop all items (16K+)

**Product details**
Operation Instruction: Hand wash only

✓ Free shipping | ✓ $5.00 Credit for delay

🚚 Fastest delivery: 5 BUSINESS DAYS 4pcs A close up of the edge design on Miffys bathroom rug Placemat 12*18inch Washable Place Mats for Dining Table Kitchen Holiday Parties Home Decor Rectangle Design Perfect for Dining Room Table

3 sold | Sold by ⊗ ›

$4.94  Limited time  Pay $1.23 today
Lowest price ever

Big sale ⏱ Ends in 05:14:33:06

Quantity: 4PCS/30*45cm/12*18inch
⊘ Pre-order. Delivery: 5-12 business days
Qty    1 ⌄

**Add to cart**
Fastest delivery in 5 business days

🚚 Free shipping for this item ›
✓ $5.00 Credit for delay  ✓ 15-day no update refund  ✓ 30-day
Fastest delivery in 5 business days

✓ Safe payments · Secure privacy ›

✓ Order guarantee ›
✓ Free returns · ✓ Return if item damaged · ✓ Price adjust ›

| | |
|---|---|
| **Product Page**<br>https://www.temu.com/4pcs-a--of--design-on-miffys-bathroom-rug-placemat-12-18inch-washable-place-mats-for-dining-table-kitchen-holiday-parties-home-decor-rectangle-design--dining-room-table-g-601100458125561.html<br><br>**Seller Page**<br>https://www.temu.com/xsfdsgfg-m-634418220235436.html<br><br>**Seller Origin**<br>China<br><br>**Payment Method**<br>Temu | **Claim Type**<br>Trademark |

**Infringed Registration:** 5663610



| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE REGISTERED |
| Goods & services | IC 021: Household or kitchen utensils and containers, namely, kitchen... |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5663610 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 188. XS J





**Product Page**
https://www.temu.com/2pcs-miffy-the-bunny-decorative-throw-pillow-covers-soft-polyester-cozy--with--green-leaves-zip-closure-ideal-for-home-office-decor-perfect-gift-for---office-decor-pillows--design-zippered-pillowcase-bunny-accessories-g-601100160120059.html

**Seller Page**
https://www.temu.com/xs-j-m-634418220235052.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark

**Infringed Registration:** 5663610



| Wordmark | MIFFY |
|---|---|
| Status | LIVE  REGISTERED |
| Goods & services | IC 021: Household or kitchen utensils and containers, namely, kitchen... |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5663610 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 189. XS LCXFGER



**Fastest delivery: 4 business days** 2pcs Miffy the Bunny Decorative Throw Pillow Cover - Soft, Cozy, and Stylish with Black-and-White Forest Design, Perfect for Home & Office Decor, Ideal Gift for Loved Ones, Office Pillow Cover|Whimsical Home Decor|Zipper Closure, Decorative Pillows

Sold by ⊗ >

**$6.88**  Pay $1.72 today

✓ Free shipping  |  ✓ $5.00 Credit for delay

Size: 45*45cm/18*18inch

Product measurement:
Length: 17.7 inch, Width: 17.7 inch

Pre-order. Delivery: 4-11 business days

Size guide

Qty  1

**Add to cart**
Fastest delivery in 4 business days

�",

XS LCXFGER 31 Sold

Contact seller      Follow      All items (20K+)

**Free shipping >**

Standard: FREE
Delivery: Fastest delivery in 4 business days

Express Delivery

Safe payments - Secure privacy >

Order guarantee >

Free returns | $5.00 Credit for delay | Return if item damaged | >

**Product details**

Operation Instruction: Machine Wash

Closure Type: Zipper

Room Type: Various Room Types

Save | Report this item >

| Product Page | Claim Type |
|---|---|
| https://www.temu.com/2pcs-miffy-the-bunny-decorative-throw-pillow-cover-soft-cozy-and-stylish-with-black-and--design--home-office-decor-ideal-gift-for---office-pillow-cover-whimsical-home-decor-zipper-closure-decorative-pillows-g-601100162738865.html | Trademark |

**Seller Page**
https://www.temu.com/xs-lcxfger-m-634418220226692.html

**Infringed Registration:** 5663610

**Seller Origin**
China

**Payment Method**
Temu



# MIFFY

| Wordmark | MIFFY |
|---|---|
| Status | LIVE  REGISTERED |
| Goods & services | IC 021: Household or kitchen utensils and containers, namely, kitchen... |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5663610 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 190. Xubeide Case





**Xubeide Case**

83    5
Sold   Rating

Follow    Shop all items (3.6K+)

| Product Page | Claim Type |
|---|---|
| https://www.temu.com/lots-of-white-rabbits-personalized-pattern--case-unisex-design-with-premium--soft-and-magnet-tpu-material---for-birthdays-or-holidays--16-to-11-g-601100630284412.html | Trademark & Copyright |

**Seller Page**
https://www.temu.com/xubei-online-m-634418221363090.html

**Seller Origin**
China

**Payment Method**
Temu

**Infringed Registration:** VA 1-054-563



# 191. XYPerfect Digital



No import charges ⬤ Local - Fastest delivery: 2 business days Soft-edged cartoon rabbit phone case designed for iPhone models 16, 15, 14, 13, 12 Pro MAX, and 11, offering drop protection, perfect as a Valentine's day gift for boyfriend or girlfriend

Sold by ⬤ ›

Est. **$2.01** after applying credit to $7.01 ›

✓ Free shipping on orders over $30 from this seller ›   | 🏆 **Best price guarantee**

Color: Blue

White   Black   Blue

Compatible Model:

( iPhone 14 )   ( iPhone 14 Pro )   ( iPhone 14 Plus )
( iPhone 14 Pro Max )   ( iPhone 13 )   ( iPhone 13 Pro )
( iPhone 13 Pro Max )   ( iPhone 12 )   ( iPhone 12 Pro )
( iPhone 12 Pro Max )   ( iPhone 11 )   ( iPhone 11 Pro )
( iPhone 11 Pro Max )   ( iPhone 15 )   ( iPhone 15 Pro )
( iPhone 15 Plus )   ( iPhone 15 Pro Max )   ( iPhone 16 )
( iPhone 16 Pro )   ( iPhone 16 Plus )   ( iPhone 16 Pro Max )
( iPhone XS Max )   ( iPhone X/XS )

Qty   1   ⌄

**ADD TO CART**    **BUY NOW** Fastest delivery in 2 business days

**XYPerfect Digital**

3 Followers    123 Sold    4.8 Rating

Follow        Shop all items (14K+)

**Product details**        ♡ Save | Report this item ›

Main Material: TPU

Item ID: AB1201626 (Copy)

Origin: Guangdong,China

Store Information ›

⚠ WARNING: California's Proposition 65 ›

**Product Page**
https://www.temu.com/soft--cartoon-rabbit-phone-case-designed-for-iphone-models-16-15-14--pro-max-and-11-offering-drop-protection-perfect-as-a-valentines-day-gift-for-boyfriend-or-girlfriend-g-601100108532539.html

**Seller Page**
https://www.temu.com/xyperfect-digital-m-634418220373096.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563

Wordmark

Status   LIVE  REGISTERED

Goods & services   IC 009 Calculating machines; audio- and video discs featuring...

Class   009, 011, 012, 014, 021, 026

Reg No   5652014

Owners   Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS)

# 192. YEIHGU





2D flat Miffy Strawberry Art, 1pc Unframed Canvas Wall Art Print, Fashion Theme Retro Style Poster, Summer Season Home Office Decor, Frameless Canvas Painting for Living Room Bedroom cafe office, Holiday Gift Ornaments, Best for Christmas

Sold by — >

$5.18  Pay $1.29 today

✓ Free shipping | ✓ $5.00 Credit for delay

Size: 15.7*23.6inches

Pre-order. Delivery: 4-11 business days

Qty  1

**Add to cart**
Fastest delivery in 4 business days

Free shipping >

Standard: FREE
Delivery: Fastest delivery in 4 business days    Expre > Delivery

Safe payments - Secure privacy >

Order guarantee >

Free returns | $5.00 Credit for delay | Return if item damaged >



YEIHGU    YEIHGU  4 Sold

Contact seller    Follow    All items (5K+)

| Product Page | Claim Type |
|---|---|
| https://www.temu.com/2d-flat-miffy-strawberry-art-1pc-unframed-canvas-wall-art-print--retro-style-poster--home-office-decor-frameless-canvas-painting-for-living-room-bedroom-cafe-office-holiday-gift-ornaments-best-for-christmas-g-601100239625763.html | Trademark & Copyright |

**Seller Page**
https://www.temu.com/yeihgu-m-634418220719561.html

**Seller Origin**
China

**Payment Method**
Temu

**I Infringed Registration:** VA 1-054-563







| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE  REGISTERED |
| Goods & services | IC 011: Apparatus for lighting, namely, electric lamps, electric... |
| Class | 011, 016, 018, 025, 028 |
| Reg No | 6727656 |
| Owners | Mercis B.V (besloten vennootschap (b.v.); NETHERLANDS) |

# 193. YHZC Case





**Product Page**
https://www.temu.com/cartoon-rabbit-phone-case-suitable-for-iphone-16-15-14--11-pro-max-stylish-and-perfect-as-a-valentines-day-gift--tpu-material-for-protection-g-601100102845260.html

**Seller Page**
https://www.temu.com/yhzc-case-m-634418221033350.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





# 194. Yi Case







**Product Page**

https://www.temu.com/cool-creative-white-rabbit--magnet--case--with--protection-magnetic-magnetic-tpu-material---for-birthdays-or-holidays--16-g-601100626798525.html

**Seller Page**

https://www.temu.com/-hy-m-634418220387737.html

**Seller Origin**

China

**Payment Method**

Temu

**Claim Type**

Trademark & Copyright

**Infringed Registration:** VA 1-054-563



# 195. YIPIEYINA



22 Pack Iron-On/Sew-On Fabric Patches - Cute Rabbit & Love Lettering with Heart Cutouts, Beige & Brown Leather-like Texture Labels for Clothing, Shoes, Hats, Bags - Easy Application, Durable Sewing or Iron-On Adhesive Backing, No-Sew Crafts (Khaki Color, 0.22"x1.18" Size) - Ideal for Gifts & Branding, Personalised Pencil Case, Embroidered Iron On Patches, Iron On Patches Embroidered, Iron On Patches For Clothes, Iron On Embroidery Patches, Iron On Patches For Hats, Patches For Trucker

$7.71

**YIPIEYINA** | ⊙Chat
154 Followers · 13K+ Sold · 4.7 ★

**Product details**

Material: Polyester

Installation Type: Sewing

Color: Khaki

| | |
|---|---|
| **Product Page** | **Claim Type** |
| https://www.temu.com/22-pack-iron-on-sew-on-fabric-patches-cute--lettering-with-heart-cutouts-beige-brown-leather-like-texture-labels-for-clothing-shoes-hats-bags-easy-application-durable-sewing-or-iron-on--backing-no-sew-crafts-khaki-color-0-22-x1-18-siz | Trademark & Copyright |

**Seller Page**
https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418216580221&goods_id=601103496881877&sticky_type=3&_x_sessn_id=bkqsjscqbc&refer_page_name=goods&refer_page_id=10032_1772088261933_kwsfbo4mtn&refer_page_sn=10032

**Seller Origin**
China

**Payment Method**
Temu

**Infringed Registration:** VA 1-054-563



| | |
|---|---|
| **Wordmark** | |
| **Status** | LIVE   REGISTERED |
| **Goods & services** | IC 009: [ Calculating machines; ] audio- and video discs featuring... |
| **Class** | 009, 011, 012, 014, 021, 026 |
| **Reg No** | 5652014 |
| **Owners** | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 196. Yiyu case





No import charges  Local - Fastest delivery: 2 business days Protective Case for Iphone Models 16, 15, 14, 13, 12, 11, XS, XR, Plus, Pro Max, Featuring Scratch Resistance, Drop Protection, And Anti-Fingerprint Properties, Adorned with a Rabbit Design.

Sold by  >

#19 Best Selling Local Warehouse Store in Cases, Holsters & Sleeves >

Est. **$4.25** after applying credit to $9.25 >

Free shipping on orders over $30 from this seller > | Best price guarantee

Color: Blue

Ivory White    Black    Blue

Compatible Model:

IPhone 14 Pro Max | iPhone 14 Pro | iPhone 14 Plus
iPhone 14 | iPhone 13 Pro Max | iPhone 13 Pro
iPhone 13 | iPhone 12 Pro Max | iPhone 12 Pro
iPhone 12 | iPhone 11 Pro Max | iPhone 11 Pro
iPhone 11 | iPhone XS Max | iPhone X
iPhone 15 | iPhone 15 Pro | iPhone 15 Plus
iPhone 15 Pro Max | IPhone 16 | IPhone 16 Pro
IPhone 16 Plus | IPhone 16 Pro Max

Qty  1



Yiyu case

54 Followers | 5.7K+ Sold | 4.7 Rating

Follow    Shop all items (11K+)

**Product details**    ♡ Save | Report this item >

Popular Elements: Cartoon

Feature: Air Cushion

With Stand: No

With Lens Protection: No

Shell Processing: Injection Molding

| **Product Page** | **Claim Type** |
|---|---|
| https://www.temu.com/protective-case-for-iphone-models-16-15-14--11-xs-xr-plus-pro-max-featuring-scratch--drop-protection-and-anti-fingerprint---with-a-rabbit-design-g-601099979302945.html | Trademark & Copyright |

**Seller Page**
https://www.temu.com/-case-m-634418218773061.html

**Seller Origin**
China

**Payment Method**
Temu

**Infringed Registration:** VA 1-054-563





| Wordmark | |
|---|---|
| Status | LIVE REGISTERED |
| Goods & services | IC 009 Calculating machines: audio- and video discs featuring... |
| Class | 009, 011, 012, 014, 021, 026 |
| Reg No | 5652014 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 197. Yohi DE



**Product Page**
https://www.temu.com/miffy-themed-quick-dry-microfiber-beach-towel-featuring-a-tropical-floral-pattern-lightweight-and-absorbent--swimming-gym-and-yoga-an--companion-g-601100150523449.html

**Seller Page**
https://www.temu.com/-de-m-634418217966647.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563

| | |
|---|---|
| **Wordmark** | |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 018: Leather and imitations of leather, and goods made of these… |
| **Class** | 018, 024 |
| **Reg No** | 5516174 |
| **Owners** | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 198. YoYodss




**Product Page**
https://www.temu.com/cute-rabbit-hair-claw-clip-korean--ponytail-holder-easter-hairstyle-accessory-unique-hair-ornament-for-women-hot-selling-cross-border-hair-accessory-cute-hair-clips-japanese-hair-accessory--design-durable-hairpiece-g-601102522203563.html

**Seller Page**
https://www.temu.com/mall.html?mall_id=634418223010057

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





| | |
|---|---|
| Wordmark | |
| Status | LIVE  REGISTERED |
| Goods & services | IC 011: Light-emitting diodes (LED) lighting apparatus, namely, LED... |
| Class | 011, 012, 014, 018, 021, 024, 025, 026, 028, 035 |
| Reg No | 5706199 |
| Owners | Mercis B.V. (PRIVATE LIMITED LIABILITY COMPANY; NETHERLANDS) |

# 199. Zoey Case



**Product Page**
https://www.temu.com/1pc-phone-case-for-iphone-16-15-14--11-x-xs--fashion-phone-case-gift-strawberry-rabbit-new--phone-decoration--lens-protection-creative-little-gifts-fun-gifts-for-boys-and-girls-g-601100668813970.html

**Seller Page**
https://www.temu.com/-case-m-634418221861418.html

**Seller Origin**
China

**Payment Method**
Temu

**Claim Type**
Trademark & Copyright

**Infringed Registration:** VA 1-054-563





| Wordmark | |
| --- | --- |
| Status | LIVE  REGISTERED |
| Goods & services | IC 009 Calculating machines; audio- and video discs featuring... |
| Class | 009, 011, 012, 014, 021, 026 |
| Reg No | 5652014 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |

# 200. ZXZ Customized Shop







**Product details**

Operation Instruction: Machine Wash

Closure Type: Zipper

| | |
|---|---|
| **Product Page**<br>https://www.temu.com/1pc-miffy-bunny-decorative-pillow-cover-18x18in-contemporary-style-with--floral-accents-cozy-polyester-fabric-for-living-room-sofa-decor-machine-washable-no-insert-cute-pillows-g-601100360450016.html | **Claim Type**<br>Trademark |

**Seller Page**
https://www.temu.com/wzr-two-m-634418219506482.html

**Seller Origin**
China

**Payment Method**
Temu

**Infringed Registration:** 5663610





| | |
|---|---|
| Wordmark | MIFFY |
| Status | LIVE  REGISTERED |
| Goods & services | IC 021: Household or kitchen utensils and containers, namely, kitchen... |
| Class | 011, 012, 014, 016, 021, 024, 025, 026, 028, 035 |
| Reg No | 5663610 |
| Owners | Mercis B.V. (BESLOTEN VENNOOTSCHAP (B.V.); NETHERLANDS) |