UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCIS B.V.,

Plaintiff,

-against-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Case No. 1:26-cv-03709 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On May 5, 2026, Plaintiff commenced this trademark and copyright infringement action against Defendants. Dkt. 1 (the "Complaint"). Two days later, Plaintiff filed an *ex parte* motion for a temporary restraining order, Dkt. 10, which the Court granted on May 11, 2026, Dkt. 22 (the "TRO"), and amended on May 15, 2026, Dkt. 26. Plaintiff subsequently effectuated service of "the Complaint, TRO, all signed Orders and scheduling order, and all other documents" on Defendants. Dkts. 31-32.

Thereafter, Plaintiff sought a preliminary injunction, Dkt. 33, which only then-Defendant OMPRESS opposed, Dkt. 34. On June 9, 2026, the Court granted Plaintiff's request for a preliminary injunction. *See* Dkt. 42. Over the next two months, Plaintiff voluntarily dismissed its case against several Defendants, including OMPRESS. *See* Dkts. 44, 46 ,48, 50, 52. Now, 138 of the original 200 Defendants remain. None has appeared in this action.

In light of the foregoing, by **August 27, 2026**, Plaintiff shall advise the Court of next steps regarding the remaining Defendants.

Dated: August 13, 2026
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge