AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

MERCIS B.V.

*Plaintiff(s)*

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT

*Defendant(s)*

Civil Action No. 26-cv-3709

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shengmao Mu
WHITEWOOD LAW PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/20/2026




/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Defendants listed on Schedule A attached hereto

was received by me on *(date)* 08/20/2026 .

❒ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

✔ Other *(specify)*: On 05/26/2026, I or somebody under my direction electronically published the Complaint, TRO, all signed Orders, and all other documents on a website. On 05/26/2026, I or somebody under my direction sent an e-mail that includes a link to said website to the e-mail addresses provided by third-party service providers and disclosed by Defendants. The stamped summons was served on 08/21/2026.

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/01/2026

/s/Shengmao M
*Server's signature*

Shengmao Mu, Attorney
*Printed name and title*

57 West 57th Street, 3rd and 4th Floors, New York, NY 10019
*Server's address*

Additional information regarding attempted service, etc:

## Schedule A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | Anna big store | Amazon | A10UPZYGG8WWFL |
| 2 | DISMISSED | DISMISSED | DISMISSED |
| 3 | AWENSHOP | Amazon | AWNUDU3K5GNYQ |
| 4 | DISMISSED | DISMISSED | DISMISSED |
| 5 | Ball Hop Official Store | Amazon | A1X2R364FOUHQJ |
| 6 | bashijiuxiaodian | Amazon | A24XGHDKFB3XSS |
| 7 | BINBIN1234 | Amazon | A8AN8CFEF9MH6 |
| 8 | DISMISSED | DISMISSED | DISMISSED |
| 9 | DISMISSED | DISMISSED | DISMISSED |
| 10 | DISMISSED | DISMISSED | DISMISSED |
| 11 | DISMISSED | DISMISSED | DISMISSED |
| 12 | DISMISSED | DISMISSED | DISMISSED |
| 13 | DISMISSED | DISMISSED | DISMISSED |
| 14 | cangnanxiantianrenkejiyouxiangongsi | Amazon | ASA73GO4M731Z |
| 15 | CZGCGYLY | Amazon | ACNUFI0E00M3G |
| 16 | dengzhoushiyulanshangmaoyouxiangongsi | Amazon | AM9VTE94O7MTM |
| 17 | Dongguan Mingyang Network Co., Ltd. | Amazon | A2HRKZ9GKNRI22 |
| 18 | DISMISSED | DISMISSED | DISMISSED |
| 19 | DISMISSED | DISMISSED | DISMISSED |
| 20 | DISMISSED | DISMISSED | DISMISSED |
| 21 | DISMISSED | DISMISSED | DISMISSED |
| 22 | Eroerl | Amazon | A19PB2AR1YUV3D |
| 23 | Famonz | Amazon | A27I5PV4V7EWR1 |
| 24 | Fan Hanguo International Trade | Amazon | ATUNZ5QQPABWO |
| 25 | DISMISSED | DISMISSED | DISMISSED |
| 26 | DISMISSED | DISMISSED | DISMISSED |
| 27 | DISMISSED | DISMISSED | DISMISSED |
| 28 | guangzhouhongmengshangmao | Amazon | A2CHEGLZXE0BB1 |
| 29 | guangzhoujianjumaoyiyouxiangongsi | Amazon | A2CQMLXY2BAMZS |
| 30 | DISMISSED | DISMISSED | DISMISSED |
| 31 | Hin Yiqi | Amazon | A3QWTAI6OYUV7W |
| 32 | Huanbing Trading | Amazon | A3RNYZXR8ZJNQQ |
| 33 | hunanhanyujiankangkejiyouxiangongsi | Amazon | ATA10BRNXWYMU |
| 34 | Jinhua Wucheng District Zhuowen E-Commerce Co., Ltd. | Amazon | A7RXMKXGM6XD8 |
| 35 | DISMISSED | DISMISSED | DISMISSED |
| 36 | kunmingwadanlishangmaoyouxiangongsi | Amazon | A3BHZR2YSKOXNU |
| 37 | LEISHENG123 | Amazon | A3VG54RJHIVYUL |
| 38 | DISMISSED | DISMISSED | DISMISSED |
| 39 | DISMISSED | DISMISSED | DISMISSED |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 40 | LUSHIHAO888 | Amazon | A3OFG7J96PZC1P |
| 41 | LXSJH | Amazon | A163GVZ86163DX |
| 42 | Meimingyang | Amazon | A3B7B6IVQQ481U |
| 43 | DISMISSED | DISMISSED | DISMISSED |
| 44 | Nanfengling | Amazon | AR0H6DK1LAB1H |
| 45 | Naughty small shop | Amazon | A1TEJUVN88XP7P |
| 46 | DISMISSED | DISMISSED | DISMISSED |
| 47 | DISMISSED | DISMISSED | DISMISSED |
| 48 | peixionglixi | Amazon | A217SNHMB49HNB |
| 49 | DISMISSED | DISMISSED | DISMISSED |
| 50 | POPTOP-US | Amazon | A1XYR7SJ6H9SJL |
| 51 | DISMISSED | DISMISSED | DISMISSED |
| 52 | pyzmeiguo | Amazon | A3NKRJ8AE6PRQ9 |
| 53 | DISMISSED | DISMISSED | DISMISSED |
| 54 | DISMISSED | DISMISSED | DISMISSED |
| 55 | QYJC Mall--US | Amazon | AWODSO5IMH4P4 |
| 56 | QZ Mall--US | Amazon | A22XKATT9CGLMG |
| 57 | rongkushangmao | Amazon | A2VKMRS96IWWUL |
| 58 | DISMISSED | DISMISSED | DISMISSED |
| 59 | DISMISSED | DISMISSED | DISMISSED |
| 60 | DISMISSED | DISMISSED | DISMISSED |
| 61 | tingzhilanstore | Amazon | A1ISFSF5FIJ2Y5 |
| 62 | DISMISSED | DISMISSED | DISMISSED |
| 63 | under the table | Amazon | AIXLEFGIX0K9C |
| 64 | DISMISSED | DISMISSED | DISMISSED |
| 65 | DISMISSED | DISMISSED | DISMISSED |
| 66 | DISMISSED | DISMISSED | DISMISSED |
| 67 | woshiruiqian | Amazon | A2SQQYL98M2T96 |
| 68 | woshiwangyang | Amazon | A4TSC3BNQ1Q9R |
| 69 | DISMISSED | DISMISSED | DISMISSED |
| 70 | WUSHENGHAI SHOP | Amazon | A1BLOI3V4NO6H3 |
| 71 | X&D Nail Salon | Amazon | A2IX4QOMSTU152 |
| 72 | XiaoShiJie 168 | Amazon | A1Z7B1C5UWN7NG |
| 73 | DISMISSED | DISMISSED | DISMISSED |
| 74 | DISMISSED | DISMISSED | DISMISSED |
| 75 | DISMISSED | DISMISSED | DISMISSED |
| 76 | DISMISSED | DISMISSED | DISMISSED |
| 77 | DISMISSED | DISMISSED | DISMISSED |
| 78 | YANGYUANSHOP | Amazon | A2IA4J7GJUHEA4 |
| 79 | DISMISSED | DISMISSED | DISMISSED |
| 80 | youhaode | Amazon | ANKMIQ3YK4WFJ |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 81 | DISMISSED | DISMISSED | DISMISSED |
| 82 | DISMISSED | DISMISSED | DISMISSED |
| 83 | Yunxiangyuan | Amazon | A1DSHSQLY03RC1 |
| 84 | YZ Mall--US | Amazon | AP912PSADNEND |
| 85 | ZhangJiaKouZhiYiJianZhuGongCheng | Amazon | A1YFPOAX8IVKNA |
| 86 | DISMISSED | DISMISSED | DISMISSED |
| 87 | DISMISSED | DISMISSED | DISMISSED |
| 88 | Zoocust | Amazon | A3KYKKJ52CS301 |
| 89 | DISMISSED | DISMISSED | DISMISSED |
| 90 | DISMISSED | DISMISSED | DISMISSED |
| 91 | Di Li Zi | Walmart | 102763902 |
| 92 | Fopia | Walmart | 102627108 |
| 93 | foshanshidiaofudaoshangmao | Walmart | 102495371 |
| 94 | foshanshiqitongqishangmao | Walmart | 102518497 |
| 95 | DISMISSED | DISMISSED | DISMISSED |
| 96 | GTB | Walmart | 102758700 |
| 97 | jiejiehongyunshangmao | Walmart | 102487890 |
| 98 | DISMISSED | DISMISSED | DISMISSED |
| 99 | LFYDAMAI | Walmart | 102757888 |
| 100 | LGJ | Walmart | 101683748 |
| 101 | Lux Outlet Store | Walmart | 102506511 |
| 102 | RuoNan toys store | Walmart | 102503754 |
| 103 | SONGDIAN | Walmart | 101693754 |
| 104 | taininuomaoyi | Walmart | 102495449 |
| 105 | DISMISSED | DISMISSED | DISMISSED |
| 106 | DISMISSED | DISMISSED | DISMISSED |
| 107 | wanglie.llc | Walmart | 102787431 |
| 108 | DISMISSED | DISMISSED | DISMISSED |
| 109 | WONIMA | Walmart | 101565348 |
| 110 | xingbaohua | Walmart | 101106245 |
| 111 | YKHSG store | Walmart | 101654974 |
| 112 | Artisan Workspace | Temu | 634418215347752 |
| 113 | baodansixteenthousand | Temu | 634418220179604 |
| 114 | Blanket Flying Man | Temu | 634418219289970 |
| 115 | Blooming Interiors | Temu | 634418219429164 |
| 116 | BLOOMOU | Temu | 634418222749207 |
| 117 | DISMISSED | DISMISSED | DISMISSED |
| 118 | Candy Blanket | Temu | 634418219772383 |
| 119 | CasePipi Phone Cases | Temu | 634418228376316 |
| 120 | CaseVibe shop | Temu | 634418222251401 |
| 121 | Charming Interiors | Temu | 634418219530749 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 122 | chenchunmin | Temu | 634418220120086 |
| 123 | CHENZHISHUO | Temu | 634418220905665 |
| 124 | DISMISSED | DISMISSED | DISMISSED |
| 125 | Comfort Cove Decor | Temu | 634418218626328 |
| 126 | Couture Corner art | Temu | 634418221800617 |
| 127 | Deer bumping | Temu | 634418219731272 |
| 128 | Direct to the shopping mall | Temu | 634418220958764 |
| 129 | Dream Details | Temu | 634418219682110 |
| 130 | Evergreen Elegance | Temu | 634418219429119 |
| 131 | Fashionable Beauty Hall | Temu | 634418218032299 |
| 132 | FashionShopQuality | Temu | 6120648774076 |
| 133 | FIRST PILLOW | Temu | 634418213979307 |
| 134 | GONGXIFACAG | Temu | 634418218645627 |
| 135 | GripChic Case | Temu | 634418221761405 |
| 136 | GripStyle | Temu | 634418220701489 |
| 137 | HEDOUDOU | Temu | 634418223080775 |
| 138 | HExiaojin | Temu | 634418224247946 |
| 139 | HTD CASE | Temu | 634418220040774 |
| 140 | HUA Kai | Temu | 634418219981653 |
| 141 | HuaCheng digital | Temu | 93075092011 |
| 142 | HXlife | Temu | 634418215080079 |
| 143 | J CD Matelier | Temu | 634418220226921 |
| 144 | JINMIAO local | Temu | 634418220580307 |
| 145 | JINSHUI SHOP | Temu | 634418220560960 |
| 146 | DISMISSED | DISMISSED | DISMISSED |
| 147 | JZZhuo local | Temu | 634418220558611 |
| 148 | KOSFSAKA | Temu | 634418223433628 |
| 149 | LemonCZ | Temu | 634418222407132 |
| 150 | linsonwenjushandian | Temu | 634418222567712 |
| 151 | Living Harmony | Temu | 634418219611611 |
| 152 | Llanam | Temu | 634418218643356 |
| 153 | DISMISSED | DISMISSED | DISMISSED |
| 154 | MemoryLML | Temu | 634418222692601 |
| 155 | Meng Shell Planet | Temu | 634418220345977 |
| 156 | MINxiaohong | Temu | 634418225020969 |
| 157 | DISMISSED | DISMISSED | DISMISSED |
| 158 | DISMISSED | DISMISSED | DISMISSED |
| 159 | Mystic Mood Decor | Temu | 634418220219239 |
| 160 | NCRXPA | Temu | 634418221283704 |
| 161 | Nestly Living | Temu | 634418219530808 |
| 162 | NovnGuad | Temu | 634418222742193 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 163 | Oh case craze | Temu | 634418222147450 |
| 164 | PrimeGuard | Temu | 634418220347557 |
| 165 | Pure Essence Interiors | Temu | 634418219530679 |
| 166 | QoQ Blankets | Temu | 634418218168750 |
| 167 | quilmes | Temu | 634418221671518 |
| 168 | Rice Grain Art | Temu | 634418221884298 |
| 169 | Rich idle fish | Temu | 634418224462340 |
| 170 | S CD Kitchen furniture | Temu | 634418220221847 |
| 171 | Shell Fun Factory | Temu | 634418220085297 |
| 172 | ShieldStyle Case | Temu | 634418221118931 |
| 173 | Shop DDlucky local | Temu | 634418220558129 |
| 174 | DISMISSED | DISMISSED | DISMISSED |
| 175 | SMJQQQ | Temu | 634418220507059 |
| 176 | Tingyun Network | Temu | 634418221115565 |
| 177 | Tranquil Charms | Temu | 634418219682004 |
| 178 | DISMISSED | DISMISSED | DISMISSED |
| 179 | vivishoujike | Temu | 634418222866906 |
| 180 | Vvid | Temu | 634418220239341 |
| 181 | WANGYU SHOP | Temu | 634418221140795 |
| 182 | WaWuuu Case | Temu | 634418220444659 |
| 183 | DISMISSED | DISMISSED | DISMISSED |
| 184 | DISMISSED | DISMISSED | DISMISSED |
| 185 | Wonderland Case | Temu | 634418220666640 |
| 186 | XIANXISHO | Temu | 634418225356861 |
| 187 | XS FDSGF G | Temu | 634418220235436 |
| 188 | XS J | Temu | 634418220235052 |
| 189 | XS LCXFGER | Temu | 634418220226692 |
| 190 | Xubeide Case | Temu | 634418221363090 |
| 191 | XYPerfect Digital | Temu | 634418220373096 |
| 192 | YEIHGU | Temu | 634418220719561 |
| 193 | YHZC Case | Temu | 634418221033350 |
| 194 | Yi Case | Temu | 634418220387737 |
| 195 | DISMISSED | DISMISSED | DISMISSED |
| 196 | Yiyu case | Temu | 634418218773061 |
| 197 | Yohi DE | Temu | 634418217966647 |
| 198 | DISMISSED | DISMISSED | DISMISSED |
| 199 | Zoey Case | Temu | 634418221861418 |
| 200 | ZXZ Customized Shop | Temu | 634418219506482 |