UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCIS B.V.,

Plaintiff,

-against-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Case No. 1:26-cv-03709 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On August 27, 2026, Plaintiff informed the Court that it intends to "move for default judgment promptly" and "will continue to update the Court as appropriate" regarding those efforts. Dkt. 59 at 1. The Court has not received any communications from Plaintiff since. Accordingly, Plaintiff is ordered to provide the Court with a letter documenting the status of its default judgment efforts, as well as proposed next steps and timeline, by **October 9, 2026**.

Dated: October 5, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge