UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCIS B.V.,

Plaintiff,

-against-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Case No. 1:26-cv-03709 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On October 30, 2026, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* Dkt. 71.

IT IS HEREBY ORDERED that Defendants shall appear for a default judgment hearing before this Court on **January 14, 2027, at 3:00 p.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, and show cause why an order should not be issued granting a default judgment against Defendants. If any Defendant appears or opposes Plaintiff's motion prior to that date, the parties shall notify the Court promptly and the Court will adjourn that conference or treat it as an initial pretrial conference.

Plaintiff shall serve Defendants with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order **within two business days of the filing of this Order**. Within **two business days of service,** Plaintiffs must file proof of such service on the docket. Defendants shall file any opposition to the motion **by December 31, 2026.**

Dated: November 3, 2026
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge